UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

BRETT BACHMAN AND JESUS CALDERONE,
On Behalf of Themselves and All Others
Similarly Situated,

  Plaintiffs,

vs.      CASE NO. 2:10-cv-67-FtM-36 DNF

CABLENET SERVICES UNLIMITED, INC., a
Delaware Corporation, and CABLENET SERVICES
UNLIMITED (FLORIDA) LLC, A Foreign Limited
Liability Company,

  Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

__X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

DATED: February 18, 2010.

BERKE & LUBELL, P.A.

By:   <u>/s/ Patrick S. Javier</u>
      Patrick S. Javier
      Florida Bar No. 16645
      patrickjavier@ymail.com
      Bill B. Berke
      Florida Bar No. 0558011
      berkelaw@yahoo.com
      1003 Del Prado Blvd., Ste. 300
      Cape Coral, FL 33990
      Telephone: (239) 549-6689
      Facsimile: (239) 549-3331
      *Attorneys for Plaintiff*