UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

BRETT BACHMAN AND JESUS CALDERONE,
On Behalf of Themselves and All Others
Similarly Situated,

   Plaintiffs,

vs.                                               CASE NO.  2:10-cv-67-FtM-36 DNF

CABLENET SERVICES UNLIMITED, INC., a
Delaware Corporation, and CABLENET SERVICES
UNLIMITED (FLORIDA) LLC, A Foreign Limited
Liability Company,

   Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING

COME NOW, the Plaintiffs, Brett Bachman and Jesus Calderone, on behalf of themselves and all others similarly situated, by and through their attorneys, and file the attached Consent to Become a Plaintiff Party on behalf of STEPHEN SHEA.

   Respectfully submitted,

                               BERKE & LUBELL, P.A.

                               By:   /s/ Patrick S. Javier_____
                                       Patrick S. Javier
                                       Florida Bar No. 16645
                                       patrickjavier@ymail.com
                                       Bill B. Berke
                                       Florida Bar No. 0558011
                                       berkelaw@yahoo.com
                                       1003 Del Prado Blvd., Ste. 300
                                       Cape Coral, FL 33990
                                       Telephone: (239) 549-6689
                                       Facsimile: (239) 549-3331