**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

BRETT BACHMAN AND JESUS CALDERONE,
On Behalf of Themselves and All Others
Similarly Situated,

                Plaintiffs,

vs.

CABLENET SERVICES UNLIMITED, INC.,
a Delaware Corporation, and
CABLENET SERVICES UNLIMITED
(FLORIDA) LLC,
a Foreign Limited Liability Company,

                Defendants.
_____/

CASE NO. 2:10-cv-00067-CEH-DNF

**NOTICE OF MOTION SUBMITTED TO THE**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

      Defendants CableNet Services Unlimited, Inc. and CableNet Services Unlimited (Florida), LLC, by and through their undersigned attorneys, hereby give notice to this Court that the following pleadings were filed with the Judicial Panel on Multidistrict Litigation on March 23, 2010, and that such pleadings requested the consolidation of cases related to the above-captioned matter and their transfer to the Southern District of Florida before Judge Gold:

    1.    Defendants' Motion, Pursuant to 28 U.S.C. § 1407, to Transfer and Consolidate Actions to the Southern District of Florida;

    2.    Brief in Support of Defendants' Motion, Pursuant to 28 U.S.C. § 1407, to Transfer and Consolidate Actions to the Southern District of Florida;

    3.    Exhibits in Support of Defendants' Brief;

    4.     Schedule of Actions; and

    5.     Proof of Service.

Date: March 25, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Thomas H. Loffredo*

　　　　　　　　　　　　　　　　　　　　Thomas H. Loffredo (Fla. Bar No. 870323)
　　　　　　　　　　　　　　　　　　　　**GRAY ROBINSON, P.A.**
　　　　　　　　　　　　　　　　　　　　401 East Las Olas Boulevard, Suite 1850
　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33131
　　　　　　　　　　　　　　　　　　　　Telephone: (954) 761-8111
　　　　　　　　　　　　　　　　　　　　Facsimile: (954) 761-8112
　　　　　　　　　　　　　　　　　　　　Email: tom.loffredo@gray-robinson.com

　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　Scott A. Holt (*pro hac vice pending*)
　　　　　　　　　　　　　　　　　　　　Margaret DiBianca (*pro hac vice pending*)
　　　　　　　　　　　　　　　　　　　　**YOUNG CONAWAY STARGATT**
　　　　　　　　　　　　　　　　　　　　**& TAYLOR, LLP**
　　　　　　　　　　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-0391
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 571-5008
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 576-3476
　　　　　　　　　　　　　　　　　　　　Email: mdibianca@ycst.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　CABLENET SERVICES UNLIMITED
　　　　　　　　　　　　　　　　　　　　(FLORIDA), LLC

## CERTIFICATE OF SERVICE

I, Thomas H. Loffredo, do hereby certify that on March 25, 2010, a true and correct copy of the Notice of Motion Submitted to the Judicial Panel on Multidistrict Litigation were served via Electronic Mail and U.S. Mail on the following counsel of record:

>Patrick S. Javier, Esq.
>Bill B. Berke, Esq.
>Berke & Lubell, PA
>1003 Del Prado Blvd., Ste. 300
>Cape Coral, FL 33990
>Email: berkelaw@yahoo.com

>*/s/ Thomas H. Loffredo*
>Thomas H. Loffredo (Fla. Bar. No. 870323)
>**GRAY ROBINSON, P.A.**
>401 East Las Olas Boulevard, Suite 1850
>Fort Lauderdale, FL 33131
>Telephone: (954) 761-8111
>Facsimile: (954) 761-8112
>Email: tom.loffredo@gray-robinson.com
>
>and
>
>Scott A. Holt (*pro hac vice pending*)
>Margaret M. DiBianca (*pro hac vice pending*)
>**YOUNG CONAWAY STARGATT**
>**& TAYLOR, LLP**
>1000 West Street, 17th Floor
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-5008
>Facsimile: (302) 576-3476
>Email: mdibianca@ycst.com
>
>Attorneys for Defendant
>**CABLENET SERVICES UNLIMITED (FLORIDA), LLC**