UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRETT BACHMAN, on behalf of
Themselves and all others similarly situated,
JESUS CALDERONE, on behalf of
Themselves and all others similarly situated,

        Plaintiffs,        Case No. 2:10-cv-67-FtM-36DNF

v.

CABELNET SERVICES UNLIMITED,
INC., a Delaware Corporation, CABLENET
SERVICES UNLIMITED (FLORIDA)
LLC., a Foreign Limited Liability Company,

        Defendants.
_____/

## **PLAINTIFF JOSHUA BROTHEIM'S NOTICE OF FILING COURT INTERROGATORIES**

COMES NOW, Plaintiff Joshua Brotheim, by and through his counsel, and files Court Interrogatories, pursuant to the Court's FLSA Scheduling Order dated March 16, 2010.

Respectfully submitted,

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to MARGARET DIBIANCA and SCOTT HOLT, YOUNG, CONAWAY, STARGATT & TAYLOR, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19899-0391 and Thomas H. Loffredo, GRAY ROBINSON, P.A., 401 East Las Olas Boulevard, Suite 1850, Ft. Lauderdale, Florida 33131.

BERKE & LUBELL, P.A.

By:   /s/ Patrick S. Javier
Patrick S. Javier
Florida Bar No. 16645
patrickjavier@ymail.com
Bill B. Berke
Florida Bar No. 0558011
berkelaw@yahoo.com
1003 Del Prado Blvd., Ste. 300
Cape Coral, FL 33990
Telephone: (239) 549-6689
Facsimile: (239) 549-3331