## COURT'S INTERROGATORIES TO PLAINTIFF, WILLIAM WEISSINGER

1. During what period of time were you employed by the Defendant?
   **January 2008 – June 2009**

2. Who was your immediate supervisor?
   **Howard Siebert, Jim Bergon, Yuneil Garcia**

3. Did you have a regularly scheduled work period? If so, specify.
   **There was no set end time, start time was 6-7 AM**

4. What was your title of position? Briefly describe your job duties.
   **Technician – Installed Comcast services in customers homes.**

5. What was your regular rate of pay?
   **Pay varied per job – piece work**

6. What is the nature of your claim (check all that apply)?
   **_X_** Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time),
   ___ Misclassification (Defendant mistakenly classified you as exempt from overtime);
   **_X_** Miscalculation (Defendant failed to correctly calculate your compensation);
   **_X_** Other (Please describe): **Defendant required technicians to falsify time sheets.**

7. Provide an accounting of your claim, including:
   a. Dates
      **February 2008 through June 2009**

   b. Regular hours worked
      **50 hours per week**

   c. Over-time hours worked
      **10 hours per week**

   d. Pay received versus pay claimed
      **I only received overtime once and was threatened with days off if it continued.**

   e. Total amount claimed
      **$5,850.00**

8. If you have brought this case as a collective action:
   a. Describe the class of employees you seek to include in this action.
      **Similarly situated.**

    b. Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?
**Unknown.**

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.
**Patrick S. Javier, Lead Attorney – 42.5 hours @ $300 per hour = $12,750.00.
Bill B. Berke, Attorney – 3.5 hours @ $350 per hour = $1,225.00.
Diane Vasecka, Litigation Assistant – 8.2 hours @ $125 per hour = $1,025.00.
Anna Ray – Bilingual litigation assistant – 6 hours @ $75 per hour = $450.00.
Costs certified mailing $5.54; filing fee $350.00; service $75.00 = $430.54.
Total attorney fees, litigation assistant fees and costs = $15,880.54.**

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?
**I have complained many times over the course of my employment.**

11. Was this complaint written or oral? (If a written complaint, please attach a copy).
**Oral**

12. What was your employer's response? (If a written response, please attach a copy).
**Employer stated that we were only allowed to bill overtime if we spent more than 40 hours in a customers home. Drive time, and time spent at the warehouse waiting for jobs did not count as working hours.**

_____
William Weissinger

STATE OF FLORIDA
COUNTY OF Lee

    BEFORE ME, the undersigned authority, on this day, personally appeared who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and ballet, the same are true and correct.

    SWORN TO AND SUBSCRIBED before me on this 4th day of May, 2010.

NOTARY PUBLIC

Christine Boutchyard
Signature of Person Taking Acknowledgment

Notary Stamp

Print Name:
Title: Notary Public
Serial No. (it any):
Commission Expires:



CHRISTINE BOUTCHYARD
MY COMMISSION # DD 936279
EXPIRES: December 25, 2013
Bonded Thru Notary Public Underwriters

# Berke & Lubell, P.A.

www.yourinjurylawyer.com
www.accidentado.com
Serving SW Florida for over 20 years

Bill B. Berke*
Evan D. Lubell
Patrick Javier

1003 Del Prado Boulevard, Suite 300
Cape Coral, Florida 33990
(239) 549-6689    Fax (239) 549-3331
E-Mail: berkelaw@yahoo.com

Collier County:
(239) 514-7600

Charlotte County:
(941) 743-8133

*Board Certified Workers'
Compensation Attorney

Immokalee:
(239) 657-2777

January 7, 2010

Cablenet Services
2280 Bruner Lane
Fort Myers, FL 33912-1910

RE:   Our Client:   Jesus Calderone

To whom it may concern:

Please be advised that we represent Mr. Jesus Calderone regarding a claim of unpaid wages and overtime compensation against Cablenet Services.

It is our understanding that Cablenet Services failed to properly compensate Mr. Calderone for hours worked.

If we do not receive a response to attempt to resolve this claim within fifteen (15) days of this letter, we will have no recourse other than to proceed accordingly.

Sincerely,

Patrick S. Javier
PSJ/dy

cc: client

Personal Injury • Wrongful Death • Workers' Compensation • Social Security Disability • Drug Litigation • Nursing Home Abuse

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338
WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6623
DIRECT FAX: (302) 576-3299
sholt@ycst.com

January 22, 2010

**VIA FIRST CLASS MAIL**

Patrick S. Javier, Esquire
Berke & Lubell, P.A.
1003 Del Prado Blvd., Suite 300
Cape Coral, FL 33990

Re: <u>Jesus Calderone</u>

Dear Mr. Javier:

I represent CableNet Services Unlimited. My client has forwarded your letter of January 7, 2010 regarding Jesus Calderone.

In your letter, you state that CableNet has failed to pay Mr. Calderone for hours worked, but provide no explanation for the basis of his claim or the amount of hours he claims were not compensated. At this point, we have no evidence to show that Mr. Calderone was not compensated for all hours worked in accordance with applicable wage laws. If you have any evidence to the contrary, please forward it to my attention and I review it with my client.

Sincerely yours,

Scott A. Holt

SH:jb
cc: John Pergolini