UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

BRETT BACHMAN, JESUS CALDERONE,
GABRIEL ARTHILA, MAXWELL
BARTHELMESS, JOSHUA BROTHEIM,
JOHN COPE, MICHAEL DAVIS,
DOUGLAS HARDESTY, KENNETH HARBIN,
FRANK HARTLEB, WAYNE KELLY,
VICTOR MARTINEZ, SYLVIO MAURIZ,
CHRIS MESHELL, JEFF PLEVIN, DANNY
RIVERA, ERWIN ROJAS, REYES ROJAS,
STEPHEN SHEA, WILLIAM WEISSINGER,
KELVIN BETANCES-RODRIGUEZ, STEVEN
BETTS, ANEL FELIZ, ALFREDO MARRANZINI,
NICOLAS MARTE, DYLIN ULLOA-POLANCO,
and ANALQUI FRANCO, Individually, and on behalf
of all Others Similarly Situated,

   Plaintiffs,                               CASE NO.  2:10-cv-67-FtM-36 DNF

vs.

CABELNET SERVICES UNLIMITED, INC., a
Delaware Corporation, and CABLENET SERVICES
UNLIMITED (FLORIDA) LLC, A Foreign Limited
Liability Company,

   Defendants.
_____/

## NOTICE TO THE COURT REGARDING PLAINTIFFS' SECOND AMENDED CLASS ACTION, COLLECTIVE ACTION AND INDIVIDUAL COMPLAINT

COME NOW the Plaintiffs, BRETT BACHMAN, JESUS CALDERONE, GABRIEL ARTHILA, MAXWELL BARTHELMESS, JOSHUA BROTHEIM, JOHN COPE, MICHAEL DAVIS, DOUGLAS HARDESTY, KENNETH HARBIN, FRANK HARTLEB, WAYNE KELLY, VICTOR MARTINEZ, SYLVIO MAURIZ, CHRIS MESHELL, JEFF PLEVIN, DANNY RIVERA, ERWIN ROJAS, REYES ROJAS, STEPHEN SHEA, WILLIAM WEISSINGER, KELVIN BETANCES-RODRIGUEZ,

STEVEN BETTS, ANEL FELIZ, ALFREDO MARRANZINI, NICOLAS MARTE, DYLIN ULLOA-POLANCO and ANALQUI FRANCO, individually, and on behalf of others similarly situated, (hereinafter collectively "Plaintiffs") by and through counsel, to notify the court that Plaintiffs have made changes on the Second Amended Complaint since filing the Motion to Amend Complaint was filed and state as follows:

1. Plaintiffs' filed a Motion to Amend Complaint [DE 99] with the 2nd Amended Complaint attached as Exhibit A.

2. On November 15, 2010 the Court entered an Order [DE 109] granting Plaintiffs' Motion for Leave to File a Second Amended Complaint and allowed Plaintiffs' to file a Second Amended Complaint within seven days.

3. Plaintiffs have only made minor changes and have not added any additional counts.

4. Plaintiffs have combined their Prayer for Relief for both counts into one Prayer for Relief.

Respectfully submitted,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: MARGARET DIBIANCA and SCOTT HOLT, YOUNG, CONAWAY, STARGATT & TAYLOR, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19899-0391, Thomas H. Loffredo, GRAY ROBINSON, P.A., 401 East Las Olas Boulevard, Suite 1850, Ft. Lauderdale, Florida 33131, and Amy L. Garrard, Esq., GRAY ROBINSON, P.A., Stabile

Building, 5551 Ridgewood Drive, Suite 101, Naples Florida 34108.

                               BERKE & LUBELL, P.A.

By:   /s/ Bill B. Berke
      Bill B. Berke
      Florida Bar No. 0558011
      berkelaw@yahoo.com
      Patrick S. Javier
      Florida Bar No. 16645
      patrickjavier@ymail.com
      1003 Del Prado Blvd., Ste. 300
      Cape Coral, FL 33990
      Telephone: (239) 549-6689
      Facsimile: (239) 549-3331
      *Attorney for Plaintiffs*