**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**BRETT BACHMAN, on behalf of**
**themselves and all others similarly situated,**
**JESUS CALDERONE, on behalf of**
**themselves and all others similarly situated, ,**

        **Plaintiffs,**

-vs-                                                                    Case No.  2:10-cv-67-FtM-36DNF

**CABLENET SERVICES UNLIMITED,**
**INC., A Delaware Corporation, CABLENET**
**SERVICES UNLIMITED (FLORIDA)**
**LLC, a  Foreign Limited Liability Company,**

        **Defendants.**

_____

## ORDER

On November 30, 2010, the Plaintiffs filed an Emergency Motion for Protective Order and Sanctions (doc. 121).  The Plaintiffs are claiming that counsel for the Defendant contacted the Plaintiffs Joshua Brotheim, and Stephen Shea directly.  The Plaintiffs are seeking a protective order prohibiting counsel for the Defendants from communicating with the Plaintiffs and potential class member employees regarding this lawsuit.  The Court does not find that this motion must be determined on an emergency basis.

**IT IS HEREBY ORDERED:**

1) The Emergency Motion for Protective Order and Sanctions (Doc. 121) will not be considered on an expedited basis, but instead will be considered in due course after the response time has expired.

2) The Defendants shall have until December 14, 2010, in which to file a response to the Emergency Motion for Protective Order and Sanctions (Doc. 121).

3) During the time the Emergency Motion for Protective Order and Sanctions (Doc. 121) is pending, counsel for the Defendants shall not contact any of the Plaintiffs or potential class members directly.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this __1st__ day of December, 2010.

*[signature]*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record