# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

BRETT BACHMAN, JESUS CALDERONE,
GABRIEL ARTHILA, MAXWELL
BARTHELMESS, JOSHUA BROTHEIM,
JOHN COPE, MICHAEL DAVIS, DOUGLAS
HARDESTY, KENNETH HARBIN, FRANK
HARTLEB, WAYNE KELLY, VICTOR
MARTINEZ, SYLVIO MAURIZ, CHRIS
MESHELL, JEFF PLEVIN, DANNY RIVERA,
ERWIN ROJAS, REYES ROJAS, STEPHEN
SHEA, WILLIAM WEISSINGER, KEVIN
BETANCES-RODRIGUEZ, STEVEN BETTS,
ANEL FELIZ, ALFREDO MARRANZINI,
NICOLAS MARTE, DYLIN ULLOA-POLANCO,
and ANALQUI FRANCO, On Behalf of
Themselves and all Others Similarly Situated,,

    Plaintiffs,

v.                                                CASE NO: 2:10-cv-67-FTM-36-DNF

CABLENET SERVICES UNLIMITED, INC.,
a Delaware Corporation, and CABLENET
SERVICES UNLIMITED (FLORIDA) LLC,
A Foreign Limited Liability Company,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** having come before the Court *sua sponte* and upon review of the case file and the nature of the allegations, the 60 day Order of Dismissal between Plaintiff Joshua Brotheim and the Defendants filed December 27, 2010 (Doc. 150) is hereby vacated. Although the Notice of Acceptance of Rule 68 Offer of Judgment states that Defendants have offered Plaintiff Joshua Brotheim full relief, it is unclear if the amount offered and accepted by Plaintiff was a negotiated

settlement amount or full payment of Plaintiff's claims. Since this is an action brought pursuant to the Fair Labor Standards Act, the Court is required to determine the reasonableness and fairness of any negotiated settlements. *See Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). Accordingly,

The Clerk is directed to vacate the 60 day Order of Dismissal between Plaintiff Joshua Brotheim and the Defendants.

**DONE AND ORDERED** at Ft. Myers, Florida, on December 28, 2010.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY