## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

BRETT BACHMAN AND JESUS
CALDERONE, On Behalf Of Themselves and
All Others Similarly SItuated,

      Plaintiffs,

v.                                                                        CASE NO. 2:10-CV-67-36DNF

CABLENET SERVICES UNLIMITED,
INC., a Delaware Corporation, and
CABLENET SERVICES UNLIMITED,
(FLORIDA), LLC, a Delaware limited
liability company,

      Defendants.
_____/

## **ORDER**

      **THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on December 15, 2010 (Dkt. 131), recommending that the Court dismiss Plaintiffs Wayne Kelly and Reyes Rojas for failing to prosecute their case pursuant to Middle District Local Rule 3.10. Plaintiffs Kelly and Rojas failed to respond to the Court Interrogatories as directed. The Court notes that the parties did not file any written objections to the Report and Recommendation, and the time for filing such objections has expired.

      After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 131) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Defendants' Motion to Dismiss (Doc. 116) is **GRANTED.** Plaintiffs Wayne Kelly and Reyes Rojas are **DISMISSED** from this action for failing to prosecute their case.

3) The Clerk is directed to enter judgment accordingly as to Plaintiffs Wayne Kelly and Reyes Rojas.

**DONE AND ORDERED** at Ft. Myers, Florida, on January 4, 2011.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD