UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO. 2:10-CV-00067-CEH-DNF

BRETT BACHMAN AND JESUS
CALDERONE, ON BEHALF OF
THEMSELVES AND ALL OTHERS
SIMILARLY SITUATED,

                                        Plaintiffs,

                        v.

CABLENET SERVICES UNLIMITED, INC.,
A DELAWARE CORPORATION, AND
CABLENET SERVICES UNLIMITED,
(FLORIDA), LLC, A DELAWARE LIMITED
LIABILITY COMPANY,

                                        Defendants.  /
_____

## DEFENDANTS' OFFER OF JUDGMENT TO JESUS CALDERONE

**TO:**   Bill B. Berke, Esq.
          BERKE & LUBELL, P.A.
          1002 Del Prado Boulevard
          Suite 300
          Cape Coral, FL 33990

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants CableNet

Services Unlimited, Inc., and CableNet Services Unlimited (Florida), LLC, ("Defendants"),

hereby offer that judgment be taken against them in favor of Plaintiff Jesus Calderone for all

causes of action asserted by Plaintiff in this action in the fixed amount of one thousand, five

hundred, and forty-seven dollars and forty-one cents ($1,547.41), plus reasonable attorney's fees

and costs, if any, to be determined by the Court, which shall constitute full relief of Plaintiff's

claims. The calculations used to determine the amount of full relief are set forth at Exhibit A.

This offer shall be deemed rejected unless accepted within ten (10) days after the offer is served, pursuant to Rule 68.

This offer is made for the purposes specified in Rule 68 and is not to be construed as an admission that Defendants are liable or that the plaintiff has suffered any damages. This offer or acceptance thereof may not be used as an admission of liability in this or any subsequent proceeding between any of the parties.

/s/ Margaret M. DiBianca

Scott A. Holt, Esquire (DE No. 3399)
Margaret M. DiBianca, Esquire (DE No. 4539)
Admitted *Pro Hac Vice*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-33476
E-mail: mdibianca@ycst.com

*Attorneys for Defendants CableNet Services Unlimited, Inc., and CableNet Services Unlimited (Florida), LLC*

DATED: January 8, 2011

## EXHIBIT A

The offer of judgment made to Plaintiff Jesus Calderone was calculated using Plaintiff's pay history (attached as Exhibit A.1), as follows:

1.      The relevant period for the purposes of the calculations includes those weeks that Plaintiff was employed as a cable technician by Defendants, (the "Relevant Weeks"), including week ending May 2, 2009, through week ending December 5, 2009.

2.      In his responses to the Court's Interrogatories, Plaintiff alleged that he was owed 10 hours per week of unreported and unpaid time worked.[1]

3.      For each of the Relevant Weeks, 10 hours were added to the total hours work (Reg. Hours + OT Hours + 10) to adjust for time Plaintiff claims to have worked but not recorded or reported ("Adjusted Hours").

4.      The following calculations were then performed only for those weeks in which the Adjusted Hours was greater than 40.

5.      From those weeks, forty (40) was subtracted from the Adjusted Hours (Adjusted Hrs. – 40) to determine the adjusted number of overtime hours (AOT Hrs.) in each workweek.

6.      Plaintiff's adjusted regular rate (Adj. Rate) was determining by dividing his total eligible compensation (Gross Pay – Other Pay) by the adjusted number of total hours worked (Adjusted Hrs.).[2]

---

[1] *See* Exhibit A.2.  Specifically, Plaintiff alleged that he worked 499.5 hours of unpaid overtime over a period of 50 weeks.

[2] *See* 29 C.F.R. § 778.109 (stating that the regular rate of pay is "determined by dividing [the employee's] total remuneration for employment . . . in any workweek by the total number of hours actually worked by him in that workweek").

7.      Plaintiff's adjusted overtime rate (AOT Rate) was determined by dividing the Adjusted Rate by two (2).[3]

8.      Finally, the adjusted overtime rate (AOT Rate) was multiplied by the adjusted number of overtime hours worked (AOT Hrs.), to determine the amount claimed per week in unreported-unpaid overtime ("Claim").

9.      For the Relevant Period, Plaintiff's total claims were $2,571.65 ("Claim Subtotal").

10.     From the Claim Subtotal, the amount of overtime previously paid during the weeks in which the Adjusted Hours were greater than 40 ($1,024.24) was deducted to determine the total Back Pay Claimed ($1,547.41) with respect to Count I of the complaint.

11.     With respect to Count II of the complaint, even when 10 hours were added to each workweek, Plaintiff's regular rate never fell below the then-prevailing minimum wage.[4] Thus, full relief for Count II is no relief.

---

[3] Piece-rate employees' overtime rate is equal to one-half the total number of hours worked, divided by the total eligible compensation paid, divided by two. *See* 29 C.F.R. §§ 778.111, 778.500.

[4] In fact, Plaintiff's regular rate fell below $10 per hour during only workweek—his final week of employment.

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn VR | PTO Hrs | PTO Earn | Field | Adjusted Hrs (Reg. Hrs. + OT Hrs + 10) | AOT | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/02/2009 | $750.61 | 31.50 | $750.61 | | | | | | 41.50 | 1.50 | $18.09 | $9.04 | $13.57 |
| 05/09/2009 | $995.86 | 40.50 | $989.75 | 0.50 | | | | | 51.00 | 11.00 | $19.53 | $9.76 | $107.40 |
| 05/16/2009 | $639.48 | 24.00 | $639.48 | | | | | | 34.00 | | $18.81 | | |
| 05/23/2009 | $569.21 | 24.50 | $569.21 | | | | | | 34.50 | | $16.50 | | |
| 05/30/2009 | $765.78 | 27.00 | $765.78 | | $0.00 | | | | 37.00 | | $20.70 | | |
| 06/06/2009 | $860.35 | 33.50 | $860.35 | | | | | | 43.50 | 3.50 | $19.78 | $9.89 | $34.61 |
| 06/13/2009 | $505.78 | 23.50 | $505.78 | | | | | | 33.50 | | $15.10 | | |
| 06/20/2009 | $1,159.13 | 40.00 | $1,013.75 | 10.00 | $105.38 | | | $40.00 | 60.00 | 20.00 | $18.65 | $9.33 | $186.52 |
| 06/27/2009 | $861.20 | 38.00 | $861.20 | | | | | $50.00 | 48.00 | 8.00 | $16.90 | $8.45 | $67.60 |
| 07/04/2009 | $661.10 | 38.00 | $661.10 | | | | | | 48.00 | 8.00 | $13.77 | $6.89 | $55.09 |
| 07/11/2009 | $843.70 | 40.00 | $795.26 | 3.00 | $28.44 | | | $20.00 | 53.00 | 13.00 | $15.54 | $7.77 | $101.02 |
| 07/18/2009 | $580.66 | 37.00 | $580.66 | | | | | | 47.00 | 7.00 | $12.35 | $6.18 | $43.24 |
| 07/25/2009 | $710.58 | 40.00 | $661.33 | 7.00 | $49.25 | | | | 57.00 | 17.00 | $12.47 | $6.23 | $105.96 |
| 08/01/2009 | $757.32 | 40.00 | $757.32 | | | | | | 50.00 | 10.00 | $15.15 | $7.57 | $75.73 |
| 08/08/2009 | $1,183.76 | 40.00 | $1,030.14 | 17.00 | $153.62 | | | | 67.00 | 27.00 | $17.67 | $8.83 | $238.52 |
| 08/15/2009 | $1,017.50 | 40.00 | $925.00 | 10.00 | $92.50 | | | | 60.00 | 20.00 | $16.96 | $8.48 | $169.58 |
| 08/22/2009 | $569.82 | 27.00 | $569.82 | | | | | $30.00 | 37.00 | | $14.59 | | |
| 08/29/2009 | $466.23 | 16.50 | $466.23 | | | 8.00 | $100.00 | $20.00 | 26.50 | | $16.84 | | |
| 09/05/2009 | $585.00 | 0.00 | $585.00 | | | 32.00 | $400.00 | | 10.00 | | $58.50 | | |
| 09/12/2009 | $973.09 | 42.00 | $950.46 | 2.00 | $22.63 | | | | 54.00 | 14.00 | $18.02 | $9.01 | $126.14 |
| 09/19/2009 | $1,090.75 | 40.00 | $932.69 | 14.50 | $128.06 | | | $30.00 | 64.50 | 24.50 | $16.45 | $8.22 | $201.46 |
| 09/26/2009 | $599.68 | 36.00 | $599.68 | 0.00 | $0.00 | | | | 46.00 | 6.00 | $13.04 | $6.52 | $39.11 |
| 10/03/2009 | $934.09 | 40.00 | $860.85 | 5.50 | $53.24 | | | $20.00 | 55.50 | 15.50 | $16.47 | $8.24 | $127.64 |
| 10/10/2009 | $742.55 | 37.00 | $742.55 | 0.00 | $0.00 | | | | 47.00 | 7.00 | $15.80 | $7.90 | $55.30 |
| 10/17/2009 | $1,061.64 | 40.00 | $972.34 | 9.00 | $89.30 | | | | 59.00 | 19.00 | $17.99 | $9.00 | $170.94 |
| 10/24/2009 | $766.50 | 36.00 | $746.50 | 0.00 | $0.00 | | | $20.00 | 46.00 | 6.00 | $16.23 | $8.11 | $48.68 |
| 10/31/2009 | $1,167.59 | 40.00 | $1,013.38 | 12.50 | $124.21 | | | $30.00 | 62.50 | 22.50 | $18.20 | $9.10 | $204.77 |
| 11/07/2009 | $1,403.67 | 40.00 | $1,225.33 | 13.00 | $153.34 | | | $25.00 | 63.00 | 23.00 | $21.88 | $10.94 | $251.66 |
| 11/14/2009 | $804.46 | 40.00 | $740.18 | 1.50 | $14.28 | | | $50.00 | 51.50 | 11.50 | $14.65 | $7.32 | $84.24 |
| 11/21/2009 | $563.00 | 40.00 | $553.01 | 1.50 | $9.99 | | | | 51.50 | 11.50 | $10.93 | $5.47 | $62.86 |
| 11/28/2009 | $563.47 | 23.50 | $563.47 | 0.00 | $0.00 | | | | 33.50 | | $16.82 | | |
| 12/05/2009 | $399.43 | 23.00 | $399.43 | 0.00 | $0.00 | | | | 33.00 | | $12.10 | | |
| 12/05/2009 | $180.12 | 11.00 | $180.12 | 0.00 | $0.00 | | | | 21.00 | | $8.58 | | |
| | | | | | | | | | | | Back Pay | | 2,571.65 |
| | | | | | | | | | | | OT Paid | | 1,024.24 |
| | | | | | | | | | | | Offer of Judgment | | 1,547.41 |