UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

BRETT BACHMAN, JESUS CALDERONE,
GABRIEL ARTHILA, MAXWELL
BARTHELMESS, JOSHUA BROTHEIM,
JOHN COPE, MICHAEL DAVIS,
DOUGLAS HARDESTY, KENNETH HARBIN,
FRANK HARTLEB, VICTOR MARTINEZ,
SYLVIO MAURIZ, CHRIS MESHELL,
JEFF PLEVIN, DANNY RIVERA, ERWIN ROJAS,
STEPHEN SHEA, WILLIAM WEISSINGER,
KELVIN BETANCES-RODRIGUEZ, STEVEN
BETTS, ANEL FELIZ, ALFREDO MARRANZINI,
NICOLAS MARTE, DYLIN ULLOA-POLANCO,
and ANALQUI FRANCO, Individually, and on behalf
of all Others Similarly Situated,

   Plaintiffs,                                           CASE NO.  2:10-cv-67-FtM-36 DNF

vs.

CABELNET SERVICES UNLIMITED, INC., a
Delaware Corporation, and CABLENET SERVICES
UNLIMITED (FLORIDA) LLC, A Foreign Limited
Liability Company,

   Defendants.
_____/

**MOTION TO DISMISS PLAINTIFFS, STEVEN BETTS, MAXWELL BARTHELMESS, JOHN COPE AND KENNETH HARBIN AND FOR THE COURT TO RETAIN JURISDICTION FOR ATTORNEYS FEES AND COSTS**

      COME NOW, Plaintiffs Brett Bachman, et al., on behalf of themselves, and all others similarly situated, by and through the undersigned counsel, and hereby respectfully files this Motion to Dismiss Plaintiffs, John Cope, Steven Betts, Maxwell Barthelmess and Kenneth Harbin, and for the Court to retain jurisdiction for attorney fees and costs and in support state as follows:

1. Plaintiffs, Steven Betts, John Cope, Maxwell Barthelmess, and Kenneth Harbin consented to join this lawsuit as follows:

    a. Steven Betts on September 20, 2010 (Doc 78);

    b. John Cope consented on July 20, 2010 (Doc 65);

    c. Maxwell Barthelmess on April 9, 2010 (Doc 21); and

    d. Kenneth Harbin on May 24, 2010 (Doc 36).

2. On November 30, 2010 Plaintiffs filed an Emergency Motion for a Temporary Restraining Order (Doc 121) because CABLENET was making unauthorized communications to our Plaintiffs and wanted them to join another collective action pursuant to the Fair Labor Standards Act brought by cable technicians employed by Defendants, *Mertilus v. Cablenet Services, Unlimited, Inc., et al.*, No. 09-61919-Civ-Gold/McAiley (consolidated with 09-61983-Civ-Gold)(hereinafter *Mertilus*). The *Mertilus* lawsuit had a deadline of November 30, 2010 to opt-in to the lawsuit.

3. On December 1, 2010 the Court Ordered (Doc 122) that "[D]uring the time the Emergency Motion for Protective Order and Sanctions (Doc. 121) is pending, counsel for the Defendants shall not contact any of the Plaintiffs or potential class members directly." *See Order (Doc 122) at 3).*

4. On December 8, 2010 Defendants filed Amended Exhibits for Defendants Response to Plaintiffs' Motion to Certify Class with the above-named Plaintiffs' Consents to Join the *Mertilus* lawsuit. (Doc 127-1). *See Plaintiffs Exhibit A.*

5.  Again on January 31, 2011 Defendants amended and refiled the Consent Exhibits for the above-named Plaintiffs (Doc 181-2).  *See Plaintiffs Exhibit B.*

6.  Defendants Exhibits Doc 127-1 and Doc 181-2 (*attached as Plaintiffs Exhibit A and B*) show that on November 24, 25, 26, and 27, Harbin, Cope, Betts, and Barthelmess, respectively, submitted their consent to join in the collective-action settlement of the *Mertilus* lawsuit, thereby waiving their right to participate in the present action.

7.  Pursuant to Local Rule 3.01(g), Counsel for Plaintiffs has conferred with Counsel for Defendants, Margaret DiBianca, and Defense Counsel does not object to the dismissal of Plaintiffs, Steven Betts, John Cope, Maxwell Barthelmess and Kenneth Harbin, though objects to the Court retaining jurisdiction as to Plaintiffs attorney fees in this matter.

WHEREFORE, Plaintiffs, Brett Bachman, et al. respectfully request that Plaintiffs, Steven Betts, John Cope, Maxwell Barthelmess and Ken Harbin, be dismissed from this action with prejudice and respectfully request the Court retain jurisdiction for Plaintiffs' attorney fees in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: MARGARET DIBIANCA and SCOTT HOLT, YOUNG, CONAWAY, STARGATT & TAYLOR, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19899-0391 and Thomas

H. Loffredo, GRAY ROBINSON, P.A., 401 East Las Olas Boulevard, Suite 1850, Ft. Lauderdale, Florida 33131.

                              BERKE & LUBELL, P.A.

By:    /s/ Bill B. Berke
        Bill B. Berke
        Florida Bar No. 0558011
        berkelaw@yahoo.com
        Patrick S. Javier
        Florida Bar No. 16645
        patrickjavier@ymail.com
        1003 Del Prado Blvd., Ste. 300
        Cape Coral, FL 33990
        Telephone: (239) 549-6689
        Facsimile: (239) 549-3331
        *Attorneys for Plaintiff*