**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

BRETT BACHMAN, JESUS
CALDERONE, GABRIEL ARTHILA,
MAXWELL BARTHELMESS, JOSHUA
BROTHEIM, JOHN COPE, MICHAEL
DAVIS, DOUGLAS HARDESTY,
KENNETH HARBIN, FRANK HARTLEB,
VICTOR MARTINEZ, SYLVIO MAURIZ,
CHRIS MESHELL, JEFF PLEVIN,
DANNY RIVERA, ERWIN ROJAS,
STEPHEN SHEA, WILLIAM
WEISSINGER, KELVIN BETANCES-
RODRIGUEZ, STEVEN BETTS, ANGEL
FELIZ, ALFREDO MARRANZINI,
NICOLAS MARTE, DYLIN ULLOA-
PLANCO, ANALQUI FRANCO,
Individually, and on behalf of all Others
Similarly Situated,

       Plaintiffs,

v.                                                          CASE NO. 2:10-CV-67-FtM-36DNF

CABLENET SERVICES UNLIMITED,
INC., A Delaware Corporation, CABLENET
SERVICES UNLIMITED (FLORIDA)
LLC, a Foreign Limited Liability Company,

       Defendants.
_____/

## ORDER

    **THIS CAUSE** came on for consideration upon the Report and Recommendation filed by

United States Magistrate Judge Douglas Frazier on June 30, 2011 (Dkt. 237), recommending that

the Court dismiss Plaintiff Danny Rivera and Opt-In Plaintiff Dario Nunez from this action for their

failure to prosecute their claims.  Additionally, the Magistrate Judge recommends denying

Defendants' Motion to Dismiss Plaintiffs Dario Nunez and Danny Rivera in Accordance with the Court's Order (D.E. 207) as moot (Dkt. 219).

After careful consideration of the Report and Recommendation of the Magistrate Judge,  in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.  Based on the record, Plaintiff Rivera and Opt-In Plaintiff Nunez have failed to prosecute their claims against Defendants and have not complied with the orders of this Court.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1)      The Report and Recommendation of the Magistrate Judge (Dkt. 237) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2)      Plaintiff  Danny Rivera and Opt-In Plaintiff  Dario Nunez are **DISMISSED from this action**.  The Clerk is directed to enter judgment accordingly and close this case as to Plaintiff Danny Rivera and Opt-In Plaintiff Dario Nunez, only.

3)      Defendants' Motion to Dismiss Plaintiffs Dario Nunez and Danny Rivera in Accordance with the Court's Order (D.E. 207) (Dkt. 219) is **DENIED as moot**.

**DONE AND ORDERED** at Ft. Myers, Florida, on July 15, 2011.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD