**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

BRETT BACHMAN, JESUS CALDERONE, GABRIEL ARTHILA, MAXWELL BARTHELMESS, JOSHUA BROTHEIM, JOHN COPE, MICHAEL DAVIS, DOUGLAS HARDESTY, KENNETH HARBIN, FRANK HARTLEB, VICTOR MARTINEZ, SYLVIO MAURIZ, CHRIS MESHELL, JEFF PLEVIN, DANNY RIVERA, ERWIN ROJAS, STEPHEN SHEA, WILLIAM WEISSINGER, KELVIN BETANCES-RODRIGUEZ, STEVEN BETTS, ANEL FELIZ, ALFREDO MARRANZINI, NICOLAS MARTE, DYLIN ULLOA-POLANCO, ANALQUI FRANCO, Individually, and on behalf of all Others Similarly Situated,

   Plaintiffs,

v.              CASE NO. 2:10-CV-67-FtM-36DNF

CABLENET SERVICES UNLIMITED, INC., A Delaware Corporation, CABLENET SERVICES UNLIMITED (FLORIDA) LLC, a Foreign Limited Liability Company,

   Defendants.
_____/

**ORDER**

  **THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on July 15, 2011 (Dkt. 241), recommending that the Court deny the Verified Motion for Attorney's Fees and Costs of Plaintiffs Maxwell Barthelmess, Steven Betts, John Cope, and Kenneth Harbin (Dkt. 221). No party filed an objection

to the Report and Recommendation, and the time to do so has now expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. Based on the record, Plaintiffs Barthelmess, Betts, Cope and Harbins are not "prevailing" parties in this action, and as such, they are not entitled to an award of reasonable attorneys' fees and costs. *See* 29 U.S.C. § 216(b); *Sahyers v. Prugh, Holliday & Karatinos, P.L.*, 560 F.3d 1241, 1244 (11th Cir. 2009).

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 241) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) The Verified Motion for an Award for Attorney's Fees and Costs filed by Plaintiffs Maxwell Barthelmess, Steven Betts, John Cope and Kenneth Harbin (Dkt. 221) is **DENIED**.

**DONE AND ORDERED** at Ft. Myers, Florida, on August 9, 2011.

*/s/ Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD