**EXHIBIT 1**

| Period End Date | Gross Pay | Regular Hours | Regular Earnings | OT Hrs | OT Pay | PTO Hrs | PTO Earn | Other Pay | Adjusted Hrs | AOT Hrs | Adj. Reg. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/09/2009 | $ 963.38 | 29.00 | $ 963.38 | 0.00 | $ - | 0.00 | $ - | $ - | 35.25 | | | | |
| 05/16/2009 | $ 784.70 | 28.00 | $ 784.70 | 0.00 | $ - | 0.00 | $ - | $ - | 34.25 | | | | |
| 05/23/2009 | $ 639.00 | 24.50 | $ 639.00 | 0.00 | $ - | 0.00 | $ - | $ - | 30.75 | | | | |
| 05/30/2009 | $ 453.86 | 18.50 | $ 453.86 | 0.00 | $ - | 0.00 | $ - | $ - | 24.75 | | | | |
| 06/06/2009 | $ 794.78 | 24.50 | $ 744.78 | 0.00 | $ - | 0.00 | $ - | $ 50.00 | 30.75 | | | | |
| 06/13/2009 | $ 825.60 | 10.50 | $ 825.60 | 0.00 | $ - | 0.00 | $ - | $ - | 16.75 | | | | |
| 06/20/2009 | $ 648.71 | 18.50 | $ 648.71 | 0.00 | $ - | 0.00 | $ - | $ - | 24.75 | | | | |
| 06/27/2009 | $ 627.90 | 24.50 | $ 627.90 | 0.00 | $ - | | $ - | $ - | 30.75 | | | | |
| 07/04/2009 | $ 1,158.80 | 39.50 | $ 1,158.80 | 0.00 | $ - | 0.00 | $ - | $ - | 45.75 | 5.75 | $ 25.33 | $ 12.66 | $ 72.82 |
| 07/11/2009 | $ 546.12 | 27.50 | $ 546.12 | 0.00 | $ - | 0.00 | $ - | $ - | 33.75 | | | | |
| 07/18/2009 | $ 1,044.63 | 40.00 | $ 989.65 | 5.00 | $ 54.98 | 0.00 | $ - | $ - | 51.25 | 11.25 | $ 20.38 | $ 10.19 | $ 114.65 |
| 07/25/2009 | $ 731.77 | 35.50 | $ 731.77 | 0.00 | $ - | 0.00 | $ - | $ - | 41.75 | 1.75 | $ 17.53 | $ 8.76 | $ 15.34 |
| 08/08/2009 | $ 1,077.03 | 40.00 | $ 994.18 | 8.00 | $ 82.85 | 0.00 | $ - | $ - | 54.25 | 14.25 | $ 19.85 | $ 9.93 | $ 141.45 |
| 08/15/2009 | $ 848.64 | 40.00 | $ 814.39 | 2.50 | $ 24.25 | 0.00 | $ - | $ 10.00 | 48.75 | 8.75 | $ 17.20 | $ 8.60 | $ 75.26 |
| 08/22/2009 | $ 786.75 | 39.00 | $ 756.75 | 0.00 | $ - | 0.00 | $ - | $ 30.00 | 45.25 | 5.25 | $ 16.72 | $ 8.36 | $ 43.90 |
| 08/29/2009 | $ 816.81 | 35.50 | $ 816.81 | 0.00 | $ - | 0.00 | $ - | $ - | 41.75 | 1.75 | $ 19.56 | $ 9.78 | $ 17.12 |
| 09/05/2009 | $ 862.59 | 40.00 | $ 813.43 | 5.50 | $ 49.16 | 0.00 | $ - | $ - | 51.75 | 11.75 | $ 16.67 | $ 8.33 | $ 97.93 |
| 09/12/2009 | $ 654.65 | 38.50 | $ 654.65 | 0.00 | $ - | 0.00 | $ - | $ - | 44.75 | 4.75 | $ 14.63 | $ 7.31 | $ 34.74 |
| 09/19/2009 | $ 695.15 | 33.00 | $ 675.15 | 0.00 | $ - | 0.00 | $ - | $ 20.00 | 39.25 | | | | |
| 09/26/2009 | $ 707.56 | 40.00 | $ 653.13 | 8.00 | $ 54.43 | 0.00 | $ - | $ - | 54.25 | 14.25 | $ 13.04 | $ 6.52 | $ 92.93 |
| 10/03/2009 | $ 721.47 | 38.00 | $ 721.47 | 0.00 | $ - | 0.00 | $ - | $ - | 44.25 | 4.25 | $ 16.30 | $ 8.15 | $ 34.65 |
| 10/10/2009 | $ 932.19 | 40.00 | $ 838.56 | 11.50 | $ 93.63 | 0.00 | $ - | $ - | 57.75 | 17.75 | $ 16.14 | $ 8.07 | $ 143.26 |
| 10/17/2009 | $ 807.70 | 40.00 | $ 802.74 | 0.50 | $ 4.96 | 0.00 | $ - | $ - | 46.75 | 6.75 | $ 17.28 | $ 8.64 | $ 58.31 |
| 10/24/2009 | $ 989.27 | 40.00 | $ 897.20 | 5.00 | $ 52.07 | 0.00 | $ - | $ 40.00 | 51.25 | 11.25 | $ 18.52 | $ 9.26 | $ 104.19 |
| 10/31/2009 | $ 902.88 | 40.00 | $ 862.08 | 2.50 | $ 25.80 | 0.00 | $ - | $ 15.00 | 48.75 | 8.75 | $ 18.21 | $ 9.11 | $ 79.68 |
| 11/07/2009 | $ 988.02 | 40.00 | $ 915.73 | 7.50 | $ 72.29 | 0.00 | $ - | $ - | 53.75 | 13.75 | $ 18.38 | $ 9.19 | $ 126.37 |
| 11/14/2009 | $ 476.08 | 24.00 | $ 476.08 | 0.00 | $ - | 0.00 | $ - | $ - | 30.25 | | | | |
| 11/21/2009 | $ 814.35 | 40.00 | $ 744.49 | 6.00 | $ 49.86 | 0.00 | $ - | $ 20.00 | 52.25 | 12.25 | $ 15.20 | $ 7.60 | $ 93.12 |

| Period End Date | Gross Pay | Regular Hours | Regular Earnings | OT Hrs | OT Pay | PTO Hrs | PTO Earn | Other Pay | Adjusted Hrs | AOT Hrs | Adj. Reg. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/2009 | $ 1,197.58 | 40.00 | $ 1,124.26 | 6.00 | $ 73.32 | 0.00 | $ - | $ - | 52.25 | 12.25 | $ 22.92 | $ 11.46 | $ 140.39 |
| 12/05/2009 | $ 1,614.01 | 40.00 | $ 1,400.84 | 17.50 | $ 213.17 | 0.00 | $ - | $ - | 63.75 | 23.75 | $ 25.32 | $ 12.66 | $ 300.65 |
| 12/12/2009 | $ 663.98 | 34.00 | $ 563.98 | 0.00 | $ - | 8.00 | $ 100.00 | $ - | 40.25 | 0.25 | $ 16.50 | $ 8.25 | $ 2.06 |
| 12/19/2009 | $ 868.50 | 40.00 | $ 771.20 | 13.50 | $ 97.30 | 0.00 | $ - | $ - | 59.75 | 19.75 | $ 14.54 | $ 7.27 | $ 143.54 |
| 12/26/2009 | $ 899.58 | 38.25 | $ 609.58 | 0.00 | $ - | 16.00 | $ 200.00 | $ 90.00 | 44.50 | 4.50 | $ 18.19 | $ 9.10 | $ 40.93 |
| 01/02/2010 | $ 831.52 | 38.00 | $ 787.64 | 0.00 | $ - | 3.51 | $ 43.88 | $ - | 44.25 | 4.25 | $ 18.79 | $ 9.40 | $ 39.93 |
| 01/09/2010 | $ 573.20 | 16.00 | $ 273.20 | 0.00 | $ - | 24.00 | $ 300.00 | $ - | 22.25 | | | | |
| 01/16/2010 | $ 430.02 | 15.00 | $ 410.02 | 0.00 | $ - | 0.00 | $ - | $ 20.00 | 21.25 | | | | |
| 01/16/2010 | $ 664.41 | 25.00 | $ 510.32 | 19.50 | $ 154.09 | 0.00 | $ - | $ - | 50.75 | 10.75 | $ 13.09 | $ 6.55 | $ 70.37 |
| 01/23/2010 | $ 587.50 | 23.50 | $ 587.50 | 0.00 | $ - | 0.00 | $ - | $ - | 29.75 | | | | |
| 01/23/2010 | $ 965.84 | 16.50 | $ 747.14 | 19.50 | $ 218.70 | 0.00 | $ - | $ - | 42.25 | 2.25 | $ 22.86 | $ 11.43 | $ 25.72 |
| 01/30/2010 | $ 534.77 | 20.00 | $ 497.95 | 3.00 | $ 36.82 | 0.00 | $ - | $ - | 29.25 | | | | |
| 01/30/2010 | $ 557.60 | 20.00 | $ 557.60 | 0.00 | $ - | 0.00 | $ - | $ - | 26.25 | | | | |
| 02/06/2010 | $ 534.06 | 26.75 | $ 355.54 | 23.50 | $ 178.52 | 0.00 | $ - | $ - | 56.50 | 16.50 | $ 9.45 | $ 4.73 | $ 77.98 |
| 02/06/2010 | $ 609.25 | 13.25 | $ 609.25 | 0.00 | $ - | 0.00 | $ - | $ - | 19.50 | | | | |
| 02/13/2010 | $ 1,375.60 | 40.00 | $ 1,225.32 | 13.00 | $ 150.28 | 0.00 | $ - | $ - | 59.25 | 19.25 | $ 23.22 | $ 11.61 | $ 223.46 |
| 02/20/2010 | $ 579.15 | 40.00 | $ 516.77 | 7.50 | $ 42.38 | 0.00 | $ - | $ 20.00 | 53.75 | 13.75 | $ 10.40 | $ 5.20 | $ 71.52 |
| 02/27/2010 | $ 542.32 | 35.75 | $ 542.32 | 0.00 | $ - | 0.00 | $ - | $ - | 42.00 | 2.00 | $ 12.91 | $ 6.46 | $ 12.91 |
| 03/06/2010 | $ 140.19 | 9.00 | $ 114.70 | 0.00 | $ 25.49 | 0.00 | $ - | $ - | 15.25 | | | | |
| 03/06/2010 | $ 446.00 | 31.00 | $ 446.00 | 4.00 | $ - | 0.00 | $ - | $ - | 41.25 | 1.25 | $ 10.81 | $ 5.41 | $ 6.76 |
| 03/13/2010 | $ 160.78 | 1.00 | $ 160.78 | 0.00 | $ - | 0.00 | $ - | $ - | 7.25 | | | | |
| 03/13/2010 | $ 456.46 | 22.50 | $ 456.46 | 0.00 | $ - | 0.00 | $ - | $ - | 28.75 | | | | |
| 03/20/2010 | $ 75.89 | 8.00 | $ 43.30 | 0.00 | $ 32.59 | 0.00 | $ - | $ - | 14.25 | | | | |
| 03/20/2010 | $ 439.05 | 32.00 | $ 439.05 | 6.25 | $ - | 0.00 | $ - | $ - | 44.50 | 4.50 | $ 9.87 | $ 4.93 | $ 22.20 |
| 03/27/2010 | $ 263.54 | 29.25 | $ 263.54 | 0.00 | $ - | 0.00 | $ - | $ - | 35.50 | | | | |
| 04/03/2010 | $ 140.54 | 6.00 | $ 140.54 | 2.75 | $ - | 0.00 | $ - | $ - | 15.00 | | | | |
| 04/03/2010 | $ 498.31 | 34.00 | $ 458.40 | 0.00 | $ 19.91 | 0.00 | $ - | $ 20.00 | 40.25 | 0.25 | $ 11.88 | $ 5.94 | $ 1.49 |
| 04/10/2010 | $ 62.79 | 2.00 | $ 62.79 | 0.00 | $ - | 0.00 | $ - | $ - | 8.25 | | | | |

Exhibit A.1

| Period End Date | Gross Pay | Regular Hours | Regular Earnings | OT Hrs | OT Pay | PTO Hrs | PTO Earn | Other Pay | Adjusted Hrs | AOT Hrs | Adj. Reg. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/10/2010 | $ 380.15 | 33.50 | $ 370.15 | 0.00 | $ - | 0.00 | $ - | $ 10.00 | 39.75 | | | | |
| 04/17/2010 | $ 106.21 | 13.75 | $ 106.21 | 0.00 | $ - | 0.00 | $ - | $ - | 20.00 | | | | |
| 04/17/2010 | $ 159.47 | 9.50 | $ 159.47 | 0.00 | $ - | 0.00 | $ - | $ - | 15.75 | | | | |
| 04/24/2010 | $ 263.43 | 22.50 | $ 263.43 | 0.00 | $ - | 0.00 | $ - | $ - | 28.75 | | | | |
| 05/01/2010 | $ 302.75 | 34.00 | $ 302.75 | 0.00 | $ - | 0.00 | $ - | $ - | 40.25 | 0.25 | $ 7.52 | $ 3.76 | $ 0.94 |
| 05/08/2010 | $ 244.99 | 20.00 | $ 244.99 | 0.00 | $ - | 0.00 | $ - | $ - | 26.25 | | | | |
| 05/15/2010 | $ 233.11 | 20.75 | $ 233.11 | 0.00 | $ - | 0.00 | $ - | $ - | 27.00 | | | | |
| 05/22/2010 | $ 228.98 | 4.00 | $ 27.14 | 0.00 | $ - | 16.00 | $ 200.00 | $ - | 10.25 | | | | |
| 05/29/2010 | $ 79.17 | 6.50 | $ 79.17 | 0.00 | $ - | 0.00 | $ - | $ - | 12.75 | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | "OT Paid" | $ 1,806.85 | | | | | | | Claim Subtotal | $ 2,526.57 |
| | | | OT Paid in weeks where Adjusted Hrs > 40 | | | | | | | | | OT Paid | $ 1,711.95 |
| | | | | | | | | | | | | Back Pay Claimed | $ 814.62 |
| | | | | | | | | | | | | Incl. Liquidated Damag | $ 1,629.24 |

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn | Adjusted | AOT Hrs | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/17/2009 | $ 500.00 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | 15.00 | | | | |
| 01/24/2009 | $ 500.00 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | 15.00 | | | | |
| 01/31/2009 | $ 500.00 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | 15.00 | | | | |
| 02/07/2009 | $ 415.00 | 29.50 | $ 415.00 | 0.00 | $ 0.00 | 44.50 | 4.50 | $ 9.33 | $ 4.66 | $ 20.98 |
| 02/14/2009 | $ 518.60 | 37.50 | $ 393.60 | 0.00 | $ 0.00 | 52.50 | 12.50 | $ 9.88 | $ 4.94 | $ 61.74 |
| 02/21/2009 | $ 634.78 | 36.00 | $ 634.78 | 0.00 | $ 0.00 | 51.00 | 11.00 | $ 12.45 | $ 6.22 | $ 68.46 |
| 02/28/2009 | $ 296.30 | 17.50 | $ 296.30 | 0.00 | $ 0.00 | 32.50 | | | | |
| 03/07/2009 | $ 464.16 | 32.00 | $ 434.16 | 0.00 | $ 0.00 | 47.00 | 7.00 | $ 9.88 | $ 4.94 | $ 34.57 |
| 03/14/2009 | $ 618.16 | 36.50 | $ 518.16 | 0.00 | $ 0.00 | 51.50 | 11.50 | $ 12.00 | $ 6.00 | $ 69.02 |
| 03/21/2009 | $ 405.98 | 23.50 | $ 405.98 | 0.00 | $ 0.00 | 38.50 | | | | |
| 03/28/2009 | $ 569.16 | 37.50 | $ 569.16 | 0.00 | $ 0.00 | 52.50 | 12.50 | $ 10.84 | $ 5.42 | $ 67.76 |
| 04/04/2009 | $ 622.22 | 28.50 | $ 622.22 | 0.00 | $ 0.00 | 43.50 | 3.50 | $ 14.30 | $ 7.15 | $ 25.03 |
| 04/11/2009 | $ 514.42 | 24.50 | $ 514.42 | 0.00 | $ 0.00 | 39.50 | | | | |
| 04/18/2009 | $ 980.28 | 33.00 | $ 980.28 | 0.00 | $ 0.00 | 48.00 | 8.00 | $ 20.42 | $ 10.21 | $ 81.69 |
| 04/25/2009 | $ 571.76 | 35.50 | $ 571.76 | 0.00 | $ 0.00 | 50.50 | 10.50 | $ 11.32 | $ 5.66 | $ 59.44 |
| 05/02/2009 | $ 609.52 | 34.50 | $ 609.52 | 0.00 | $ 0.00 | 49.50 | 9.50 | $ 12.31 | $ 6.16 | $ 58.49 |
| 05/09/2009 | $ 469.70 | 22.50 | $ 469.70 | 0.00 | $ 0.00 | 37.50 | | | | |
| 05/16/2009 | $ 472.40 | 30.00 | $ 472.40 | 0.00 | $ 0.00 | 45.00 | 5.00 | $ 10.50 | $ 5.25 | $ 26.24 |
| 05/23/2009 | $ 507.15 | 26.50 | $ 507.15 | 0.00 | $ 0.00 | 41.50 | 1.50 | $ 12.22 | $ 6.11 | $ 9.17 |
| 05/30/2009 | $ 639.44 | 31.50 | $ 539.44 | 0.00 | $ 0.00 | 46.50 | 6.50 | $ 13.75 | $ 6.88 | $ 44.69 |
| 06/06/2009 | $ 698.58 | 36.00 | $ 698.58 | 0.00 | $ 0.00 | 51.00 | 11.00 | $ 13.70 | $ 6.85 | $ 75.34 |
| 06/13/2009 | $ 585.62 | 33.50 | $ 585.62 | 0.00 | $ 0.00 | 48.50 | 8.50 | $ 12.07 | $ 6.04 | $ 51.32 |
| 06/20/2009 | $ 712.50 | 35.00 | $ 712.50 | 0.00 | $ 0.00 | 50.00 | 10.00 | $ 14.25 | $ 7.13 | $ 71.25 |
| 06/27/2009 | $ 350.18 | 27.50 | $ 350.18 | 0.00 | $ 0.00 | 42.50 | 2.50 | $ 8.24 | $ 4.12 | $ 10.30 |
| 07/04/2009 | $ 798.00 | 31.50 | $ 798.00 | 0.00 | $ 0.00 | 46.50 | 6.50 | $ 17.16 | $ 8.58 | $ 55.77 |
| 07/11/2009 | $ 826.60 | 40.00 | $ 790.66 | 4.00 | $ 35.94 | 59.00 | 19.00 | $ 14.01 | $ 7.01 | $ 133.10 |
| 07/18/2009 | $ 925.35 | 40.00 | $ 824.26 | 13.00 | $ 101.09 | 68.00 | 28.00 | $ 13.61 | $ 6.80 | $ 190.51 |

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn | Adjusted | AOT Hrs | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/25/2009 | $ 664.73 | 38.00 | $ 664.73 | 0.00 | $ 0.00 | 53.00 | 13.00 | $ 12.54 | $ 6.27 | $ 81.52 |
| 08/01/2009 | $ 583.61 | 33.50 | $ 463.61 | 0.00 | $ 0.00 | 48.50 | 8.50 | $ 12.03 | $ 6.02 | $ 51.14 |
| 08/08/2009 | $ 936.80 | 40.00 | $ 858.00 | 9.00 | $ 78.80 | 64.00 | 24.00 | $ 14.64 | $ 7.32 | $ 175.65 |
| 08/15/2009 | $ 1,012.58 | 40.00 | $ 931.00 | 8.50 | $ 81.58 | 63.50 | 23.50 | $ 15.95 | $ 7.97 | $ 187.37 |
| 08/22/2009 | $ 739.57 | 40.00 | $ 694.29 | 6.00 | $ 45.28 | 61.00 | 21.00 | $ 12.12 | $ 6.06 | $ 127.30 |
| 08/29/2009 | $ 554.15 | 26.50 | $ 554.15 | 0.00 | $ 0.00 | 41.50 | 1.50 | $ 13.35 | $ 6.68 | $ 10.01 |
| 09/05/2009 | $ 957.26 | 40.00 | $ 855.42 | 12.50 | $ 101.84 | 67.50 | 27.50 | $ 14.18 | $ 7.09 | $ 195.00 |
| 09/12/2009 | $ 675.94 | 37.50 | $ 675.94 | 0.00 | $ 0.00 | 52.50 | 12.50 | $ 12.88 | $ 6.44 | $ 80.47 |
| 09/19/2009 | $ 930.31 | 40.00 | $ 845.74 | 10.00 | $ 84.57 | 65.00 | 25.00 | $ 14.31 | $ 7.16 | $ 178.91 |
| 09/26/2009 | $ 661.01 | 26.00 | $ 461.01 | 0.00 | $ 0.00 | 41.00 | 1.00 | $ 16.12 | $ 8.06 | $ 8.06 |
| 10/03/2009 | $ 982.87 | 40.00 | $ 867.47 | 14.50 | $ 115.40 | 69.50 | 29.50 | $ 14.14 | $ 7.07 | $ 208.59 |
| 10/10/2009 | $ 696.71 | 37.50 | $ 696.71 | 0.00 | $ 0.00 | 52.50 | 12.50 | $ 13.27 | $ 6.64 | $ 82.94 |
| 10/17/2009 | $ 948.27 | 40.00 | $ 878.88 | 7.50 | $ 69.39 | 62.50 | 22.50 | $ 15.17 | $ 7.59 | $ 170.69 |
| 10/24/2009 | $ 1,416.56 | 40.00 | $ 1,287.78 | 10.00 | $ 128.78 | 65.00 | 25.00 | $ 21.79 | $ 10.90 | $ 272.42 |
| 10/31/2009 | $ 1,087.92 | 40.00 | $ 966.04 | 13.50 | $ 121.88 | 68.50 | 28.50 | $ 15.88 | $ 7.94 | $ 226.32 |
| 11/07/2009 | $ 815.56 | 36.00 | $ 815.56 | 0.00 | $ 0.00 | 51.00 | 11.00 | $ 15.99 | $ 8.00 | $ 87.95 |
| 11/14/2009 | $ 326.87 | 16.00 | $ 326.87 | 0.00 | $ 0.00 | 31.00 | | | | |
| | | | | OT Paid | $ 964.55 | | | Back Pay Subtotal | | $ 3,359.20 |
| | | | | | | | | Less OT Paid | | $ 2,394.65 |
| | | | | | | | | With Liquidated | | $ 4,789.31 |

EXHIBIT

3

| Pd.End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn | Other Pay | Adjusted Hrs | AOT Hrs | Adj. Reg. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/20/2008 | $ 500.00 | 0.00 | $ 500.00 | 0.00 | $ - | $ - | 10.00 | | | | |
| 12/27/2008 | $ 440.00 | 0.00 | $ 400.00 | 0.00 | $ - | $ 40.00 | 10.00 | | | | |
| 01/03/2009 | $ 234.88 | 14.00 | $ 234.88 | 0.00 | $ - | $ - | 24.00 | | | | |
| 01/10/2009 | $ 594.37 | 40.00 | $ 538.40 | 10.50 | $ 55.97 | $ - | 60.50 | 20.5 | $ 9.82 | $ 4.91 | $ 100.70 |
| 01/17/2009 | $ 647.58 | 40.00 | $ 586.60 | 10.50 | $ 60.98 | $ - | 60.50 | 20.5 | $ 10.70 | $ 5.35 | $ 109.71 |
| 01/24/2009 | $ 592.33 | 40.00 | $ 572.36 | 3.00 | $ 19.97 | $ - | 53.00 | 13.0 | $ 11.18 | $ 5.59 | $ 72.64 |
| 01/31/2009 | $ 565.96 | 32.00 | $ 565.96 | 0.00 | $ - | $ - | 42.00 | 2.0 | $ 13.48 | $ 6.74 | $ 13.48 |
| 02/07/2009 | $ 672.23 | 40.00 | $ 639.88 | 4.50 | $ 32.35 | $ - | 54.50 | 14.5 | $ 12.33 | $ 6.17 | $ 89.43 |
| 02/14/2009 | $ 415.08 | 40.00 | $ 310.08 | 1.00 | $ 5.00 | $ - | 51.00 | 11.0 | $ 6.18 | $ 3.09 | $ 33.98 |
| 02/21/2009 | $ 457.40 | 30.00 | $ 457.40 | 0.00 | $ - | $ - | 40.00 | | | | |
| 02/28/2009 | $ 467.36 | 29.00 | $ 467.36 | 0.00 | $ - | $ - | 39.00 | | | | |
| 03/07/2009 | $ 451.28 | 35.00 | $ 451.28 | 0.00 | $ - | $ - | 45.00 | 5.0 | $ 10.03 | $ 5.01 | $ 25.07 |
| 03/14/2009 | $ 423.73 | 40.00 | $ 313.88 | 2.00 | $ 9.85 | $ - | 52.00 | 12.0 | $ 6.23 | $ 3.11 | $ 37.35 |
| 03/21/2009 | $ 457.30 | 37.00 | $ 457.30 | 0.00 | $ - | $ - | 47.00 | 7.0 | $ 9.73 | $ 4.86 | $ 34.05 |
| 03/28/2009 | $ 257.60 | 21.00 | $ 257.60 | 0.00 | $ - | $ - | 31.00 | | | | |
| 04/04/2009 | $ 535.48 | 37.50 | $ 535.48 | 0.00 | $ - | $ - | 47.50 | 7.5 | $ 11.27 | $ 5.64 | $ 42.27 |
| 04/11/2009 | $ 516.12 | 40.00 | $ 506.96 | 1.50 | $ 9.16 | $ - | 51.50 | 11.5 | $ 10.02 | $ 5.01 | $ 57.63 |
| 04/18/2009 | $ 361.68 | 34.00 | $ 361.68 | 0.00 | $ - | $ - | 44.00 | 4.0 | $ 8.22 | $ 4.11 | $ 16.44 |
| 04/25/2009 | $ 495.96 | 33.00 | $ 495.96 | 0.00 | $ - | $ - | 43.00 | 3.0 | $ 11.53 | $ 5.77 | $ 17.30 |
| 05/02/2009 | $ 651.40 | 29.00 | $ 651.40 | 0.00 | $ - | $ - | 39.00 | | | | |
| 05/09/2009 | $ 473.00 | 25.50 | $ 473.00 | 0.00 | $ - | $ - | 35.50 | | | | |
| 05/16/2009 | $ 362.40 | 29.50 | $ 362.40 | 0.00 | $ - | $ - | 39.50 | | | | |
| 05/23/2009 | $ 510.72 | 37.50 | $ 510.72 | 0.00 | $ - | $ - | 47.50 | 7.5 | $ 10.75 | $ 5.38 | $ 40.32 |

Exhibit A.1

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/30/2009 | $ | 299.36 | 13.00 | $ | 199.36 | 0.00 | $ | - | $ | 100.00 | 23.00 | | | | |
| 06/06/2009 | $ | 268.90 | 17.00 | $ | 268.90 | 0.00 | $ | - | $ | - | 27.00 | | | | |
| 06/13/2009 | $ | 433.60 | 30.00 | $ | 433.60 | 0.00 | $ | - | $ | - | 40.00 | | | | |
| 06/20/2009 | $ | 329.64 | 27.50 | $ | 329.64 | 0.00 | $ | - | $ | - | 37.50 | | | | |
| 06/27/2009 | $ | 373.56 | 26.00 | $ | 373.56 | 0.00 | $ | - | $ | - | 36.00 | | | | |
| 07/04/2009 | $ | 600.79 | 38.00 | $ | 600.79 | 0.00 | $ | - | $ | - | 48.00 | 8.0 | $ 12.52 | $ 6.26 | $ 50.07 |
| 07/11/2009 | $ | 453.35 | 29.00 | $ | 453.35 | 0.00 | $ | - | $ | - | 39.00 | | | | |
| 07/18/2009 | $ | 496.32 | 29.00 | $ | 496.32 | 0.00 | $ | - | $ | - | 39.00 | | | | |
| 07/25/2009 | $ | 522.74 | 34.00 | $ | 497.74 | 0.00 | $ | - | $ | 25.00 | 44.00 | 4.0 | $ 11.88 | $ 5.94 | $ 23.76 |
| 08/01/2009 | $ | 253.17 | 24.00 | $ | 253.17 | 0.00 | $ | - | $ | - | 34.00 | | | | |
| | | | | OT Paid in | $ 193.28 | | | | | | | Claim Subtotal | | $ 764.20 |
| | | | | weeks where Adjusted Hrs. > 40 | | | | | | | | OT Paid | | $ 193.28 |
| | | | | | | | | | | | | Back Pay Claimed | | $ 570.92 |
| | | | | | | | | | | | | with Liquidated | | $ 1,141.85 |

Franco

EXHIBIT 4

| Pd. End Date | Gross Pay | Reg. Hours | Reg. Earnings | FAE | Plus Addl | OT Hrs | Reg Rate | OT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|
| 05/09/2009 | $976.28 | 35.50 | $976.28 | $0.00 | 50.50 | 10.50 | $19.33 | $9.67 | $101.49 |
| 05/16/2009 | $763.11 | 30.50 | $763.11 | $0.00 | 45.50 | 5.50 | $16.77 | $8.39 | $46.12 |
| 05/23/2009 | $597.50 | 17.00 | $597.50 | $0.00 | 32.00 | | | | |
| 05/30/2009 | $876.80 | 28.50 | $776.80 | $100.00 | 43.50 | 3.50 | $17.86 | $8.93 | $31.25 |
| 06/06/2009 | $1,066.94 | 31.50 | $1,116.94 | -$50.00 | 46.50 | 6.50 | $22.94 | $11.47 | $74.57 |
| 06/13/2009 | $917.20 | 30.50 | $917.20 | $0.00 | 45.50 | 5.50 | $20.16 | $10.08 | $55.44 |
| 06/20/2009 | $713.90 | 20.50 | $713.90 | $0.00 | 35.50 | | | | |
| 06/27/2009 | $458.00 | 17.50 | $458.00 | $0.00 | 32.50 | | | | |
| 07/04/2009 | $1,049.98 | 27.00 | $1,049.98 | $0.00 | 42.00 | 2.00 | $25.00 | $12.50 | $25.00 |
| 07/11/2009 | $808.17 | 32.50 | $808.17 | $0.00 | 47.50 | 7.50 | $17.01 | $8.51 | $63.80 |
| 07/18/2009 | $551.60 | 25.00 | $521.60 | $30.00 | 40.00 | | | | |
| | | | | | | | | **Back Pay Subtotal** | 397.68 |
| | | | | | | | | **With Liquidated** | 795.36 |

Exhibit A.1

**EXHIBIT 5**

| End Date | Gross Pay | Reg Hrs | Reg Earn | OT Hrs | VR OT | PTO Hrs | PTO Earn | Other Pay | Adjusted Hrs | AOT Hrs | Adj. Reg. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/09/2009 | $ 1,095.39 | 40.00 | $ 1,032.96 | 5.50 | $ 62.43 | 0.00 | $ - | $ - | 51.73 | 11.73 | $ 21.18 | $ 10.59 | $ 124.19 |
| 05/16/2009 | $ 735.72 | 37.00 | $ 735.72 | 0.00 | $ - | 0.00 | $ - | $ - | 43.23 | 3.23 | $ 17.02 | $ 8.51 | $ 27.49 |
| 05/23/2009 | $ 466.62 | 25.50 | $ 466.62 | 0.00 | $ - | 0.00 | $ - | $ - | 31.73 | | | | |
| 05/30/2009 | $ 487.56 | 11.50 | $ 487.56 | 0.00 | $ - | 0.00 | $ - | $ - | 17.73 | | | | |
| 06/06/2009 | $ 769.16 | 31.50 | $ 769.16 | 0.00 | $ - | 0.00 | $ - | $ - | 37.73 | | | | |
| 06/13/2009 | $ 882.58 | 37.00 | $ 882.58 | 0.00 | $ - | 0.00 | $ - | $ - | 43.23 | 3.23 | $ 20.42 | $ 10.21 | $ 32.97 |
| 06/20/2009 | $ 867.86 | 33.00 | $ 867.86 | 0.00 | $ - | 0.00 | $ - | $ - | 39.23 | | | | |
| 06/27/2009 | $ 701.80 | 23.50 | $ 701.80 | 0.00 | $ - | 0.00 | $ - | $ - | 29.73 | | | | |
| 07/04/2009 | $ 683.78 | 20.50 | $ 683.78 | 0.00 | $ - | 0.00 | $ - | $ - | 26.73 | | | | |
| 07/11/2009 | $ 754.62 | 30.00 | $ 754.62 | 0.00 | $ - | 0.00 | $ - | $ - | 36.23 | | | | |
| 07/18/2009 | $ 674.85 | 32.50 | $ 654.85 | 0.00 | $ - | 0.00 | $ - | $ 20.00 | 38.73 | | | | |
| 07/25/2009 | $ 472.92 | 19.00 | $ 472.92 | 0.00 | $ - | 0.00 | $ - | $ - | 25.23 | | | | |
| 08/01/2009 | $ 914.63 | 40.00 | $ 894.63 | 0.00 | $ - | 0.00 | $ - | $ 20.00 | 46.23 | 6.23 | $ 19.35 | $ 9.68 | $ 60.28 |
| 08/08/2009 | $ 652.69 | 38.50 | $ 652.69 | 0.00 | $ - | 0.00 | $ - | $ - | 44.73 | 4.73 | $ 14.59 | $ 7.30 | $ 34.51 |
| 08/15/2009 | $ 1,175.49 | 40.00 | $ 1,028.55 | 16.00 | $ 146.94 | 0.00 | $ - | $ - | 62.23 | 22.23 | $ 18.89 | $ 9.44 | $ 209.96 |
| 08/22/2009 | $ 548.06 | 35.00 | $ 548.06 | 0.00 | $ - | 0.00 | $ - | $ - | 41.23 | 1.23 | $ 13.29 | $ 6.65 | $ 8.18 |
| 08/29/2009 | $ 1,000.11 | 40.00 | $ 836.79 | 4.50 | $ 43.32 | 8.00 | $ 100.00 | $ 20.00 | 42.73 | 2.73 | $ 22.94 | $ 11.47 | $ 31.31 |
| 09/05/2009 | $ 1,136.38 | 40.00 | $ 989.07 | 13.50 | $ 127.31 | 0.00 | $ - | $ 20.00 | 59.73 | 19.73 | $ 18.69 | $ 9.35 | $ 184.38 |
| 09/12/2009 | $ 884.04 | 40.00 | $ 825.60 | 4.00 | $ 38.44 | 0.00 | $ - | $ 20.00 | 50.23 | 10.23 | $ 17.20 | $ 8.60 | $ 87.99 |
| 09/19/2009 | $ 1,336.78 | 40.00 | $ 1,103.42 | 24.50 | $ 213.36 | 0.00 | $ - | $ 20.00 | 70.73 | 30.73 | $ 18.62 | $ 9.31 | $ 286.05 |
| 09/26/2009 | $ 702.13 | 38.50 | $ 682.13 | 0.00 | $ - | 0.00 | $ - | $ 20.00 | 44.73 | 4.73 | $ 15.25 | $ 7.62 | $ 36.07 |
| 10/03/2009 | $ 788.34 | 40.00 | $ 695.01 | 2.00 | $ 18.33 | 0.00 | $ - | $ 75.00 | 48.23 | 8.23 | $ 14.79 | $ 7.40 | $ 60.86 |
| 10/10/2009 | $ 756.70 | 38.00 | $ 736.70 | 0.00 | $ - | 0.00 | $ - | $ 20.00 | 44.23 | 4.23 | $ 16.66 | $ 8.33 | $ 35.23 |
| 10/17/2009 | $ 1,090.45 | 40.00 | $ 1,028.30 | 5.50 | $ 62.15 | 0.00 | $ - | $ - | 51.73 | 11.73 | $ 21.08 | $ 10.54 | $ 123.63 |
| 10/24/2009 | $ 1,166.31 | 40.00 | $ 1,046.59 | 8.00 | $ 89.72 | 0.00 | $ - | $ 30.00 | 54.23 | 14.23 | $ 20.95 | $ 10.48 | $ 149.08 |
| 10/31/2009 | $ 998.43 | 39.50 | $ 998.43 | 0.00 | $ - | 0.00 | $ - | $ - | 45.73 | 5.73 | $ 21.83 | $ 10.92 | $ 62.55 |
| 11/07/2009 | $ 1,241.26 | 40.00 | $ 1,150.51 | 5.50 | $ 70.75 | 0.00 | $ - | $ 20.00 | 51.73 | 11.73 | $ 23.61 | $ 11.80 | $ 138.46 |
| 11/14/2009 | $ 1,565.97 | 40.00 | $ 1,336.00 | 21.00 | $ 229.97 | 0.00 | $ - | $ - | 67.23 | 27.23 | $ 23.29 | $ 11.65 | $ 317.13 |
| 11/21/2009 | $ 1,325.85 | 40.00 | $ 1,071.97 | 19.00 | $ 183.88 | 0.00 | $ - | $ 70.00 | 65.23 | 25.23 | $ 19.25 | $ 9.63 | $ 242.87 |
| 11/28/2009 | $ 544.12 | 26.00 | $ 419.12 | 0.00 | $ - | 8.00 | $ 100.00 | $ 25.00 | 24.23 | | | | |
| 12/05/2009 | $ 1,448.43 | 40.00 | $ 1,212.92 | 21.50 | $ 215.51 | 0.00 | $ - | $ 20.00 | 67.73 | 27.73 | $ 21.09 | $ 10.55 | $ 292.41 |

Exhibit A.1

| End Date | Gross Pay | Reg Hrs | Reg Earn | OT Hrs | VR OT | PTO Hrs | PTO Earn | Other Pay | Adjusted Hrs | AOT Hrs | Adj. Reg. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/2009 | $ 878.14 | 40.00 | $ 844.18 | 3.50 | $ 33.96 | 0.00 | $ - | $ - | 49.73 | 9.73 | $ 17.66 | $ 8.83 | $ 85.91 |
| 12/19/2009 | $ 938.47 | 40.00 | $ 810.95 | 13.00 | $ 102.52 | 0.00 | $ - | $ 25.00 | 59.23 | 19.23 | $ 15.42 | $ 7.71 | $ 148.29 |
| 12/26/2009 | $ 1,014.07 | 40.00 | $ 939.87 | 7.50 | $ 74.20 | 0.00 | $ - | $ - | 53.73 | 13.73 | $ 18.87 | $ 9.44 | $ 129.57 |
| 01/02/2010 | $ 965.98 | 40.00 | $ 856.98 | 0.00 | $ - | 8.00 | $ 100.00 | $ 9.00 | 38.23 | | | | |
| 01/09/2010 | $ 989.80 | 16.50 | $ 779.42 | 19.00 | $ 190.38 | 0.00 | $ - | $ 20.00 | 41.73 | 1.73 | $ 23.24 | $ 11.62 | $ 20.10 |
| 01/09/2010 | $ 382.93 | 23.50 | $ 382.93 | 0.00 | $ - | 0.00 | $ - | $ - | 29.73 | | | | |
| 01/16/2010 | $ 181.44 | 10.50 | $ 181.44 | 0.00 | $ - | 0.00 | $ - | $ - | 16.73 | | | | |
| 01/16/2010 | $ 1,064.94 | 29.50 | $ 889.46 | 19.50 | $ 175.48 | 0.00 | $ - | $ - | 55.23 | 15.23 | $ 19.28 | $ 9.64 | $ 146.83 |
| 01/23/2010 | $ 243.39 | 14.00 | $ 243.39 | 0.00 | $ - | 0.00 | $ - | $ - | 20.23 | | | | |
| 01/23/2010 | $ 361.86 | 22.50 | $ 361.86 | 0.00 | $ - | 0.00 | $ - | $ - | 28.73 | | | | |
| 01/30/2010 | $ 150.97 | 7.00 | $ 122.37 | 3.00 | $ 28.60 | 0.00 | $ - | $ - | 16.23 | | | | |
| 01/30/2010 | $ 697.50 | 33.00 | $ 697.50 | 0.00 | $ - | 0.00 | $ - | $ - | 39.23 | | | | |
| 02/06/2010 | $ 474.03 | 11.50 | $ 474.03 | 0.00 | $ - | 0.00 | $ - | $ - | 17.73 | | | | |
| 02/06/2010 | $ 820.33 | 28.50 | $ 646.46 | 18.00 | $ 173.87 | 0.00 | $ - | $ - | 52.73 | 12.73 | $ 15.56 | $ 7.78 | $ 99.02 |
| 02/13/2010 | $ 654.68 | 40.00 | $ 635.97 | 2.50 | $ 18.71 | 0.00 | $ - | $ - | 48.73 | 8.73 | $ 13.43 | $ 6.72 | $ 58.64 |
| 02/20/2010 | $ 745.89 | 40.00 | $ 704.99 | 5.25 | $ 40.90 | 0.00 | $ - | $ - | 51.48 | 11.48 | $ 14.49 | $ 7.24 | $ 83.17 |
| 02/27/2010 | $ 464.02 | 32.50 | $ 464.02 | 0.00 | $ - | 0.00 | $ - | $ - | 38.73 | | | | |
| 03/06/2010 | $ - | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | $ - | 6.23 | | | | |
| 03/06/2010 | $ 178.74 | 14.00 | $ 178.74 | 0.00 | $ - | 0.00 | $ - | $ - | 20.23 | | | | |
| 03/06/2010 | $ 337.55 | 25.50 | $ 337.55 | 0.00 | $ - | 0.00 | $ - | $ - | 31.73 | | | | |
| 03/13/2010 | $ 193.68 | 15.00 | $ 193.68 | 0.00 | $ - | 0.00 | $ - | $ - | 21.23 | | | | |
| 03/13/2010 | $ 237.38 | 18.00 | $ 237.38 | 0.00 | $ - | 0.00 | $ - | $ - | 24.23 | | | | |
| 03/20/2010 | $ 179.56 | 10.50 | $ 179.56 | 0.00 | $ - | 0.00 | $ - | $ - | 16.73 | | | | |
| 03/20/2010 | $ 169.86 | 11.00 | $ 169.86 | 0.00 | $ - | 0.00 | $ - | $ - | 17.23 | | | | |
| 03/27/2010 | $ 200.26 | 13.50 | $ 200.26 | 0.00 | $ - | 0.00 | $ - | $ - | 19.73 | | | | |
| 03/27/2010 | $ 169.34 | 17.00 | $ 169.34 | 0.00 | $ - | 0.00 | $ - | $ - | 23.23 | | | | |
| 04/03/2010 | $ 420.15 | 28.50 | $ 420.15 | 0.00 | $ - | 0.00 | $ - | $ - | 34.73 | | | | |
| 04/10/2010 | $ 500.00 | 0.00 | $ - | 0.00 | $ - | 32.00 | $ 500.00 | $ - | (25.77) | | | | |
| 04/17/2010 | $ 190.95 | 13.50 | $ 190.95 | 0.00 | $ - | 0.00 | $ - | $ - | 19.73 | | | | |
| 04/17/2010 | $ 195.32 | 14.25 | $ 195.32 | 0.00 | $ - | 0.00 | $ - | $ - | 20.48 | | | | |
| 04/24/2010 | $ 363.17 | 29.50 | $ 363.17 | 0.00 | $ - | 0.00 | $ - | $ - | 35.73 | | | | |

Exhibit A.1

| End Date | Gross Pay | Reg Hrs | Reg Earn | OT Hrs | VR OT | PTO Hrs | PTO Earn | Other Pay | Adjusted Hrs | AOT Hrs | Adj. Reg. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/2010 | $ 378.51 | 30.00 | $ 378.51 | 0.00 | $ - | 0.00 | $ - | $ - | 36.23 | | | | |
| 05/08/2010 | $ 220.26 | 20.25 | $ 220.26 | 0.00 | $ - | 0.00 | $ - | $ - | 26.48 | | | | |
| 05/15/2010 | $ 265.66 | 15.25 | $ 265.66 | 0.00 | $ - | 0.00 | $ - | $ - | 21.48 | | | | |
| 05/22/2010 | $ 150.31 | 8.50 | $ 150.31 | 0.00 | $ - | 0.00 | $ - | $ - | 14.73 | | | | |
| 05/29/2010 | $ 287.22 | 16.00 | $ 287.22 | 0.00 | $ - | 0.00 | $ - | $ - | 22.23 | | | | |
| | | | | | | | | | | | Claim Subtotal | | $ 3,317.13 |
| | | | | | | | | | | | OT Paid | | $ 2,312.13 |
| | | | | | | | | | | | Back Pay Claimed | | $ 1,005.00 |
| | | | | | | | | | | | with Liquidated | | $ 2,010.00 |

Martinez, V.

**EXHIBIT 6**

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | Adjusted | AOT Hrs | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|
| 05/09/2009 | $ 689.93 | 30.00 | $ 689.93 | 0.00 | 45.00 | 5.00 | $ 15.33 | $ 7.67 | $ 38.33 |
| 05/16/2009 | $ 623.86 | 22.50 | $ 623.86 | 0.00 | 37.50 | | | | |
| 05/23/2009 | $ 255.30 | 8.50 | $ 255.30 | 0.00 | 23.50 | | | | |
| 05/30/2009 | $ 498.46 | 15.50 | $ 498.46 | 0.00 | 30.50 | | | | |
| 06/06/2009 | $ 1,047.14 | 37.00 | $ 1,047.14 | 0.00 | 52.00 | 12.00 | $ 20.14 | $ 10.07 | $ 120.82 |
| 06/13/2009 | $ 896.65 | 31.50 | $ 896.65 | 0.00 | 46.50 | 6.50 | $ 19.28 | $ 9.64 | $ 62.67 |
| 06/20/2009 | $ 463.60 | 20.50 | $ 463.60 | 0.00 | 35.50 | | | | |
| 06/27/2009 | $ 639.28 | 20.00 | $ 639.28 | 0.00 | 35.00 | | | | |
| 07/04/2009 | $ 928.80 | 30.50 | $ 928.80 | 0.00 | 45.50 | 5.50 | $ 20.41 | $ 10.21 | $ 56.14 |
| 07/11/2009 | $ 591.50 | 20.50 | $ 591.50 | 0.00 | 35.50 | | | | |
| 07/18/2009 | $ 299.43 | 19.50 | $ 299.43 | 0.00 | 34.50 | | | | |
| 07/25/2009 | $ 551.94 | 24.50 | $ 551.94 | 0.00 | 39.50 | | | | |
| 08/01/2009 | $ 619.31 | 28.50 | $ 619.31 | 0.00 | 43.50 | 3.50 | $ 14.24 | $ 7.12 | $ 24.91 |
| 08/08/2009 | $ 644.56 | 25.00 | $ 644.56 | 0.00 | 40.00 | | | | |
| 08/15/2009 | $ 716.73 | 39.00 | $ 716.73 | 0.00 | 54.00 | 14.00 | $ 13.27 | $ 6.64 | $ 92.91 |
| 08/22/2009 | $ 406.04 | 18.00 | $ 406.04 | 0.00 | 33.00 | | | | |
| 08/29/2009 | $ 614.58 | 30.50 | $ 614.58 | 0.00 | 45.50 | 5.50 | $ 13.51 | $ 6.75 | $ 37.14 |
| 09/05/2009 | $ 538.25 | 24.00 | $ 538.25 | 0.00 | 39.00 | | | | |
| 09/12/2009 | $ 471.03 | 24.00 | $ 471.03 | 0.00 | 39.00 | | | | |
| | | | | | | | Back Pay Subttl | | 432.93 |
| | | | | | | | With Liquidated | | 865.86 |

Exhibit A.1

EXHIBIT 7   1 of 4

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn | PTO Hrs | PTO Earn | Train | Adjusted | AOT Hrs | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/2009 | $ 1,274.45 | 33.75 | $ 1,274.45 | 0.00 | $ - | 0.00 | $ - | $ - | 39.75 | | $ 32.06 | | |
| 02/14/2009 | $ 1,549.90 | 40.00 | $ 1,497.66 | 3.00 | $ 52.24 | 0.00 | $ - | $ - | 49.00 | 9.00 | $ 31.63 | $ 15.82 | $ 142.34 |
| 02/21/2009 | $ 1,264.55 | 32.50 | $ 1,264.55 | 0.00 | $ - | 0.00 | $ - | $ - | 38.50 | | $ 32.85 | | |
| 02/28/2009 | $ 1,274.45 | 33.75 | $ 1,274.45 | 0.00 | $ - | 0.00 | $ - | $ - | 39.75 | | $ 32.06 | | |
| 03/07/2009 | $ 1,050.05 | 29.25 | $ 1,050.05 | 0.00 | $ - | 0.00 | $ - | $ - | 35.25 | | $ 29.79 | | |
| 03/14/2009 | $ 1,211.20 | 30.25 | $ 1,211.20 | 0.00 | $ - | 0.00 | $ - | $ - | 36.25 | | $ 33.41 | | |
| 03/21/2009 | $ 1,138.56 | 31.25 | $ 1,138.56 | 0.00 | $ - | 0.00 | $ - | $ - | 37.25 | | $ 30.57 | | |
| 03/28/2009 | $ 754.60 | 26.50 | $ 654.60 | 0.00 | $ - | 0.00 | $ 100.00 | | 32.50 | | $ 23.22 | | |
| 04/04/2009 | $ 1,109.55 | 26.00 | $ 1,109.55 | 0.00 | $ - | 0.00 | $ - | $ - | 32.00 | | $ 34.67 | | |
| 04/11/2009 | $ 1,091.68 | 21.50 | $ 1,091.68 | 0.00 | $ - | 0.00 | $ - | $ - | 27.50 | | $ 39.70 | | |
| 04/18/2009 | $ 1,337.70 | 29.50 | $ 1,337.70 | 0.00 | $ - | 0.00 | $ - | $ - | 35.50 | | $ 37.68 | | |
| 04/25/2009 | $ 1,067.76 | 31.00 | $ 1,067.76 | 0.00 | $ - | 0.00 | $ - | $ - | 37.00 | | $ 28.86 | | |
| 05/02/2009 | $ 896.03 | 17.50 | $ 896.03 | 0.00 | $ - | 0.00 | $ - | $ - | 23.50 | | $ 38.13 | | |
| 05/09/2009 | $ 1,351.30 | 36.75 | $ 1,351.30 | 0.00 | $ - | 0.00 | $ - | $ - | 42.75 | 2.75 | $ 31.61 | $ 15.80 | $ 43.46 |
| 05/16/2009 | $ 1,193.30 | 27.75 | $ 1,193.30 | 0.00 | $ - | 0.00 | $ - | $ - | 33.75 | | $ 35.36 | | |
| 05/23/2009 | $ 1,139.46 | 27.75 | $ 1,139.46 | 0.00 | $ - | 0.00 | $ - | $ - | 33.75 | | $ 33.76 | | |
| 05/30/2009 | $ 1,078.58 | 29.75 | $ 978.58 | 0.00 | $ - | 0.00 | $ - | $ - | 35.75 | | $ 30.17 | | |
| 06/06/2009 | $ 752.10 | 18.50 | $ 752.10 | 0.00 | $ - | 0.00 | $ - | $ - | 24.50 | | $ 30.70 | | |
| 06/13/2009 | $ 1,175.85 | 30.75 | $ 1,175.85 | 0.00 | $ - | 0.00 | $ - | $ - | 36.75 | | $ 32.00 | | |
| 06/20/2009 | $ 1,023.30 | 23.25 | $ 1,023.30 | 0.00 | $ - | 0.00 | $ - | $ - | 29.25 | | $ 34.98 | | |
| 06/27/2009 | $ 801.45 | 23.50 | $ 801.45 | 0.00 | $ - | 0.00 | $ - | $ - | 29.50 | | $ 27.17 | | |
| 07/04/2009 | $ 1,492.35 | 40.00 | $ 1,434.63 | 3.50 | $ 57.72 | 0.00 | $ - | $ - | 49.50 | 9.50 | $ 30.15 | $ 15.07 | $ 143.21 |
| 07/11/2009 | $ 831.64 | 40.00 | $ 816.88 | 1.50 | $ 14.76 | 0.00 | $ - | $ - | 47.50 | 7.50 | $ 17.51 | $ 8.75 | $ 65.66 |
| 07/18/2009 | $ 677.08 | 38.00 | $ 677.08 | 0.00 | $ - | 0.00 | $ - | $ - | 44.00 | 4.00 | $ 15.39 | $ 7.69 | $ 30.78 |
| 07/25/2009 | $ 821.64 | 37.50 | $ 821.64 | 0.00 | $ - | 0.00 | $ - | $ - | 43.50 | 3.50 | $ 18.89 | $ 9.44 | $ 33.05 |
| 08/01/2009 | $ 646.19 | 30.00 | $ 646.19 | 0.00 | $ - | 0.00 | $ - | $ - | 36.00 | | $ 17.95 | | |
| 08/08/2009 | $ 1,182.66 | 40.00 | $ 1,112.73 | 5.75 | $ 69.93 | 0.00 | $ - | $ - | 51.75 | 11.75 | $ 22.85 | $ 11.43 | $ 134.26 |
| 08/15/2009 | $ 1,237.95 | 40.00 | $ 1,147.37 | 7.50 | $ 90.58 | 0.00 | $ - | $ - | 53.50 | 13.50 | $ 23.14 | $ 11.57 | $ 156.19 |
| 08/22/2009 | $ 1,105.93 | 40.00 | $ 1,028.65 | 3.00 | $ 37.28 | 0.00 | $ - | $ - | 49.00 | 9.00 | $ 22.57 | $ 11.29 | $ 101.57 |
| 08/29/2009 | $ 618.45 | 17.75 | $ 318.45 | 0.00 | $ - | 24.00 | $ 300.00 | $ - | 23.75 | | $ 26.04 | | |

Exhibit A.1

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn | PTO Hrs | PTO Earn | Train | Adjusted | AOT Hrs | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/05/2009 | $ 1,246.21 | 40.00 | $ 1,186.23 | 4.50 | $ 59.98 | 0.00 | $ - | $ - | 50.50 | 10.50 | $ 24.68 | $ 12.34 | $ 129.56 |
| 09/12/2009 | $ 397.96 | 32.50 | $ 397.96 | 0.00 | $ - | 0.00 | $ - | $ - | 38.50 | | $ 10.34 | | |
| 09/19/2009 | $ 1,014.26 | 40.00 | $ 895.16 | 4.00 | $ 44.10 | 0.00 | $ - | $ - | 50.00 | 10.00 | $ 20.29 | $ 10.14 | $ 101.43 |
| 09/26/2009 | $ 827.67 | 32.00 | $ 827.67 | 0.00 | $ - | 0.00 | $ - | $ - | 38.00 | | $ 21.78 | | |
| 10/03/2009 | $ 1,420.97 | 40.00 | $ 1,284.89 | 10.75 | $ 136.08 | 0.00 | $ - | $ - | 56.75 | 16.75 | $ 25.04 | $ 12.52 | $ 209.70 |
| 10/10/2009 | $ 994.37 | 40.00 | $ 903.97 | 10.00 | $ 90.40 | 0.00 | $ - | $ - | 56.00 | 16.00 | $ 17.76 | $ 8.88 | $ 142.05 |
| 10/17/2009 | $ 1,373.58 | 40.00 | $ 1,244.23 | 10.50 | $ 129.35 | 0.00 | $ - | $ - | 56.50 | 16.50 | $ 24.31 | $ 12.16 | $ 200.57 |
| 10/24/2009 | $ 1,166.90 | 40.00 | $ 1,079.31 | 7.75 | $ 87.59 | 0.00 | $ - | $ - | 53.75 | 13.75 | $ 21.71 | $ 10.85 | $ 149.25 |
| 10/31/2009 | $ 1,378.07 | 40.00 | $ 1,219.93 | 14.00 | $ 158.14 | 0.00 | $ - | $ - | 60.00 | 20.00 | $ 22.97 | $ 11.48 | $ 229.68 |
| 11/07/2009 | $ 944.68 | 40.00 | $ 930.58 | 1.25 | $ 14.10 | 0.00 | $ - | $ - | 47.25 | 7.25 | $ 19.99 | $ 10.00 | $ 72.48 |
| 11/14/2009 | $ 1,681.13 | 40.00 | $ 1,533.93 | 9.50 | $ 147.20 | 0.00 | $ - | $ - | 55.50 | 15.50 | $ 30.29 | $ 15.15 | $ 234.75 |
| 11/21/2009 | $ 1,287.97 | 40.00 | $ 1,196.45 | 6.25 | $ 81.52 | 0.00 | $ - | $ - | 52.25 | 12.25 | $ 24.65 | $ 12.33 | $ 150.98 |
| 11/28/2009 | $ 767.92 | 33.25 | $ 747.92 | 0.00 | $ - | 0.00 | $ - | $ - | 39.25 | | $ 19.56 | | |
| 12/05/2009 | $ 252.36 | 17.25 | $ 242.36 | 0.00 | $ - | 0.00 | $ - | $ - | 23.25 | | $ 10.85 | | |
| 12/05/2009 | $ 835.00 | 22.75 | $ 745.45 | 8.75 | $ 89.55 | 0.00 | $ - | $ - | 37.50 | | $ 22.27 | | |
| 12/12/2009 | $ 509.68 | 11.00 | $ 353.56 | 0.00 | $ - | 12.49 | $ 156.12 | $ - | 17.00 | | $ 29.98 | | |
| 12/19/2009 | $ 356.79 | 10.50 | $ 356.79 | 0.00 | $ - | 0.00 | $ - | $ - | 16.50 | | $ 21.62 | | |
| 12/19/2009 | $ 729.67 | 29.50 | $ 698.63 | 2.50 | $ 31.04 | 0.00 | $ - | $ - | 38.00 | | $ 19.20 | | |
| 12/26/2009 | $ 420.66 | 15.50 | $ 420.66 | 0.00 | $ - | 0.00 | $ - | $ - | 21.50 | | $ 19.57 | | |
| 12/26/2009 | $ 524.80 | 22.50 | $ 524.80 | 0.00 | $ - | 0.00 | $ - | $ - | 28.50 | | $ 18.41 | | |
| 01/02/2010 | $ 339.55 | 11.00 | $ 339.55 | 0.00 | $ - | 0.00 | $ - | $ - | 17.00 | | $ 19.97 | | |
| 01/02/2010 | $ 709.66 | 29.00 | $ 664.04 | 4.00 | $ 45.62 | 0.00 | $ - | $ - | 39.00 | | $ 18.20 | | |
| 01/09/2010 | $ 203.87 | 8.00 | $ 203.87 | 0.00 | $ - | 0.00 | $ - | $ - | 14.00 | | $ 14.56 | | |
| 01/09/2010 | $ 918.58 | 32.00 | $ 816.54 | 10.00 | $ 102.04 | 0.00 | $ - | $ - | 48.00 | 8.00 | $ 19.14 | $ 9.57 | $ 76.55 |
| 01/16/2010 | $ 518.27 | 23.00 | $ 518.27 | 0.00 | $ - | 0.00 | $ - | $ - | 29.00 | | $ 17.87 | | |
| 01/16/2010 | $ 874.13 | 17.00 | $ 684.28 | 11.50 | $ 139.85 | 0.00 | $ - | $ - | 34.50 | | $ 25.34 | | |
| 01/23/2010 | $ 183.21 | 5.00 | $ 183.21 | 0.00 | $ - | 0.00 | $ - | $ - | 11.00 | | $ 16.66 | | |
| 01/23/2010 | $ 1,118.22 | 35.00 | $ 1,067.89 | 3.50 | $ 50.33 | 0.00 | $ - | $ - | 44.50 | 4.50 | $ 25.13 | $ 12.56 | $ 56.54 |
| 01/30/2010 | $ 451.00 | 11.50 | $ 451.00 | 0.00 | $ - | 0.00 | $ - | $ - | 17.50 | | $ 25.77 | | |
| 01/30/2010 | $ 655.62 | 28.00 | $ 655.62 | 0.00 | $ - | 0.00 | $ - | $ - | 34.00 | | $ 19.28 | | |

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn | PTO Hrs | PTO Earn | Train | Adjusted | AOT Hrs | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | OT Paid | $ 1,729.40 | | | | | | Claimed Subtotal | | $2,604.05 |
| | | | | | | | | | | | Less OT Paid | | $ 874.65 |
| | | | | | | | | | | | with Liquidated | | $1,749.30 |
| 02/06/2010 | $ 461.20 | 26.00 | $ 461.20 | 0.00 | $ - | 0.00 | $ - | $ - | 32.00 | | $ 14.41 | | |
| 02/06/2010 | $ 780.22 | 14.00 | $ 649.96 | 12.25 | $ 130.26 | 0.00 | $ - | $ - | 32.25 | | $ 24.19 | | |
| 02/13/2010 | $ 912.63 | 40.00 | $ 842.43 | 8.00 | $ 70.20 | 0.00 | $ - | $ - | 54.00 | | $ 16.90 | | |
| 02/20/2010 | $ 1,359.70 | 40.00 | $ 1,175.55 | 18.25 | $ 184.15 | 0.00 | $ - | $ - | 64.25 | | $ 21.16 | | |
| 02/27/2010 | $ 878.57 | 40.00 | $ 844.59 | 3.50 | $ 33.98 | 0.00 | $ - | $ - | 49.50 | | $ 17.75 | | |
| 03/06/2010 | $ 328.98 | 11.50 | $ 323.81 | 0.00 | $ 5.17 | 0.00 | $ - | $ - | 17.50 | | $ 18.80 | | |
| 03/06/2010 | $ 513.77 | 28.50 | $ 513.77 | 0.50 | $ - | 0.00 | $ - | $ - | 35.00 | | $ 14.68 | | |
| 03/13/2010 | $ 232.07 | 9.00 | $ 232.07 | 0.00 | $ - | 0.00 | $ - | $ - | 15.00 | | $ 15.47 | | |
| 03/13/2010 | $ 497.65 | 26.00 | $ 497.65 | 0.00 | $ - | 0.00 | $ - | $ - | 32.00 | | $ 15.55 | | |
| 03/20/2010 | $ 77.70 | 0.50 | $ 29.40 | 0.00 | $ 48.30 | 0.00 | $ - | $ - | 6.50 | | $ 11.95 | | |
| 03/20/2010 | $ 711.20 | 39.50 | $ 711.20 | 6.00 | $ - | 0.00 | $ - | $ - | 51.50 | | $ 13.81 | | |
| 03/27/2010 | $ 67.81 | 2.75 | $ 67.81 | 0.00 | $ - | 0.00 | $ - | $ - | 8.75 | | $ 7.75 | | |
| 03/27/2010 | $ 397.76 | 33.75 | $ 297.76 | 0.00 | $ - | 8.00 | $ 100.00 | $ - | 39.75 | | $ 10.01 | | |
| 04/03/2010 | $ 328.63 | 21.00 | $ 328.63 | 0.00 | $ - | 0.00 | $ - | $ - | 27.00 | | $ 12.17 | | |
| 04/03/2010 | $ 400.98 | 15.50 | $ 300.98 | 0.00 | $ - | 8.00 | $ 100.00 | $ - | 21.50 | | $ 18.65 | | |
| 04/10/2010 | $ 671.70 | 34.00 | $ 671.70 | 0.00 | $ - | 0.00 | $ - | $ - | 40.00 | | $ 16.79 | | |
| 04/17/2010 | $ 143.17 | 11.75 | $ 143.17 | 0.00 | $ - | 0.00 | $ - | $ - | 17.75 | | $ 8.07 | | |
| 04/17/2010 | $ 166.13 | 14.00 | $ 166.13 | 0.00 | $ - | 0.00 | $ - | $ - | 20.00 | | $ 8.31 | | |
| 04/17/2010 | $ 298.80 | 10.00 | $ 298.80 | 0.00 | $ - | 0.00 | $ - | $ - | 16.00 | | $ 18.68 | | |
| 04/24/2010 | $ 427.27 | 17.50 | $ 410.89 | 0.00 | $ 16.38 | 0.00 | $ - | $ - | 23.50 | | $ 18.18 | | |
| 04/24/2010 | $ 495.29 | 22.50 | $ 495.29 | 1.50 | $ - | 0.00 | $ - | $ - | 30.00 | | $ 16.51 | | |
| 05/01/2010 | $ 260.60 | 17.50 | $ 260.60 | 0.00 | $ - | 0.00 | $ - | $ - | 23.50 | | $ 11.09 | | |
| 05/01/2010 | $ 366.20 | 16.50 | $ 366.20 | 0.00 | $ - | 0.00 | $ - | $ - | 22.50 | | $ 16.28 | | |
| 05/08/2010 | $ 650.55 | 29.50 | $ 650.55 | 0.00 | $ - | 0.00 | $ - | $ - | 35.50 | | $ 18.33 | | |
| 05/15/2010 | $ 509.80 | 33.75 | $ 509.80 | 0.00 | $ - | 0.00 | $ - | $ - | 39.75 | | $ 12.83 | | |
| 05/22/2010 | $ 527.43 | 28.50 | $ 527.43 | 0.00 | $ - | 0.00 | $ - | $ - | 34.50 | | $ 15.29 | | |
| 05/29/2010 | $ 568.08 | 25.00 | $ 364.94 | 0.00 | $ - | 8.00 | $ 100.00 | $ - | 31.00 | | $ 18.33 | | |

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn | PTO Hrs | PTO Earn | Train | Adjusted | AOT Hrs | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/2010 | $ 477.81 | 31.00 | $ 540.95 | 0.00 | $ - | 0.00 | $ - | $ - | 37.00 | | $ 12.91 | | |
| 06/12/2010 | $ 843.16 | 40.00 | $ 745.96 | 4.25 | $ 38.64 | 0.00 | $ - | $ - | 50.25 | | $ 16.78 | | |

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn | Train | Adjusted | AOT Hrs | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/2009 | $ 500.00 | 0.00 | $ - | 0.00 | | $ 0.00 | 15.00 | | | | |
| 12/19/2009 | $ 500.00 | 0.00 | $ - | 0.00 | | $ 0.00 | 15.00 | | | | |
| 12/26/2009 | $ 400.00 | 0.00 | $ - | 0.00 | | $ 0.00 | 15.00 | | | | |
| 01/02/2010 | $ 400.00 | 0.00 | $ - | 0.00 | | $ 0.00 | 15.00 | | | | |
| 01/09/2010 | $ 12.98 | 4.50 | $ 12.98 | 0.00 | | $ 0.00 | 19.50 | | | | |
| 01/09/2010 | $ 478.24 | 35.50 | $ 472.32 | 1.00 | $ 5.92 | $ 0.00 | 51.50 | 11.50 | $ 9.29 | $ 4.64 | $ 53.40 |
| 01/16/2010 | $ 22.37 | 1.00 | $ 22.37 | 0.00 | | $ 0.00 | 16.00 | | | | |
| 01/16/2010 | $ 886.41 | 39.00 | $ 806.84 | 9.50 | $ 79.57 | $ 0.00 | 63.50 | 23.50 | $ 13.96 | $ 6.98 | $ 164.02 |
| 01/23/2010 | $ 111.10 | 13.25 | $ 111.10 | 0.00 | | $ 0.00 | 28.25 | | | | |
| 01/23/2010 | $ 526.82 | 26.75 | $ 410.10 | 22.25 | $ 116.72 | $ 0.00 | 64.00 | 24.00 | $ 8.23 | $ 4.12 | $ 98.78 |
| 01/30/2010 | $ 12.98 | 0.50 | $ 12.98 | 0.00 | | $ 0.00 | 15.50 | | | | |
| 01/30/2010 | $ 522.13 | 28.50 | $ 322.13 | 0.00 | $ 200.00 | $ 0.00 | 43.50 | 3.50 | $ 12.00 | $ 6.00 | $ 21.01 |
| 02/06/2010 | $ 51.25 | 2.50 | $ 51.25 | 0.00 | | $ 0.00 | 17.50 | | | | |
| 02/06/2010 | $ 786.49 | 37.50 | $ 654.94 | 23.75 | $ 131.55 | $ 0.00 | 76.25 | 36.25 | $ 10.31 | $ 5.16 | $ 186.95 |
| 02/13/2010 | $ 569.57 | 40.00 | $ 496.32 | 16.75 | $ 73.25 | $ 0.00 | 71.75 | 31.75 | $ 7.94 | $ 3.97 | $ 126.02 |
| 02/20/2010 | $ 657.27 | 40.00 | $ 566.82 | 18.75 | $ 90.45 | $ 0.00 | 73.75 | 33.75 | $ 8.91 | $ 4.46 | $ 150.39 |
| 02/27/2010 | $ 510.80 | 40.00 | $ 473.42 | 7.50 | $ 37.38 | $ 0.00 | 62.50 | 22.50 | $ 8.17 | $ 4.09 | $ 91.94 |
| 03/06/2010 | $ 89.76 | 4.00 | $ 35.63 | 0.00 | | $ 0.00 | 19.00 | | | | |
| 03/06/2010 | $ 426.09 | 36.00 | $ 426.09 | 12.25 | $ 0.00 | $ 0.00 | 63.25 | 23.25 | $ 6.74 | $ 3.37 | $ 78.31 |
| 03/13/2010 | $ 31.38 | 12.00 | $ 31.38 | 0.00 | | $ 0.00 | 27.00 | | | | |
| 03/13/2010 | $ 195.70 | 20.00 | $ 195.70 | 0.00 | | $ 200.00 | 35.00 | | | | |
| 03/20/2010 | $ 175.67 | 15.00 | $ 175.67 | 0.00 | | $ 0.00 | 30.00 | | | | |
| 03/20/2010 | $ 220.57 | 22.00 | $ 220.57 | 0.00 | | $ 0.00 | 37.00 | | | | |
| 03/27/2010 | $ 18.01 | 1.00 | $ 18.01 | 0.00 | | $ 0.00 | 16.00 | | | | |
| 03/27/2010 | $ 206.16 | 20.75 | $ 206.16 | 0.00 | | $ 0.00 | 35.75 | | | | |
| 04/03/2010 | $ 74.17 | 4.00 | $ 74.17 | 0.00 | | $ 0.00 | 19.00 | | | | |
| 04/03/2010 | $ 355.20 | 32.50 | $ 355.20 | 0.00 | $ 0.00 | $ 0.00 | 47.50 | 7.50 | $ 7.48 | $ 3.74 | $ 28.04 |

Plevin

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn | Train | Adjusted | AOT Hrs | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/10/2010 | $ 257.87 | 21.25 | $ 257.87 | 0.00 | | $ 400.00 | 36.25 | | | | |
| 04/17/2010 | $ 40.27 | 1.75 | $ 40.27 | 0.00 | | $ 400.00 | 16.75 | | | | |
| 04/17/2010 | $ 321.58 | 25.25 | $ 321.58 | 0.00 | $ 0.00 | $ 500.00 | 40.25 | 0.25 | $ 7.99 | $ 3.99 | $ 1.00 |
| 05/08/2010 | $ 4.92 | 0.00 | $ - | 0.00 | | $ 500.00 | 15.00 | | | | |
| | | | | **OT Paid** | **$ 734.84** | | | | **Back Pay Subttl.** | | **$ 999.86** |
| | | | | | | | | | **Less OT Paid** | | **$ 265.02** |
| | | | | | | | | | **With Liquidated** | | **$ 530.05** |

| Pay Period | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn | PTO Hrs | PTO $ | Field | Adjusted | AOT Hrs | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/09/2009 | $ 992.38 | 36.00 | $ 992.38 | 0.00 | $ - | 0.00 | $ - | $ - | 51.00 | 11.00 | $ 19.46 | $ 9.73 | $ 107.02 |
| 05/16/2009 | $ 555.74 | 18.50 | $ 555.74 | 0.00 | $ - | 0.00 | $ - | $ - | 33.50 | | | | |
| 05/23/2009 | $ 607.13 | 24.50 | $ 607.13 | 0.00 | $ - | 0.00 | $ - | $ - | 39.50 | | | | |
| 05/30/2009 | $ 601.18 | 21.50 | $ 601.18 | 0.00 | $ - | 0.00 | $ - | $ - | 36.50 | | | | |
| 06/06/2009 | $ 1,061.72 | 33.50 | $ 1,061.72 | 0.00 | $ - | 0.00 | $ - | $ - | 48.50 | 8.50 | $ 21.89 | $ 10.95 | $ 93.04 |
| 06/13/2009 | $ 1,270.85 | 18.00 | $ 1,270.85 | 0.00 | $ - | 0.00 | $ - | $ - | 33.00 | | | | |
| 06/20/2009 | $ 704.74 | 17.50 | $ 704.74 | 0.00 | $ - | 0.00 | $ - | $ - | 32.50 | | | | |
| 06/27/2009 | $ 717.16 | 23.00 | $ 717.16 | 0.00 | $ - | 0.00 | $ - | $ - | 38.00 | | | | |
| 07/04/2009 | $ 980.72 | 39.50 | $ 980.72 | 0.00 | $ - | 0.00 | $ - | $ - | 54.50 | 14.50 | $ 17.99 | $ 9.00 | $ 130.46 |
| 07/11/2009 | $ 546.68 | 22.50 | $ 546.68 | 0.00 | $ - | 0.00 | $ - | $ - | 37.50 | | | | |
| 07/18/2009 | $ 469.87 | 22.00 | $ 469.87 | 0.00 | $ - | 0.00 | $ - | $ - | 37.00 | | | | |
| 07/25/2009 | $ 604.91 | 27.00 | $ 604.91 | 0.00 | $ - | 0.00 | $ - | $ - | 42.00 | 2.00 | $ 14.40 | $ 7.20 | $ 14.40 |
| 08/01/2009 | $ 737.68 | 37.50 | $ 717.68 | 0.00 | $ - | 0.00 | $ - | $ 20 | 52.50 | 12.50 | $ 13.67 | $ 6.84 | $ 85.44 |
| 08/08/2009 | $ 903.78 | 37.50 | $ 903.78 | 0.00 | $ - | 0.00 | $ - | $ - | 52.50 | 12.50 | $ 17.21 | $ 8.61 | $ 107.59 |
| 08/15/2009 | $ 508.09 | 24.00 | $ 508.09 | 0.00 | $ - | 0.00 | $ - | $ - | 39.00 | | | | |
| 08/22/2009 | $ 751.18 | 32.00 | $ 751.18 | 0.00 | $ - | 0.00 | $ - | $ - | 47.00 | 7.00 | $ 15.98 | $ 7.99 | $ 55.94 |
| 08/29/2009 | $ 597.41 | 31.00 | $ 577.41 | 0.00 | $ - | 0.00 | $ - | $ 20 | 46.00 | 6.00 | $ 12.55 | $ 6.28 | $ 37.66 |
| 09/05/2009 | $ 976.24 | 40.00 | $ 784.81 | 20.50 | $ 141.43 | 0.00 | $ - | $ 50 | 75.50 | 35.50 | $ 12.27 | $ 6.13 | $ 217.76 |
| 09/12/2009 | $ 683.17 | 38.00 | $ 683.17 | 0.00 | $ - | 0.00 | $ - | $ - | 53.00 | 13.00 | $ 12.89 | $ 6.45 | $ 83.79 |
| 09/19/2009 | $ 945.32 | 40.00 | $ 835.81 | 9.00 | $ 79.51 | 0.00 | $ - | $ 30 | 64.00 | 24.00 | $ 14.30 | $ 7.15 | $ 171.62 |
| 09/26/2009 | $ 707.06 | 40.00 | $ 608.23 | 3.00 | $ 23.83 | 0.00 | $ - | $ 75 | 58.00 | 18.00 | $ 10.90 | $ 5.45 | $ 98.08 |
| 10/03/2009 | $ 1,018.50 | 37.00 | $ 948.50 | 0.00 | $ - | 0.00 | $ - | $ 70 | 52.00 | 12.00 | $ 18.24 | $ 9.12 | $ 109.44 |
| 10/10/2009 | $ 1,014.83 | 40.00 | $ 1,005.58 | 0.75 | $ 9.25 | 0.00 | $ - | $ - | 55.75 | 15.75 | $ 18.20 | $ 9.10 | $ 143.35 |
| 10/17/2009 | $ 709.09 | 30.50 | $ 709.09 | 0.00 | $ - | 0.00 | $ - | $ - | 45.50 | 5.50 | $ 15.58 | $ 7.79 | $ 42.86 |
| 10/24/2009 | $ 1,268.86 | 40.00 | $ 1,219.93 | 0.25 | $ 3.93 | 0.00 | $ - | $ 45 | 55.25 | 15.25 | $ 22.15 | $ 11.08 | $ 168.90 |
| 10/31/2009 | $ 1,012.84 | 40.00 | $ 994.29 | 2.00 | $ 23.55 | 0.00 | $ - | $ (5) | 57.00 | 17.00 | $ 17.86 | $ 8.93 | $ 151.78 |
| 11/07/2009 | $ 863.33 | 32.25 | $ 823.33 | 0.00 | $ - | 0.00 | $ - | $ 40 | 47.25 | 7.25 | $ 17.42 | $ 8.71 | $ 63.17 |
| 11/14/2009 | $ 909.67 | 36.25 | $ 884.67 | 0.00 | $ - | 0.00 | $ - | $ 25 | 51.25 | 11.25 | $ 17.26 | $ 8.63 | $ 97.10 |
| 11/21/2009 | $ 1,236.78 | 40.00 | $ 1,171.99 | 3.25 | $ 44.79 | 0.00 | $ - | $ 20 | 58.25 | 18.25 | $ 20.89 | $ 10.44 | $ 190.61 |
| 11/28/2009 | $ 791.03 | 33.75 | $ 771.03 | 0.00 | $ - | 0.00 | $ - | $ 20 | 48.75 | 8.75 | $ 15.82 | $ 7.91 | $ 69.20 |
| 12/05/2009 | $ 551.15 | 21.50 | $ 531.15 | 0.00 | $ - | 0.00 | $ - | $ 20 | 36.50 | | | | |

Rojas, E.

| Pay Period | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn | PTO Hrs | PTO $ | Field | Adjusted | AOT Hrs | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/05/2009 | $ 580.67 | 18.50 | $ 555.67 | 0.00 | $ - | 0.00 | $ - | $ 25 | 33.50 | | | | |
| 12/12/2009 | $ 105.16 | 3.50 | $ 105.16 | 0.00 | $ - | 0.00 | $ - | $ - | 18.50 | | | | |
| 12/12/2009 | $ 816.58 | 30.00 | $ 796.58 | 0.00 | $ - | 0.00 | $ - | $ 20 | 45.00 | 5.00 | $ 17.70 | $ 8.85 | $ 44.25 |
| 12/19/2009 | $ 173.99 | 8.50 | $ 153.99 | 0.00 | $ - | 0.00 | $ - | $ 20 | 23.50 | | | | |
| 12/19/2009 | $ 583.76 | 25.00 | $ 583.76 | 0.00 | $ - | 0.00 | $ - | $ - | 40.00 | | | | |
| 12/26/2009 | $ 334.05 | 9.75 | $ 234.05 | 0.00 | $ - | 8.00 | $ 100 | $ - | 24.75 | | | | |
| 12/26/2009 | $ 388.82 | 13.50 | $ 363.82 | 0.00 | $ - | 0.00 | $ - | $ 25 | 28.50 | | | | |
| 01/02/2010 | $ 93.50 | 4.50 | $ 93.50 | 0.00 | $ - | 0.00 | $ - | $ - | 19.50 | | | | |
| 01/02/2010 | $ 354.44 | 10.00 | $ 254.44 | 0.00 | $ - | 8.00 | $ 100 | $ - | 25.00 | | | | |
| 01/09/2010 | $ 241.56 | 14.00 | $ 241.56 | 0.00 | $ - | 0.00 | $ - | $ - | 29.00 | | | | |
| 01/09/2010 | $ 499.82 | 23.00 | $ 499.82 | 0.00 | $ - | 0.00 | $ - | $ - | 38.00 | | | | |
| 01/16/2010 | $ 319.11 | 22.00 | $ 329.11 | 0.00 | $ - | 0.00 | $ - | $ (10) | 37.00 | | | | |
| 01/16/2010 | $ 360.08 | 18.00 | $ 340.08 | 0.00 | $ - | 0.00 | $ - | $ 20 | 33.00 | | | | |
| 01/23/2010 | $ 167.93 | 13.00 | $ 167.93 | 0.00 | $ - | 0.00 | $ - | $ - | 28.00 | | | | |
| 01/23/2010 | $ 244.64 | 20.50 | $ 244.64 | 0.00 | $ - | 0.00 | $ - | $ - | 35.50 | | | | |
| 01/30/2010 | $ 30.99 | 2.00 | $ 30.99 | 0.00 | $ - | 0.00 | $ - | $ - | 17.00 | | | | |
| 01/30/2010 | $ 188.35 | 14.00 | $ 188.35 | 0.00 | $ - | 0.00 | $ - | $ - | 29.00 | | | | |
| 02/06/2010 | $ 171.19 | 8.00 | $ 171.19 | 0.00 | $ - | 0.00 | $ - | $ - | 23.00 | | | | |
| 02/06/2010 | $ 313.82 | 24.50 | $ 283.82 | 0.00 | $ - | 0.00 | $ - | $ 30 | 39.50 | | | | |
| 02/13/2010 | $ 437.18 | 31.25 | $ 417.18 | 0.00 | $ - | 0.00 | $ - | $ 20 | 46.25 | 6.25 | $ 9.02 | $ 4.51 | $ 28.19 |
| 02/20/2010 | $ 436.39 | 31.00 | $ 291.39 | 0.00 | $ - | 8.00 | $ 100 | $ 45 | | | | | |
| 02/27/2010 | $ 157.07 | 17.00 | $ 157.07 | 0.00 | $ - | 0.00 | $ - | $ - | 32.00 | | | | |
| 03/06/2010 | $ 129.80 | 11.00 | $ 129.80 | 0.00 | $ - | 0.00 | $ - | $ - | 26.00 | | | | |
| 03/06/2010 | $ 155.47 | 15.50 | $ 155.47 | 0.00 | $ - | 0.00 | $ - | $ - | 30.50 | | | | |
| 03/13/2010 | $ 128.99 | 10.25 | $ 128.99 | 0.00 | $ - | 0.00 | $ - | $ - | 25.25 | | | | |
| 03/13/2010 | $ 178.26 | 15.50 | $ 178.26 | 0.00 | $ - | 0.00 | $ - | $ - | 30.50 | | | | |
| 03/20/2010 | $ 130.99 | 13.00 | $ 130.99 | 0.00 | $ - | 0.00 | $ - | $ - | 28.00 | | | | |
| 03/20/2010 | $ 200.60 | 22.00 | $ 200.60 | 0.00 | $ - | 0.00 | $ - | $ - | 37.00 | | | | |
| 03/27/2010 | $ 72.30 | 10.00 | $ 72.30 | 0.00 | $ - | 0.00 | $ - | $ - | 25.00 | | | | |
| 03/27/2010 | $ 298.17 | 19.00 | $ 298.17 | 0.00 | $ - | 0.00 | $ - | $ - | 34.00 | | | | |
| 04/03/2010 | $ 147.38 | 10.75 | $ 147.38 | 0.00 | $ - | 0.00 | $ - | $ - | 25.75 | | | | |

Rojas, E.

| Pay Period | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn | PTO Hrs | PTO $ | Field | Adjusted | AOT Hrs | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/03/2010 | $ 181.16 | 16.25 | $ 181.16 | 0.00 | $ - | 0.00 | $ - | $ - | 31.25 | | | | |
| 04/10/2010 | $ 265.95 | 19.00 | $ 243.12 | 0.00 | $ 22.83 | 0.00 | $ - | $ - | 34.00 | | | | |
| 04/10/2010 | $ 324.25 | 21.00 | $ 324.25 | 3.50 | $ - | 0.00 | $ - | $ - | 39.50 | | | | |
| 04/17/2010 | $ 149.69 | 12.25 | $ 129.69 | 0.00 | $ - | 0.00 | $ - | $ 20 | 27.25 | | | | |
| 04/17/2010 | $ 194.42 | 24.50 | $ 194.42 | 0.00 | $ - | 0.00 | $ - | $ - | 39.50 | | | | |
| 04/24/2010 | $ 175.49 | 19.00 | $ 175.49 | 0.00 | $ - | 0.00 | $ - | $ - | 34.00 | | | | |
| 05/01/2010 | $ 300.00 | 0.00 | $ - | 0.00 | $ - | 24.00 | $ 300 | $ - | 15.00 | | | | |
| 05/08/2010 | $ 100.00 | 0.00 | $ - | 0.00 | $ - | 8.00 | $ 100 | $ - | 15.00 | | | | |
| | | | | OT Paid | $ 326.29 | | | | | | Back Pay Subtotal | | $ 2,311.64 |
| | | | | | | | | | | | Less OT Paid | | $ 1,985.35 |
| | | | | | | | | | | | With Liquidated | | $ 3,970.71 |

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn | PTO Hrs | PTO Earn | Field Bonus | Training | Adjusted | AOT Hrs | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/10/2009 | $ 400.00 | 32.00 | $ 400.00 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 38.00 | | | | |
| 01/17/2009 | $ 800.00 | 40.00 | $ 500.00 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 46.00 | 6.00 | $ 17.39 | $ 8.70 | $ 52.17 |
| 01/24/2009 | $ 333.12 | 33.00 | $ 308.12 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 25.00 | $ 0.00 | 39.00 | | | | |
| 01/31/2009 | $ 380.71 | 40.00 | $ 357.40 | 6.00 | $ 23.31 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 52.00 | 12.00 | $ 7.32 | $ 3.66 | $ 43.93 |
| 02/07/2009 | $ 528.50 | 30.00 | $ 293.70 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 34.80 | $ 200.00 | 36.00 | | | | |
| 02/14/2009 | $ 505.96 | 33.50 | $ 490.96 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 15.00 | $ 0.00 | 39.50 | | | | |
| 02/21/2009 | $ 394.28 | 23.00 | $ 394.28 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 29.00 | | | | |
| 02/28/2009 | $ 376.90 | 16.50 | $ 376.90 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 22.50 | | | | |
| 03/07/2009 | $ 452.10 | 17.00 | $ 452.10 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 23.00 | | | | |
| 03/14/2009 | $ 535.70 | 40.00 | $ 435.70 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 100.00 | 46.00 | 6.00 | $ 11.65 | $ 5.82 | $ 34.94 |
| 03/21/2009 | $ 406.90 | 28.00 | $ 406.90 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 34.00 | | | | |
| 03/28/2009 | $ 467.88 | 33.00 | $ 467.88 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 39.00 | | | | |
| 04/04/2009 | $ 416.00 | 34.00 | $ 416.00 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 40.00 | | | | |
| 04/11/2009 | $ 693.03 | 40.00 | $ 688.78 | .50 | $ 4.25 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 46.50 | 6.50 | $ 14.90 | $ 7.45 | $ 48.44 |
| 04/18/2009 | $ 446.60 | 23.00 | $ 446.60 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 29.00 | | | | |
| 04/25/2009 | $ 366.91 | 24.50 | $ 366.91 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 30.50 | | | | |
| 05/02/2009 | $ 580.16 | 32.50 | $ 580.16 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 38.50 | | | | |
| 05/09/2009 | $ 452.46 | 24.50 | $ 452.46 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 30.50 | | | | |
| 05/16/2009 | $ 519.29 | 18.00 | $ 519.29 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 24.00 | | | | |
| 05/23/2009 | $ 689.69 | 31.00 | $ 689.69 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 37.00 | | | | |
| 05/30/2009 | $ 259.04 | 16.00 | $ 259.04 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 22.00 | | | | |
| 06/06/2009 | $ 540.60 | 29.50 | $ 528.60 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 5.00 | $ 7.00 | 35.50 | | | | |
| 06/13/2009 | $ 578.26 | 23.50 | $ 578.26 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 29.50 | | | | |
| 06/20/2009 | $ 416.26 | 26.00 | $ 416.26 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 32.00 | | | | |
| 06/27/2009 | $ 390.80 | 15.00 | $ 390.80 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 21.00 | | | | |
| 07/04/2009 | $ 588.96 | 28.50 | $ 588.96 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 34.50 | | | | |
| 07/11/2009 | $ 924.29 | 34.00 | $ 924.29 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 40.00 | | | | |
| 07/18/2009 | $ 400.00 | 3.00 | $ 0.00 | 0.00 | $ 0.00 | 32.00 | $ 400.00 | $ 0.00 | $ 0.00 | (23.00) | | | | |
| 07/25/2009 | $ 589.68 | 27.00 | $ 489.68 | 0.00 | $ 0.00 | 8.00 | $ 100.00 | $ 0.00 | $ 0.00 | 25.00 | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/01/2009 | $ 405.06 | 26.00 | $ 405.06 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 32.00 | | | |
| 08/08/2009 | $ 538.48 | 23.50 | $ 538.48 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 29.50 | | | |
| 08/15/2009 | $ 351.31 | 18.00 | $ 351.31 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 24.00 | | | |
| 08/22/2009 | $ 610.73 | 36.00 | $ 635.73 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 42.00 | 2.00 | $ 14.54 | $ 7.27 | $ 14.54 |
| 08/29/2009 | $ 780.55 | 40.00 | $ 720.51 | 8.00 | $ 60.04 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 54.00 | 14.00 | $ 14.45 | $ 7.23 | $ 101.18 |
| 09/05/2009 | $ 871.42 | 40.00 | $ 745.39 | 16.50 | $ 111.03 | 0.00 | $ 0.00 | $ 15.00 | $ 0.00 | 62.50 | 22.50 | $ 13.94 | $ 6.97 | $ 156.86 |
| 09/12/2009 | $ 955.20 | 40.00 | $ 868.36 | 10.00 | $ 86.84 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 56.00 | 16.00 | $ 17.06 | $ 8.53 | $ 136.46 |
| 09/19/2009 | $ 761.97 | 40.00 | $ 663.09 | 17.00 | $ 98.88 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 63.00 | 23.00 | $ 12.09 | $ 6.05 | $ 139.09 |
| 09/26/2009 | $ 354.29 | 27.50 | $ 354.29 | 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | 33.50 | | | | |
| | | | | | | | | | | | Claim Subtotal | | $ 727.60 |
| | | | | | | | | | | | OT Paid | | $ 384.35 |
| | | | | | | | | | | | Back Pay Offer | | $ 343.25 |

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Earn | PTO Hrs | PTO Earn | Other Pay | Adjusted | AOT Hrs | Adj. Rate | Adj. OT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/23/2007 | $ 306.86 | 9.00 | $ 306.86 | $ - | 0.00 | $ - | $ - | | | | | |
| 06/30/2007 | $ 1,179.82 | 40.00 | $ 1,089.06 | $ 90.76 | 0.00 | $ - | $ - | | | | | |
| 07/14/2007 | $ 237.70 | 12.00 | $ 237.70 | $ - | 0.00 | $ - | $ - | | | | | |
| 07/14/2007 | $ 1,028.70 | 40.00 | $ 1,028.70 | $ - | 0.00 | $ - | $ - | | | | | |
| 07/21/2007 | $ 698.20 | 0.00 | $ 698.20 | $ - | 0.00 | $ - | $ - | | | | | |
| 07/21/2007 | $ 1,403.36 | 40.00 | $ 1,285.32 | $ 118.04 | 0.00 | $ - | $ - | | | | | |
| 07/28/2007 | $ 1,231.80 | 10.00 | $ 1,231.80 | $ - | 0.00 | $ - | $ - | | | | | |
| 08/04/2007 | $ 740.64 | 25.00 | $ 740.64 | $ - | 0.00 | $ - | $ - | | | | | |
| 08/11/2007 | $ 1,288.12 | 40.00 | $ 1,147.40 | $ 140.72 | 0.00 | $ - | $ - | | | | | |
| 08/18/2007 | $ 761.78 | 30.00 | $ 761.78 | $ - | 0.00 | $ - | $ - | | | | | |
| 08/25/2007 | $ 581.10 | 27.00 | $ 581.10 | $ - | 0.00 | $ - | $ - | | | | | |
| 09/01/2007 | $ 787.86 | 36.00 | $ 787.86 | $ - | 0.00 | $ - | $ - | | | | | |
| 09/08/2007 | $ 685.34 | 32.00 | $ 685.34 | $ - | 0.00 | $ - | $ - | | | | | |
| 09/15/2007 | $ 939.75 | 42.00 | $ 917.90 | $ 21.85 | 0.00 | $ - | $ - | | | | | |
| 09/22/2007 | $ 888.12 | 36.50 | $ 888.12 | $ - | 0.00 | $ - | $ - | | | | | |
| 09/29/2007 | $ 1,044.06 | 39.00 | $ 1,044.06 | $ - | 0.00 | $ - | $ - | | | | | |
| 10/06/2007 | $ 844.38 | 42.00 | $ 824.74 | $ 19.64 | 0.00 | $ - | $ - | | | | | |
| 10/13/2007 | $ 832.01 | 41.50 | $ 817.24 | $ 14.77 | 0.00 | $ - | $ - | 46.50 | 6.5 | $ 17.89 | $ 8.95 | $ 58.15 |
| 10/27/2007 | $ 581.06 | 22.50 | $ 581.06 | $ - | 0.00 | $ - | $ - | 27.50 | | | | |
| 11/03/2007 | $ 718.96 | 26.00 | $ 718.96 | $ - | 0.00 | $ - | $ - | 31.00 | | | | |
| 11/10/2007 | $ 1,074.78 | 48.00 | $ 992.10 | $ 82.68 | 0.00 | $ - | $ - | 53.00 | 13.0 | $ 20.28 | $ 10.14 | $ 131.81 |
| 11/17/2007 | $ 982.56 | 38.00 | $ 982.56 | $ - | 0.00 | $ - | $ - | 43.00 | 3.0 | $ 22.85 | $ 11.43 | $ 34.28 |
| 11/24/2007 | $ 759.00 | 40.00 | $ 759.00 | $ - | 0.00 | $ - | $ - | 45.00 | 5.0 | $ 16.87 | $ 8.43 | $ 42.17 |
| 12/01/2007 | $ 701.99 | 42.00 | $ 685.66 | $ 16.33 | 0.00 | $ - | $ - | 47.00 | 7.0 | $ 14.94 | $ 7.47 | $ 52.28 |
| 12/08/2007 | $ 781.49 | 40.50 | $ 751.70 | $ 4.79 | 0.00 | $ - | $ 25.00 | 45.50 | 5.5 | $ 16.63 | $ 8.31 | $ 45.72 |
| 12/15/2007 | $ 923.57 | 40.50 | $ 917.90 | $ 5.67 | 0.00 | $ - | $ - | 45.50 | 5.5 | $ 20.30 | $ 10.15 | $ 55.82 |
| 12/22/2007 | $ 933.46 | 45.50 | $ 880.26 | $ 53.20 | 0.00 | $ - | $ - | 50.50 | 10.5 | $ 18.48 | $ 9.24 | $ 97.04 |
| 12/29/2007 | $ 327.90 | 18.00 | $ 327.90 | $ - | 0.00 | $ - | $ - | 23.00 | | | | |

Exhibit A.1

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Earn | PTO Hrs | PTO Earn | Other Pay | Adjusted | AOT Hrs | Adj. Rate | Adj. OT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2008 | $ 196.44 | 9.00 | $ 196.44 | $ - | 0.00 | $ - | $ - | 14.00 | | | | |
| 01/12/2008 | $ 808.64 | 16.00 | $ 808.64 | $ - | 0.00 | $ - | $ - | 21.00 | | | | |
| 01/19/2008 | $ 1,107.01 | 49.00 | $ 1,013.90 | $ 93.11 | 0.00 | $ - | $ - | 54.00 | 14.0 | $ 20.50 | $ 10.25 | $ 143.50 |
| 01/26/2008 | $ 925.51 | 54.00 | $ 819.30 | $ 106.21 | 0.00 | $ - | $ - | 59.00 | 19.0 | $ 15.69 | $ 7.84 | $ 149.02 |
| 02/02/2008 | $ 619.32 | 41.00 | $ 611.86 | $ 7.46 | 0.00 | $ - | $ - | 46.00 | 6.0 | $ 13.46 | $ 6.73 | $ 40.39 |
| 02/09/2008 | $ 1,129.44 | 47.00 | $ 1,042.56 | $ 86.88 | 0.00 | $ - | $ - | 52.00 | 12.0 | $ 21.72 | $ 10.86 | $ 130.32 |
| 02/16/2008 | $ 1,040.87 | 48.00 | $ 960.80 | $ 80.07 | 0.00 | $ - | $ - | 53.00 | 13.0 | $ 19.64 | $ 9.82 | $ 127.65 |
| 02/23/2008 | $ 572.12 | 26.00 | $ 572.12 | $ - | 0.00 | $ - | $ - | 31.00 | | | | |
| 03/01/2008 | $ 271.20 | 19.00 | $ 271.20 | $ - | 0.00 | $ - | $ - | 24.00 | | | | |
| 03/08/2008 | $ 786.58 | 41.00 | $ 777.10 | $ 9.48 | 0.00 | $ - | $ - | 46.00 | 6.0 | $ 17.10 | $ 8.55 | $ 51.30 |
| 03/15/2008 | $ 635.20 | 30.00 | $ 635.20 | $ - | 0.00 | $ - | $ - | 35.00 | | | | |
| 03/22/2008 | $ 600.20 | 35.00 | $ 600.20 | $ - | 0.00 | $ - | $ - | 40.00 | | | | |
| 03/29/2008 | $ 401.40 | 21.00 | $ 401.40 | $ - | 0.00 | $ - | $ - | 26.00 | | | | |
| 04/05/2008 | $ 394.10 | 24.00 | $ 394.10 | $ - | 0.00 | $ - | $ - | 29.00 | | | | |
| 04/12/2008 | $ 493.56 | 23.00 | $ 493.56 | $ - | 0.00 | $ - | $ - | 28.00 | | | | |
| 04/19/2008 | $ 590.66 | 37.00 | $ 390.66 | $ - | 16.00 | $ 200.00 | $ - | 26.00 | | | | |
| 04/26/2008 | $ 556.78 | 23.00 | $ 556.78 | $ - | 0.00 | $ - | $ - | 28.00 | | | | |
| 05/03/2008 | $ 627.77 | 33.00 | $ 627.77 | $ - | 0.00 | $ - | $ - | 38.00 | | | | |
| 05/10/2008 | $ 478.46 | 36.00 | $ 478.46 | $ - | 0.00 | $ - | $ - | 41.00 | 1.0 | $ 11.67 | $ 5.83 | $ 5.83 |
| 05/17/2008 | $ 620.10 | 33.00 | $ 570.10 | $ - | 0.00 | $ - | $ 50.00 | 38.00 | | | | |
| 05/24/2008 | $ 861.38 | 42.00 | $ 841.35 | $ 20.03 | 0.00 | $ - | $ - | 47.00 | 7.0 | $ 18.33 | $ 9.16 | $ 64.15 |
| 05/31/2008 | $ 551.26 | 28.00 | $ 551.26 | $ - | 0.00 | $ - | $ - | 33.00 | | | | |
| 06/07/2008 | $ 415.00 | 28.00 | $ 415.00 | $ - | 0.00 | $ - | $ - | 33.00 | | | | |
| 06/14/2008 | $ 1,015.95 | 47.00 | $ 937.80 | $ 78.15 | 0.00 | $ - | $ - | 52.00 | 12.0 | $ 19.54 | $ 9.77 | $ 117.23 |
| 06/21/2008 | $ 600.66 | 37.00 | $ 600.66 | $ - | 0.00 | $ - | $ - | 42.00 | 2.0 | $ 14.30 | $ 7.15 | $ 14.30 |
| 06/28/2008 | $ 607.78 | 41.00 | $ 600.46 | $ 7.32 | 0.00 | $ - | $ - | 46.00 | 6.0 | $ 13.21 | $ 6.61 | $ 39.64 |
| 07/05/2008 | $ 541.56 | 25.00 | $ 541.56 | $ - | 0.00 | $ - | $ - | 30.00 | | | | |
| 07/12/2008 | $ 929.16 | 33.00 | $ 929.16 | $ - | 0.00 | $ - | $ - | 38.00 | | | | |

Exhibit A.1

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn VR | PTO Hrs | PTO Earn | Field Adj. | Adjust. Hrs | AOT | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/2008 | $ 200.00 | 16.00 | $ 200.00 | 0.00 | $ - | 0.00 | $ - | $ - | 26.00 | | | | |
| 02/09/2008 | $ 685.59 | 40.00 | $ 655.78 | 4.00 | $ 29.81 | 0.00 | $ - | $ - | 54.00 | 14.00 | $ 12.70 | $ 6.35 | $ 88.87 |
| 02/16/2008 | $ 1,140.35 | 54.50 | $ 1,006.46 | 0.00 | $ 133.89 | 0.00 | $ - | $ - | 64.50 | 24.50 | $ 17.68 | $ 8.84 | $ 216.58 |
| 02/23/2008 | $ 820.17 | 46.00 | $ 769.96 | 0.00 | $ 50.21 | 0.00 | $ - | $ - | 56.00 | 16.00 | $ 14.65 | $ 7.32 | $ 117.17 |
| 03/01/2008 | $ 690.20 | 35.00 | $ 665.20 | 0.00 | $ - | 0.00 | $ - | $ 25.00 | 45.00 | 5.00 | $ 14.78 | $ 7.39 | $ 36.96 |
| 03/08/2008 | $ 987.34 | 39.00 | $ 987.34 | 0.00 | $ - | 0.00 | $ - | $ - | 49.00 | 9.00 | $ 20.15 | $ 10.07 | $ 90.67 |
| 03/15/2008 | $ 567.98 | 33.00 | $ 567.98 | 0.00 | $ - | 0.00 | $ - | $ - | 43.00 | 3.00 | $ 13.21 | $ 6.60 | $ 19.81 |
| 03/22/2008 | $ 884.85 | 48.00 | $ 796.78 | 0.00 | $ 68.07 | 0.00 | $ - | $ 20.00 | 58.00 | 18.00 | $ 14.91 | $ 7.46 | $ 134.20 |
| 03/29/2008 | $ 532.78 | 26.00 | $ 532.78 | 0.00 | $ - | 0.00 | $ - | $ - | 36.00 | | | | |
| 04/05/2008 | $ 201.40 | 18.00 | $ 201.40 | 0.00 | $ - | 0.00 | $ - | $ - | 28.00 | | | | |
| 04/12/2008 | $ 156.50 | 9.00 | $ 156.50 | 0.00 | $ - | 0.00 | $ - | $ - | 19.00 | | | | |
| 04/19/2008 | $ 530.55 | 28.00 | $ 530.55 | 0.00 | $ - | 0.00 | $ - | $ - | 38.00 | | | | |
| 04/26/2008 | $ 480.71 | 28.00 | $ 480.71 | 0.00 | $ - | 0.00 | $ - | $ - | 38.00 | | | | |
| 05/03/2008 | $ 120.80 | 8.00 | $ 120.80 | 0.00 | $ - | 0.00 | $ - | $ - | 18.00 | | | | |
| 05/03/2008 | $ 593.25 | 30.00 | $ 543.25 | 0.00 | $ - | 0.00 | $ - | $ 50.00 | 40.00 | | | | |
| 05/10/2008 | $ 606.30 | 35.00 | $ 606.30 | 0.00 | $ - | 0.00 | $ - | $ - | 45.00 | 5.00 | $ 13.47 | $ 6.74 | $ 33.68 |
| 05/17/2008 | $ 588.91 | 40.50 | $ 585.30 | 0.00 | $ 3.61 | 0.00 | $ - | $ - | 50.50 | 10.50 | $ 11.66 | $ 5.83 | $ 61.22 |
| 05/24/2008 | $ 300.00 | 0.00 | $ - | 0.00 | $ - | 24.00 | $300.00 | $ - | -14.00 | | | | |
| 05/31/2008 | $ 233.60 | 14.00 | $ 233.60 | 0.00 | $ - | 0.00 | $ - | $ - | 24.00 | | | | |
| 06/07/2008 | $ 614.10 | 36.00 | $ 614.10 | 0.00 | $ - | 0.00 | $ - | $ - | 46.00 | 6.00 | $ 13.35 | $ 6.68 | $ 40.05 |
| 06/14/2008 | $ 482.90 | 35.50 | $ 482.90 | 0.00 | $ - | 0.00 | $ - | $ - | 45.50 | 5.50 | $ 10.61 | $ 5.31 | $ 29.19 |
| 06/21/2008 | $ 543.78 | 30.00 | $ 543.78 | 0.00 | $ - | 0.00 | $ - | $ - | 40.00 | | | | |
| 06/28/2008 | $ 545.68 | 37.00 | $ 545.68 | 0.00 | $ - | 0.00 | $ - | $ - | 47.00 | 7.00 | $ 11.61 | $ 5.81 | $ 40.64 |
| 07/05/2008 | $ 788.02 | 42.00 | $ 769.69 | 0.00 | $ 18.33 | 0.00 | $ - | $ - | 52.00 | 12.00 | $ 15.15 | $ 7.58 | $ 90.93 |
| 07/12/2008 | $ 528.00 | 34.50 | $ 503.00 | 0.00 | $ - | 0.00 | $ - | $ 25.00 | 44.50 | 4.50 | $ 11.30 | $ 5.65 | $ 25.43 |
| 07/19/2008 | $ 1,109.05 | 45.00 | $ 984.80 | 8.50 | $ 124.25 | 0.00 | $ - | $ - | 63.50 | 23.50 | $ 17.47 | $ 8.73 | $ 205.22 |
| 07/26/2008 | $ 499.60 | 28.00 | $ 499.60 | 0.00 | $ - | 0.00 | $ - | $ - | 38.00 | | | | |
| 08/02/2008 | $ 415.00 | 39.00 | $ 415.00 | 0.00 | $ - | 0.00 | $ - | $ - | 49.00 | 9.00 | $ 8.47 | $ 4.23 | $ 38.11 |
| 08/09/2008 | $ 874.36 | 27.75 | $ 874.36 | 0.00 | $ - | 0.00 | $ - | $ - | 37.75 | | | | |
| 08/16/2008 | $ 312.96 | 20.00 | $ 312.96 | 0.00 | $ - | 0.00 | $ - | $ - | 30.00 | | | | |
| 08/23/2008 | $ 255.10 | 18.00 | $ 255.10 | 0.00 | $ - | 0.00 | $ - | $ - | 28.00 | | | | |

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Earn | PTO Hrs | PTO Earn | Other Pay | Adjusted | AOT Hrs | Adj. Rate | Adj. OT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/19/2008 | $ 831.83 | 44.00 | $ 761.86 | $ 69.97 | 0.00 | $ - | $ - | 49.00 | 9.0 | $ 16.98 | $ 8.49 | $ 76.39 |
| 07/26/2008 | $ 508.58 | 31.00 | $ 508.58 | $ - | 0.00 | $ - | $ - | 36.00 | | | | |
| 08/02/2008 | $ 636.26 | 24.00 | $ 636.26 | $ - | 0.00 | $ - | $ - | 29.00 | | | | |
| 08/09/2008 | $ 652.05 | 29.00 | $ 652.05 | $ - | 0.00 | $ - | $ - | 34.00 | | | | |
| 08/16/2008 | $ 645.78 | 29.00 | $ 645.78 | $ - | 0.00 | $ - | $ - | 34.00 | | | | |
| 08/23/2008 | $ 671.48 | 22.50 | $ 671.48 | $ - | 0.00 | $ - | $ - | 27.50 | | | | |
| 08/30/2008 | $ 424.70 | 24.50 | $ 399.70 | $ - | 0.00 | $ - | $ 25.00 | 29.50 | | | | |
| 09/06/2008 | $ 620.30 | 40.00 | $ 320.30 | $ - | 24.00 | $ 300.00 | $ - | 21.00 | | | | |
| 09/13/2008 | $ 315.90 | 14.00 | $ 315.90 | $ - | 0.00 | $ - | $ - | 19.00 | | | | |
| 09/20/2008 | $ 634.48 | 32.00 | $ 634.48 | $ - | 0.00 | $ - | $ - | 37.00 | | | | |
| 09/27/2008 | $ 429.40 | 13.00 | $ 429.40 | $ - | 0.00 | $ - | $ - | 18.00 | | | | |
| 10/04/2008 | $ 223.30 | 1.00 | $ 223.30 | $ - | 0.00 | $ - | $ - | 6.00 | | | | |
| 10/11/2008 | $ 386.10 | 16.00 | $ 386.10 | $ - | 0.00 | $ - | $ - | 21.00 | | | | |
| 10/18/2008 | $ 829.70 | 35.50 | $ 829.70 | $ - | 0.00 | $ - | $ - | 40.50 | 0.5 | $ 20.49 | $ 10.24 | $ 5.12 |
| 10/25/2008 | $ 1,078.52 | 40.00 | $ 1,071.90 | $ 6.62 | 0.00 | $ - | $ - | 45.00 | 5.0 | $ 23.97 | $ 11.98 | $ 59.92 |
| 11/01/2008 | $ 812.67 | 40.00 | $ 785.28 | $ 27.39 | 0.00 | $ - | $ - | 45.00 | 5.0 | $ 18.06 | $ 9.03 | $ 45.15 |
| 11/08/2008 | $ 645.88 | 27.00 | $ 610.88 | $ - | 0.00 | $ - | $ 35.00 | 32.00 | | | | |
| 11/15/2008 | $ 1,242.09 | 40.00 | $ 1,193.20 | $ 28.89 | 0.00 | $ - | $ 20.00 | 45.00 | 5.0 | $ 27.16 | $ 13.58 | $ 67.89 |
| 11/22/2008 | $ 583.70 | 30.00 | $ 583.70 | $ - | 0.00 | $ - | $ - | 35.00 | | | | |
| 11/29/2008 | $ 1,090.50 | 33.00 | $ 1,090.50 | $ - | 0.00 | $ - | $ - | 38.00 | | | | |
| 12/06/2008 | $ 543.46 | 25.50 | $ 543.46 | $ - | 0.00 | $ - | $ - | 30.50 | | | | |
| | | | Overtime pay | $ 799.02 | | | | | | Claim Subtotal | | $1,655.07 |
| | | | weeks where AOT Hrs. > 40 | | | | | | | Back Pay Claimed | | $ 856.05 |
| | | | | | | | | | | wth liquidated | | $1,712.10 |

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn VR | PTO Hrs | PTO Earn | Field Adj. | Adjust. Hrs | AOT | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/30/2008 | $ 344.00 | 23.00 | $ 344.00 | 0.00 | $ - | 0.00 | $ - | $ - | 33.00 | | | | |
| 09/06/2008 | $ 492.40 | 24.00 | $ 492.40 | 0.00 | $ - | 0.00 | $ - | $ - | 34.00 | | | | |
| 09/13/2008 | $ 484.80 | 26.50 | $ 484.80 | 0.00 | $ - | 0.00 | $ - | $ - | 36.50 | | | | |
| 09/20/2008 | $ 650.51 | 44.50 | $ 619.20 | 0.00 | $ 31.31 | 0.00 | $ - | $ - | 54.50 | 14.50 | $ 11.94 | $ 5.97 | $ 86.54 |
| 09/27/2008 | $ 581.25 | 25.50 | $ 571.25 | 0.00 | $ - | 0.00 | $ - | $ 10.00 | 35.50 | | | | |
| 10/04/2008 | $ 563.40 | 38.00 | $ 533.40 | 0.00 | $ - | 0.00 | $ - | $ 30.00 | 48.00 | 8.00 | $ 11.11 | $ 5.56 | $ 44.45 |
| 10/11/2008 | $ 707.56 | 35.50 | $ 629.56 | 0.00 | $ - | 0.00 | $ - | $ 78.00 | 45.50 | 5.50 | $ 13.84 | $ 6.92 | $ 38.05 |
| 10/18/2008 | $ 793.50 | 39.00 | $ 695.50 | 0.00 | $ - | 0.00 | $ - | $ 98.00 | 49.00 | 9.00 | $ 14.19 | $ 7.10 | $ 63.87 |
| 10/25/2008 | $ 579.39 | 40.00 | $ 535.84 | 0.50 | $ 3.55 | 0.00 | $ - | $ 40.00 | 50.50 | 10.50 | $ 10.68 | $ 5.34 | $ 56.08 |
| 11/01/2008 | $ 497.60 | 31.00 | $ 497.60 | 0.00 | $ - | 0.00 | $ - | $ - | 41.00 | 1.00 | $ 12.14 | $ 6.07 | $ 6.07 |
| 11/08/2008 | $ 961.47 | 40.00 | $ 804.48 | 17.50 | $ 126.99 | 0.00 | $ - | $ 30.00 | 67.50 | 27.50 | $ 13.80 | $ 6.90 | $ 189.74 |
| 11/15/2008 | $ 433.05 | 29.50 | $ 433.05 | 0.00 | $ - | 0.00 | $ - | $ - | 39.50 | | | | |
| 11/22/2008 | $ 409.30 | 30.00 | $ 399.30 | 0.00 | $ - | 0.00 | $ - | $ 10.00 | 40.00 | | | | |
| 11/29/2008 | $ 433.46 | 31.00 | $ 433.46 | 0.00 | $ - | 0.00 | $ - | $ - | 41.00 | 1.00 | $ 10.57 | $ 5.29 | $ 5.29 |
| 12/06/2008 | $ 323.30 | 24.00 | $ 323.30 | 0.00 | $ - | 0.00 | $ - | $ - | 34.00 | | | | |
| 12/13/2008 | $ 801.00 | 36.00 | $ 701.00 | 0.00 | $ - | 8.00 | $100.00 | $ - | 38.00 | | | | |
| 12/20/2008 | $ 937.52 | 40.00 | $ 773.59 | 2.50 | $ 23.93 | 8.00 | $ 100 | $ 40.00 | 44.50 | 4.50 | $ 20.17 | $ 10.08 | $ 45.38 |
| 12/27/2008 | $ 746.16 | 40.00 | $ 703.63 | 5.50 | $ 42.53 | 0.00 | $ - | $ - | 55.50 | 15.50 | $ 13.44 | $ 6.72 | $ 104.19 |
| 01/03/2009 | $ 825.05 | 40.00 | $ 750.86 | 2.00 | $ 19.19 | 0.00 | $ - | $ 55.00 | 52.00 | 12.00 | $ 14.81 | $ 7.40 | $ 88.85 |
| 01/10/2009 | $ 580.03 | 34.50 | $ 560.03 | 0.00 | $ - | 0.00 | $ - | $ 20.00 | 44.50 | 4.50 | $ 12.58 | $ 6.29 | $ 28.32 |
| 01/17/2009 | $ 675.28 | 40.00 | $ 675.28 | 0.00 | $ - | 0.00 | $ - | $ - | 50.00 | 10.00 | $ 13.51 | $ 6.75 | $ 67.53 |
| 01/24/2009 | $ 390.08 | 25.00 | $ 390.08 | 0.00 | $ - | 0.00 | $ - | $ - | 35.00 | | | | |
| 01/31/2009 | $ 793.11 | 40.00 | $ 793.11 | 0.00 | $ - | 0.00 | $ - | $ - | 50.00 | 10.00 | $ 15.86 | $ 7.93 | $ 79.31 |
| 02/07/2009 | $ 245.16 | 16.00 | $ 245.16 | 0.00 | $ - | 0.00 | $ - | $ - | 26.00 | | | | |
| 02/14/2009 | $ 309.08 | 16.00 | $ 209.08 | 0.00 | $ - | 8.00 | $100.00 | $ - | 18.00 | | | | |
| 02/21/2009 | $ 431.47 | 28.00 | $ 431.47 | 0.00 | $ - | 0.00 | $ - | $ - | 38.00 | | | | |
| 02/28/2009 | $ 475.60 | 23.00 | $ 475.60 | 0.00 | $ - | 0.00 | $ - | $ - | 33.00 | | | | |
| 03/07/2009 | $ 278.48 | 19.00 | $ 278.48 | 0.00 | $ - | 0.00 | $ - | $ - | 29.00 | | | | |
| 03/14/2009 | $ 488.06 | 32.00 | $ 388.06 | 0.00 | $ - | 0.00 | $ - | $ - | 42.00 | 2.00 | $ 11.62 | $ 5.81 | $ 11.62 |
| 03/21/2009 | $ 383.55 | 14.00 | $ 283.55 | 0.00 | $ - | 8.00 | $100.00 | $ - | 16.00 | | | | |
| 03/28/2009 | $ 326.15 | 17.00 | $ 326.15 | 0.00 | $ - | 0.00 | $ - | $ - | 27.00 | | | | |

Exhibit A.1

| Per. End Date | Gross Pay | Reg. Hours | Reg. Earn | OT Hours | OT Earn VR | PTO Hrs | PTO Earn | Field Adj. | Adjust. Hrs | AOT | Adj. Rate | AOT Rate | Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/04/2009 | $ 245.26 | 18.50 | $ 245.26 | 0.00 | $ - | 0.00 | $ - | $ - | 28.50 | | | | |
| 04/11/2009 | $ 335.96 | 21.00 | $ 335.96 | 0.00 | $ - | 0.00 | $ - | $ - | 31.00 | | | | |
| 04/18/2009 | $ 775.48 | 37.50 | $ 775.48 | 0.00 | $ - | 0.00 | $ - | $ - | 47.50 | 7.50 | $ 16.33 | $ 8.16 | $ 61.22 |
| 04/25/2009 | $ 427.38 | 14.50 | $ 227.38 | 0.00 | $ - | 16.00 | $200.00 | $ - | 8.50 | | | | |
| 05/02/2009 | $ 339.40 | 13.50 | $ 339.40 | 0.00 | $ - | 0.00 | $ - | $ - | 23.50 | | | | |
| 05/09/2009 | $ 669.59 | 32.50 | $ 669.59 | 0.00 | $ - | 0.00 | $ - | $ - | 42.50 | 2.50 | $ 15.76 | $ 7.88 | $ 19.69 |
| 05/16/2009 | $ 609.29 | 22.00 | $ 609.29 | 0.00 | $ - | 0.00 | $ - | $ - | 32.00 | | | | |
| 05/23/2009 | $ 565.22 | 22.50 | $ 565.22 | 0.00 | $ - | 0.00 | $ - | $ - | 32.50 | | | | |
| 05/30/2009 | $ 237.80 | 16.50 | $ 237.80 | 0.00 | $ - | 0.00 | $ - | $ - | 26.50 | | | | |
| 06/06/2009 | $ 185.20 | 5.00 | $ 85.20 | 0.00 | $ - | 8.00 | $100.00 | $ - | 7.00 | | | | |
| 06/13/2009 | $ 288.40 | 21.50 | $ 288.40 | 0.00 | $ - | 0.00 | $ - | $ - | 31.50 | | | | |
| 06/20/2009 | $ 448.26 | 31.00 | $ 448.26 | 0.00 | $ - | 0.00 | $ - | $ - | 41.00 | 1.00 | $ 10.93 | $ 5.47 | $ 5.47 |
| 06/27/2009 | $ 176.40 | 11.50 | $ 176.40 | 0.00 | $ - | 0.00 | $ - | $ - | 21.50 | | | | |
| | | | OT Paid in weeks where | | $ 675.67 | | | | | | **Claim subtotal** | | $ 2,270.39 |
| | | | Adj. Hrs. > 40 | | | | | | | | **Less OT paid** | | $ 1,594.72 |
| | | | | | | | | | | | **with liquidated** | | $ 3,189.45 |

EXHIBIT

**13**

| | |
|---|---|
| **From:** | Diane Vasecka [diane_berkeandlubell@yahoo.com] |
| **Sent:** | Thursday, September 16, 2010 12:11 PM |
| **To:** | DiBianca, Margaret |
| **Cc:** | Bill Berke; Patrick Javier |
| **Subject:** | Cablenet |

**Attachments:** COURT INTERROG Cope.doc; COURT INTERROG HARTLEB.doc; COURT INTERROG martinez.doc; COURT INTERROG michael davis.doc; Court Interrogs Bachman.doc; Court Interrogs Barthelmess.doc; Court Interrogs Brotheim.doc; Court Interrogs Calderone.doc; Court Interrogs D Rivera.doc; Court Interrogs Erwin Rojas.doc; Court Interrogs Harbin.doc; Court Interrogs Kelly.doc; Court Interrogs Mauriz.doc; Court Interrogs Meshell.doc; Court Interrogs Plevin.doc; Court Interrogs Shea.doc; Court Interrogs Weissinger.doc; DEMAND AMENDED.xls

Dear Ms. DiBianca,

As you know the Motion to Amend Complaint was filed on September 15, 2010 in this action to add individual claims pursuant to Section 24, Article X of the Florida Constitution.  Our clients are in the process of notarizing their amended interrogatories.

In anticipation of the Mediation we are attaching the Amended Interrogatories along with a spreadsheet for your review.

Very truly yours,

Bill B. Berke


Sent by:
Diane Vasecka
Paralegal to Bill B. Berke
Berke & Lubell, P.A.
1003 Del Prado Boulevard, Suite 300
Cape Coral, Florida 33990
Telephone (239) 549-6689 Ext 22
Fax (239) 549-3331


This electronic mail transmission may constitute a privileged attorney-client communication or privileged attorney work product. Any dissemination, copying or use of this e-mail by or to anyone other than the designated and intended recipient is unauthorized and shall not be deemed a waiver of any privilege. If you have received this e-mail in error, please delete it from your system and notify the sender immediately. Thank you!

## COURT'S INTERROGATORIES TO PLAINTIFF, JOSHUA BROTHEIM

1.  During what period of time were you employed by the Defendant?
    **January 17, 2009 – November 14, 2009**

2.  Who was your immediate supervisor?
    **Howard Siebert**

3.  Did you have a regularly scheduled work period? If so, specify.
    **Monday through Saturday, mandatory 6 days. Start time by 7:00 AM until no specific end time, usually around 9:00 PM.**

4.  What was your title of position? Briefly describe your job duties.
    **Installer technician/technician trainer. Install cable lines to residence, inside residence, and all equipment requested per customer. Attic crawls, trailer crawls to run cable. Read gages for specific levels. Also, train technicians for on job duties as described for installer technician.**

5.  What was your regular rate of pay?
    **As technician, rate varied per job. As trainer, rate $25.00 per hour.**

6.  What is the nature of your claim (check all that apply)?
    __**X**__  Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time),
    _____  Misclassification (Defendant mistakenly classified you as exempt from overtime);
    __**X**__  Miscalculation (Defendant failed to correctly calculate your compensation);
    __**X**__  Other (Please describe):  **failed to compensate for fuel costs paid by me in company vehicle.**

7.  Provide an accounting of your claim, including:
    a.  Dates
        **January 17, 2009 – November 14, 2009**

    b.  Regular hours worked
        **Monday through Saturday 7:00 AM until 9:00 PM on average, sometimes later.**

    c.  Over-time hours worked
        **Average 10-20 hours per week**

    d.  Pay received versus pay claimed
        **Did not receive overtime time for all hours worked over 40**

    e.  Total amount claimed
        **FLSA Calculated Overtime hours 367 @ $9.69 OT Rate = $3,556.23**

**Florida Minimum Wage**

**January 1, 2009 through July 23, 2009**
**375 hours @ $7.21 = $2,703.75**

**July 24, 2009 through September 2009**
**240 hours @ $7.25 = $1,740.00**
**For Florida minimum wages $4,443.75**

**Total claim $7,999.98 plus liquidated damages, attorneys' fees and costs.**

8.  If you have brought this case as a collective action:
    a.  Describe the class of employees you seek to include in this action.
        **Similarly situated**

    b.  Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?
        **Unknown**

9.  Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.
    **Unknown**

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?
    **Around May 2009 I told Jim about my complaints of unpaid overtime and fuel costs.**

11. Was this complaint written or oral? (If a written complaint, please attach a copy).
    **Oral.**

12. What was your employer's response? (If a written response, please attach a copy).
    **Jim replied, "If we turned in all real hours worked, our corporate office would complain".**

**EXHIBIT 14**

## DiBianca, Margaret

**From:**    Juanita Rentas [juanitar_berkeandlubell@yahoo.com]
**Sent:**    Friday, January 14, 2011 4:06 PM
**To:**    DiBianca, Margaret
**Subject:** Re: Alternatively, ...

Please be advised that the following Mathew  Deverteuil seeks 10 hours per week and Cesar
Romero seeks 6 hours per week in unpaid overtime.

Juanita Rentas
Paralegal to Bill B. Berke
Berke & Lubell, P.A.
1003 Del Prado Boulevard, Suite 300
Cape Coral, Florida 33990
Telephone (239) 549-6689
Fax (239) 549-3331

This electronic mail transmission may constitute a privileged attorney-client communication or
privileged attorney work product. Any dissemination, copying or use of this e-mail by or to
anyone other than the designated and intended recipient is unauthorized and shall not be deemed
a waiver of any privilege. If you have received this e-mail in error, please delete it from your
system and notify the sender immediately. Thank you!

| From: | Diane Vasecka [diane_berkeandlubell@yahoo.com] |
|---|---|
| Sent: | Thursday, September 16, 2010 12:11 PM |
| To: | DiBianca, Margaret |
| Cc: | Bill Berke; Patrick Javier |
| Subject: | Cablenet |
| Attachments: | COURT INTERROG Cope.doc; COURT INTERROG HARTLEB.doc; COURT INTERROG martinez.doc; COURT INTERROG michael davis.doc; Court Interrogs Bachman.doc; Court Interrogs Barthelmess.doc; Court Interrogs Brotheim.doc; Court Interrogs Calderone.doc; Court Interrogs D Rivera.doc; Court Interrogs Erwin Rojas.doc; Court Interrogs Harbin.doc; Court Interrogs Kelly.doc; Court Interrogs Mauriz.doc; Court Interrogs Meshell.doc; Court Interrogs Plevin.doc; Court Interrogs Shea.doc; Court Interrogs Weissinger.doc; DEMAND AMENDED.xls |

Dear Ms. DiBianca,

As you know the Motion to Amend Complaint was filed on September 15, 2010 in this action to add individual claims pursuant to Section 24, Article X of the Florida Constitution.  Our clients are in the process of notarizing their amended interrogatories.

In anticipation of the Mediation we are attaching the Amended Interrogatories along with a spreadsheet for your review.

Very truly yours,

Bill B. Berke


Sent by:
Diane Vasecka
Paralegal to Bill B. Berke
Berke & Lubell, P.A.
1003 Del Prado Boulevard, Suite 300
Cape Coral, Florida 33990
Telephone (239) 549-6689 Ext 22
Fax (239) 549-3331


This electronic mail transmission may constitute a privileged attorney-client communication or privileged attorney work product. Any dissemination, copying or use of this e-mail by or to anyone other than the designated and intended recipient is unauthorized and shall not be deemed a waiver of any privilege. If you have received this e-mail in error, please delete it from your system and notify the sender immediately. Thank you!

1/26/2011

### <u>AMENDED COURT'S INTERROGATORIES FOR PLAINTIFF, CHRIS MESHELL</u>

1. During what period of time were you employed by the Defendant?
   **February 7, 2009 through June 12, 2010**

2. Who was your immediate supervisor?
   **Vito Zizzamia, Howard Siebert, and Jim Begren**

3. Did you have a regularly scheduled work period? If so, specify.
   **7:30 a.m. – 6:30 p.m. Monday through Saturday**

4. What was your title of position? Briefly describe your job duties.
   **Cable technician – install and service Comcast services**

5. What was your regular rate of pay?
   **Rate varied**

6. What is the nature of your claim (check all that apply)?
   __**X**__ Off the clock work (Defendant failed to record, or prohibited you from recording, all
   of your working time),
   _____ Misclassification (Defendant mistakenly classified you as exempt from overtime);
   __**X**__ Miscalculation (Defendant failed to correctly calculate your compensation);
   _____ Other (Please describe): _____
   _____

7. Provide an accounting of your claim, including:
   a. Dates
      **February 7, 2009 through June 12, 2010**

   b. Regular hours worked
      **40 hours per week**

   c. Over-time hours worked
      **26 hours per week**

   d. Pay received versus pay claimed
      **Was not paid for all time worked; timecards were changed**

   e. Total amount claimed
      **FLSA Calculated 489 overtime hours @ $13.80 OT Rate = $6,748.20**

      **Florida Minimum Wage**
      **January 1, 2009 through July 23, 2009**
      **528 hours @ $7.21 = $3,806.88**

      **July 24, 2009 through September 2009**

**990 hours @ $7.25 = $7,177.50**
**For Florida minimum wages $11094.75**

**Total claim $17,732.58 plus liquidated damages, attorney's fees and costs**

8.  If you have brought this case as a collective action:
    a.  Describe the class of employees you seek to include in this action.
        **Similarly situated**
    b.  Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?
        **Unknown**

9.  Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.
    **Unknown**

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?
    **Complained to Jim Begren about whiteout on timesheets**
    **Complained to Dave Castanza, Human Resources, about no overtime**

11. Was this complaint written or oral? (If a written complaint, please attach a copy).
    **Both - Oral**

12. What was your employer's response? (If a written response, please attach a copy).
    **Dave Castanza, Human Resources, told me that I make too much money and not to worry about overtime**

**EXHIBIT**

**16**

| | |
|---|---|
| **From:** | Diane Vasecka [diane_berkeandlubell@yahoo.com] |
| **Sent:** | Thursday, September 16, 2010 12:11 PM |
| **To:** | DiBianca, Margaret |
| **Cc:** | Bill Berke; Patrick Javier |
| **Subject:** | Cablenet |
| **Attachments:** | COURT INTERROG Cope.doc; COURT INTERROG HARTLEB.doc; COURT INTERROG martinez.doc; COURT INTERROG michael davis.doc; Court Interrogs Bachman.doc; Court Interrogs Barthelmess.doc; Court Interrogs Brotheim.doc; Court Interrogs Calderone.doc; Court Interrogs D Rivera.doc; Court Interrogs Erwin Rojas.doc; Court Interrogs Harbin.doc; Court Interrogs Kelly.doc; Court Interrogs Mauriz.doc; Court Interrogs Meshell.doc; Court Interrogs Plevin.doc; Court Interrogs Shea.doc; Court Interrogs Weissinger.doc; DEMAND AMENDED.xls |

Dear Ms. DiBianca,

As you know the Motion to Amend Complaint was filed on September 15, 2010 in this action to add individual claims pursuant to Section 24, Article X of the Florida Constitution.  Our clients are in the process of notarizing their amended interrogatories.

In anticipation of the Mediation we are attaching the Amended Interrogatories along with a spreadsheet for your review.

Very truly yours,

Bill B. Berke


Sent by:
Diane Vasecka
Paralegal to Bill B. Berke
Berke & Lubell, P.A.
1003 Del Prado Boulevard, Suite 300
Cape Coral, Florida 33990
Telephone (239) 549-6689 Ext 22
Fax (239) 549-3331


This electronic mail transmission may constitute a privileged attorney-client communication or privileged attorney work product. Any dissemination, copying or use of this e-mail by or to anyone other than the designated and intended recipient is unauthorized and shall not be deemed a waiver of any privilege. If you have received this e-mail in error, please delete it from your system and notify the sender immediately. Thank you!

<u>**AMENDED COURT'S INTERROGATORIES TO PLAINTIFF, JEFF PLEVIN**</u>

1. During what period of time were you employed by the Defendant?
   **December 12, 2009 through May 8, 2010**

2. Who was your immediate supervisor?
   **Howard Siebert, Jim, and Phil**

3. Did you have a regularly scheduled work period? If so, specify.
   **Monday through Friday**

4. What was your title of position? Briefly describe your job duties.
   **Install cable, phone and internet.**

5. What was your regular rate of pay?
   **Rate varied per job.**

6. What is the nature of your claim (check all that apply)?
   __**X**__ Off the clock work (Defendant failed to record, or prohibited you from recording, all
   of your working time),
   _____ Misclassification (Defendant mistakenly classified you as exempt from overtime);
   __**X**__ Miscalculation (Defendant failed to correctly calculate your compensation);
   __**X**__ Other (Please describe): __**paid less than minimum wage, promised overtime, was**__
   __**forced to work when not being paid.**__

7. Provide an accounting of your claim, including:
   a. Dates
   **December 12, 2009 through May 8, 2010**

   b. Regular hours worked
   **Monday through Friday 7:30 AM until 6:00 PM sometimes 9:00 PM**

   c. Over-time hours worked
   **Average of 20-30 overtime hours per week**

   d. Pay received versus pay claimed
   **Overtime, if calculated, was not correct.**

   e. Total amount claimed
   **FLSA Calculated Overtime hours 284.50 @ $6.46 OT Rate = $1,837.87**

   **Florida Minimum Wage**
   **December 12, 2009 through May 8, 2010**
   **360 hours @ $7.25 = $2,610.00**

   **Total claim $4,447.87 plus liquidated damages, attorney fees and costs.**

8.  If you have brought this case as a collective action:
    a.  Describe the class of employees you seek to include in this action.
        **Similarly situated**

    b.  Has an opt-in notice been filed for every potential opt-in Plaintiff who has
        identified himself or herself as a person who wishes to join this action?
        **Unknown**

9.  Please specify all attorney's fees and costs incurred to date. With respect to attorney's
    fees, please provide the hourly rate(s) sought and the number of hours expended by each
    person who has billed time to this case.

    **Unknown**

10. When did you (or your attorney) first complain to your employer about alleged violations
    of the FLSA?

11. Was this complaint written or oral? (If a written complaint, please attach a copy).

12. What was your employer's response? (If a written response, please attach a copy).

_____

Jeff Plevin

STATE OF FLORIDA
COUNTY OF_____

       BEFORE ME, the undersigned authority, on this day, personally appeared who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and ballet, the same are true and correct.

       SWORN TO AND SUBSCRIBED before me on this _____ day of _____, 2010.

                  NOTARY PUBLIC

                 _____

Notary Stamp            Signature of Person Taking Acknowledgment
                     Print Name:
                     Title: Notary Public
                     Serial No. (it any):
                     Commission Expires:

EXHIBIT

17

# SETTLEMENT AGREEMENT AND RELEASE

THIS SETTLEMENT AGREEMENT ("Agreement") is entered into as of the 1st day of July_____, 2011, by and between Frank Hartleb ("Plaintiff"), and Cablenet Services Unlimited, Inc., and Cablenet Services Unlimited (Florida), LLC (collectively, "Defendants") (Plaintiff and Defendants, collectively, the "Parties").

## BACKGROUND

**WHEREAS,** this Agreement is intended by the Parties to be a full and final resolution, compromise, and settlement of any and all legal and equitable issues, disputes, actions or causes of action, between them arising directly or indirectly from the matter set forth in *Bachman v. Cablenet Services Unlimited, Inc., et al.*, No. 2:10-cv-67-FtM-36 DNF, pending in the U.S. District Court for the Middle District of Florida, Ft. Meyers Division (the "Litigation"); and

**WHEREAS,** it is the mutual desire of the Parties to fully and finally resolve any and all disputes between them with regard to the Litigation.

**NOW, THEREFORE,** in consideration of the above-stated premises, the mutual covenants and promises contained herein, and other valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the Parties agree as follows:

1.    **Dismissal of the Litigation.** The Parties agree and stipulate that the Litigation shall be dismissed with prejudice as the terms of this Agreement fully and completely resolves all matters between them, including those alleged in the Litigation.

2.    **Payment.** For and in consideration of the promises made by Plaintiff in this Agreement, Defendants agree to pay to Plaintiff the total consideration of Five Thousand Dollars and Zero Cents ($5,000.00), less withholdings and deductions (the "Payment"). The Payment shall be tendered within fourteen (14) business days from the date of a Court Order dismissing the Litigation with prejudice and shall be made in the form of a regular payroll check made payable to Plaintiff and delivered to Plaintiff's Counsel, Bill Berke, Esq., Berke & Lubell, P.A., 1003 Del Prado Blvd., Suite 300, Cape Coral, FL 33990. Once the Payment has been made, Defendants shall have no responsibility for, nor shall they be liable to any person regarding the Payments. The Parties acknowledge that Defendants are under no duty or obligation to make the Payment and do so solely as consideration for Plaintiff's agreements and promises as set forth in this Agreement.

3.    **No Admission of Wrongdoing.** The Parties agree and acknowledge that this Agreement is the compromise of a disputed claim and does not constitute an admission by either Party of any violation of any federal, state, or local law, or any violation of any Party's rights or of any duty owed by one Party to the other. The Parties agree that Plaintiff would not be entitled to the Payments but for this Agreement and the promises contained herein. The Parties further do not admit or acknowledge any liability, nor do they admit or acknowledge any condition of law or fact, or the truthfulness of any claim or factual allegation made in connection with the subject matter of the Litigation and the claims made therein.

4.     **Non-Disparagement.**  Subject to Plaintiff's obligation to provide truthful and accurate information in legal proceedings, Plaintiff agrees not to make any disparaging remarks, whether written, verbal, or electronic, about Defendants or any of its directors, officers, or employees, or otherwise take any action that reasonably could be anticipated to cause damage to the reputation, goodwill, or business of Defendants or any of the Releasees, as defined herein, whether Plaintiff believes such remarks to be true or whether they are, in fact, true.  Further, Plaintiff agrees not to reference Defendants (directly or indirectly) in any chat room, blog, social-networking site, or website posting, regardless of whether such reference could be considered to be disparaging.  Defendants agree to not make disparaging remarks, whether written, verbal, or electronic, about Plaintiff.

5.     **Mutual Release.**  Subject to the terms of this Agreement, and in consideration of the Payments and mutual promises set forth herein and other valuable consideration, the Parties, on behalf of themselves, their successors, executors, administrators, parents, subsidiaries, affiliates, shareholders, officers, directors, agents, attorneys, assigns, heirs, and representatives, hereby fully RELEASE and FOREVER DISCHARGE each other, their heirs, agents, attorneys, administrators, employees, parents, subsidiaries, affiliated, directors, shareholders, officers, executors, assigns, successors, and/or representatives from any and all rights, remedies, claims, actions, promises, causes of action, suits, attorney's fees, and/or demands, of any kind or description, accrued or contingent, liquidated or un-liquidated, known or unknown, foreseen or unforeseen, in law or in equity, which the Parties have or may have for or on behalf of itself or for its successors, executors, administrators, subsidiaries, parents, shareholders, directors, officers, agents, attorneys, employees, assigns, heirs and representatives against the other Parties, their administrators, agents, employees, attorneys, officers, directors, shareholders, affiliates, subsidiaries, assigns, successors and/or representatives (collectively, "Releasees"), arising out of, relating to, connected with, and/or reflected in the Litigation, and/or the claims asserted in the Litigation and/or any conduct or events arising or relating directly or indirectly from or to the same (collectively, the "Released Subject Matter"), from the beginning of time until the date of this Agreement, or which any of the Parties may now or hereafter have against the Released Parties (including the related persons and entities set forth above), or any of them, by reason of any matter, act, omission, cause, or event, whichever has occurred or which has been done, relating to, arising under, connected with, or reflected in the Released Subject Matter, up to the date of this Agreement; provided, however, this release shall not apply to any breach of this Agreement.

6.     **Integration.**  This Agreement supersedes any and all prior agreements and understandings between Plaintiff and Defendants. No cancellation, modification, amendment, deletion, addition, or other changes to this Agreement or any provision or right provided herein shall be effective for any purpose unless specifically set forth in a subsequent written agreement signed by both Parties.

7.     **Divisibility.**  In the event that any portion of this Agreement is declared or determined by any court of competent jurisdiction to be invalid or illegal, the validity of the remaining parts, terms, and provisions shall not be affected and shall continue to bind the Parties.

8.     **Choice of Law.**  This Agreement shall be construed in accordance with the laws of the State of Florida.

9. **Acknowledgment.** Each of the Parties acknowledge that it has read the terms of this Agreement and have had the opportunity to discuss the Agreement with legal counsel. The Parties further acknowledge that each is executing this Agreement voluntarily and freely for the purposes intended. Because all Parties were represented by legal counsel in the preparation and submission of this Agreement, the Parties agree that this Agreement shall be construed as if jointly prepared so that any uncertainty or ambiguity shall not be interpreted against any Party or in favor of another.

_____        _____
DATE                           Frank Hartleb

_____        _____
DATE                           CABLENET SERVICES UNLIMITED, INC. and
                               CABLENET SERVICES UNLIMITED (FLORIDA),
                               LLC

          By:    John Pergolini, President

## SETTLEMENT AGREEMENT AND RELEASE

THIS SETTLEMENT AGREEMENT ("Agreement") is entered into as of the 21st day of June, 2011, by and between Brett Bachman ("Plaintiff"), and Cablenet Services Unlimited, Inc., and Cablenet Services Unlimited (Florida), LLC (collectively, "Defendants") (Plaintiff and Defendants, collectively, the "Parties").

## BACKGROUND

**WHEREAS,** this Agreement is intended by the Parties to be a full and final resolution, compromise, and settlement of any and all legal and equitable issues, disputes, actions or causes of action, between them arising directly or indirectly from the matter set forth in *Bachman v. Cablenet Services Unlimited, Inc., et al.*, No. 2:10-cv-67-FtM-36 DNF, pending in the U.S. District Court for the Middle District of Florida, Ft. Meyers Division (the "Litigation"); and

**WHEREAS,** it is the mutual desire of the Parties to fully and finally resolve any and all disputes between them with regard to the Litigation.

**NOW, THEREFORE,** in consideration of the above-stated premises, the mutual covenants and promises contained herein, and other valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the Parties agree as follows:

1.    **Dismissal of the Litigation.** The Parties agree and stipulate that the Litigation shall be dismissed with prejudice as the terms of this Agreement fully and completely resolves all matters between them, including those alleged in the Litigation.

2.    **Payment.** For and in consideration of the promises made by Plaintiff in this Agreement, Defendants agree to pay to Plaintiff the total consideration of Five Thousand Five Hundred Dollars and Zero Cents ($5,500.00), less withholdings and deductions (the "Payment"). The Payment shall be tendered within fourteen (14) business days from the date of a Court Order dismissing the Litigation with prejudice and shall be made in the form of a regular payroll check made payable to Plaintiff and delivered to Plaintiff's Counsel, Bill Berke, Esq., Berke & Lubell, P.A., 1003 Del Prado Blvd., Suite 300, Cape Coral, FL 33990. Once the Payment has been made, Defendants shall have no responsibility for, nor shall they be liable to any person regarding the Payments. The Parties acknowledge that Defendants are under no duty or obligation to make the Payment and do so solely as consideration for Plaintiff's agreements and promises as set forth in this Agreement.

3.    **No Admission of Wrongdoing.** The Parties agree and acknowledge that this Agreement is the compromise of a disputed claim and does not constitute an admission by either Party of any violation of any federal, state, or local law, or any violation of any Party's rights or of any duty owed by one Party to the other. The Parties agree that Plaintiff would not be entitled to the Payments but for this Agreement and the promises contained herein. The Parties further do not admit or acknowledge any liability, nor do they admit or acknowledge any condition of law or fact, or the truthfulness of any claim or factual allegation made in connection with the subject matter of the Litigation and the claims made therein.

4.    **Non-Disparagement.**  Subject to Plaintiff's obligation to provide truthful and accurate information in legal proceedings, Plaintiff agrees not to make any disparaging remarks, whether written, verbal, or electronic, about Defendants or any of its directors, officers, or employees, or otherwise take any action that reasonably could be anticipated to cause damage to the reputation, goodwill, or business of Defendants or any of the Releasees, as defined herein, whether Plaintiff believes such remarks to be true or whether they are, in fact, true.  Further, Plaintiff agrees not to reference Defendants (directly or indirectly) in any chat room, blog, social-networking site, or website posting, regardless of whether such reference could be considered to be disparaging.  Defendants agree to not make disparaging remarks, whether written, verbal, or electronic, about Plaintiff.

5.    **Mutual Release.**  Subject to the terms of this Agreement, and in consideration of the Payments and mutual promises set forth herein and other valuable consideration, the Parties, on behalf of themselves, their successors, executors, administrators, parents, subsidiaries, affiliates, shareholders, officers, directors, agents, attorneys, assigns, heirs, and representatives, hereby fully RELEASE and FOREVER DISCHARGE each other, their heirs, agents, attorneys, administrators, employees, parents, subsidiaries, affiliated, directors, shareholders, officers, executors, assigns, successors, and/or representatives from any and all rights, remedies, claims, actions, promises, causes of action, suits, attorney's fees, and/or demands, of any kind or description, accrued or contingent, liquidated or un-liquidated, known or unknown, foreseen or unforeseen, in law or in equity, which the Parties have or may have for or on behalf of itself or for its successors, executors, administrators, subsidiaries, parents, shareholders, directors, officers, agents, attorneys, employees, assigns, heirs and representatives against the other Parties, their administrators, agents, employees, attorneys, officers, directors, shareholders, affiliates, subsidiaries, assigns, successors and/or representatives (collectively, "Releasees"), arising out of, relating to, connected with, and/or reflected in the Litigation, and/or the claims asserted in the Litigation and/or any conduct or events arising or relating directly or indirectly from or to the same (collectively, the "Released Subject Matter"), from the beginning of time until the date of this Agreement, or which any of the Parties may now or hereafter have against the Released Parties (including the related persons and entities set forth above), or any of them, by reason of any matter, act, omission, cause, or event, whichever has occurred or which has been done, relating to, arising under, connected with, or reflected in the Released Subject Matter, up to the date of this Agreement; provided, however, this release shall not apply to any breach of this Agreement.

6.    **Integration.**  This Agreement supersedes any and all prior agreements and understandings between Plaintiff and Defendants. No cancellation, modification, amendment, deletion, addition, or other changes to this Agreement or any provision or right provided herein shall be effective for any purpose unless specifically set forth in a subsequent written agreement signed by both Parties.

7.    **Divisibility.**  In the event that any portion of this Agreement is declared or determined by any court of competent jurisdiction to be invalid or illegal, the validity of the remaining parts, terms, and provisions shall not be affected and shall continue to bind the Parties.

8.    **Choice of Law.**  This Agreement shall be construed in accordance with the laws of the State of Florida.

9.    **Acknowledgment.** Each of the Parties acknowledge that it has read the terms of this Agreement and have had the opportunity to discuss the Agreement with legal counsel. The Parties further acknowledge that each is executing this Agreement voluntarily and freely for the purposes intended. Because all Parties were represented by legal counsel in the preparation and submission of this Agreement, the Parties agree that this Agreement shall be construed as if jointly prepared so that any uncertainty or ambiguity shall not be interpreted against any Party or in favor of another.

6/21/2011
DATE

Brett Bachman

7/12/11
DATE

CABLENET SERVICES UNLIMITED, INC. and
CABLENET SERVICES UNLIMITED (FLORIDA),
LLC

By:    John Pergolini, President

## SETTLEMENT AGREEMENT AND RELEASE

THIS SETTLEMENT AGREEMENT ("Agreement") is entered into as of the 23rd day of June, 2011, by and between Michael Davis ("Plaintiff"), and Cablenet Services Unlimited, Inc., and Cablenet Services Unlimited (Florida), LLC (collectively, "Defendants") (Plaintiff and Defendants, collectively, the "Parties").

## BACKGROUND

**WHEREAS,** this Agreement is intended by the Parties to be a full and final resolution, compromise, and settlement of any and all legal and equitable issues, disputes, actions or causes of action, between them arising directly or indirectly from the matter set forth in *Bachman v. Cablenet Services Unlimited, Inc., et al.*, No. 2:10-cv-67-FtM-36 DNF, pending in the U.S. District Court for the Middle District of Florida, Ft. Meyers Division (the "Litigation"); and

**WHEREAS,** it is the mutual desire of the Parties to fully and finally resolve any and all disputes between them with regard to the Litigation.

**NOW, THEREFORE,** in consideration of the above-stated premises, the mutual covenants and promises contained herein, and other valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the Parties agree as follows:

1. **Dismissal of the Litigation.** The Parties agree and stipulate that the Litigation shall be dismissed with prejudice as the terms of this Agreement fully and completely resolves all matters between them, including those alleged in the Litigation.

2. **Payment.** For and in consideration of the promises made by Plaintiff in this Agreement, Defendants agree to pay to Plaintiff the total consideration of Four Thousand Five Hundred Dollars and Zero Cents ($4,500.00), less withholdings and deductions (the "Payment"). The Payment shall be tendered within fourteen (14) business days from the date of a Court Order dismissing the Litigation with prejudice and shall be made in the form of a regular payroll check made payable to Plaintiff and delivered to Plaintiff's Counsel, Bill Berke, Esq., Berke & Lubell, P.A., 1003 Del Prado Blvd., Suite 300, Cape Coral, FL 33990. Once the Payment has been made, Defendants shall have no responsibility for, nor shall they be liable to any person regarding the Payments. The Parties acknowledge that Defendants are under no duty or obligation to make the Payment and do so solely as consideration for Plaintiff's agreements and promises as set forth in this Agreement.

3. **No Admission of Wrongdoing.** The Parties agree and acknowledge that this Agreement is the compromise of a disputed claim and does not constitute an admission by either Party of any violation of any federal, state, or local law, or any violation of any Party's rights or of any duty owed by one Party to the other. The Parties agree that Plaintiff would not be entitled to the Payments but for this Agreement and the promises contained herein. The Parties further do not admit or acknowledge any liability, nor do they admit or acknowledge any condition of law or fact, or the truthfulness of any claim or factual allegation made in connection with the subject matter of the Litigation and the claims made therein.

4.    **Non-Disparagement.**  Subject to Plaintiff's obligation to provide truthful and accurate information in legal proceedings, Plaintiff agrees not to make any disparaging remarks, whether written, verbal, or electronic, about Defendants or any of its directors, officers, or employees, or otherwise take any action that reasonably could be anticipated to cause damage to the reputation, goodwill, or business of Defendants or any of the Releasees, as defined herein, whether Plaintiff believes such remarks to be true or whether they are, in fact, true.  Further, Plaintiff agrees not to reference Defendants (directly or indirectly) in any chat room, blog, social-networking site, or website posting, regardless of whether such reference could be considered to be disparaging.  Defendants agree to not make disparaging remarks, whether written, verbal, or electronic, about Plaintiff.

5.    **Mutual Release.**  Subject to the terms of this Agreement, and in consideration of the Payments and mutual promises set forth herein and other valuable consideration, the Parties, on behalf of themselves, their successors, executors, administrators, parents, subsidiaries, affiliates, shareholders, officers, directors, agents, attorneys, assigns, heirs, and representatives, hereby fully RELEASE and FOREVER DISCHARGE each other, their heirs, agents, attorneys, administrators, employees, parents, subsidiaries, affiliated, directors, shareholders, officers, executors, assigns, successors, and/or representatives from any and all rights, remedies, claims, actions, promises, causes of action, suits, attorney's fees, and/or demands, of any kind or description, accrued or contingent, liquidated or un-liquidated, known or unknown, foreseen or unforeseen, in law or in equity, which the Parties have or may have for or on behalf of itself or for its successors, executors, administrators, subsidiaries, parents, shareholders, directors, officers, agents, attorneys, employees, assigns, heirs and representatives against the other Parties, their administrators, agents, employees, attorneys, officers, directors, shareholders, affiliates, subsidiaries, assigns, successors and/or representatives (collectively, "Releasees"), arising out of, relating to, connected with, and/or reflected in the Litigation, and/or the claims asserted in the Litigation and/or any conduct or events arising or relating directly or indirectly from or to the same (collectively, the "Released Subject Matter"), from the beginning of time until the date of this Agreement, or which any of the Parties may now or hereafter have against the Released Parties (including the related persons and entities set forth above), or any of them, by reason of any matter, act, omission, cause, or event, whichever has occurred or which has been done, relating to, arising under, connected with, or reflected in the Released Subject Matter, up to the date of this Agreement; provided, however, this release shall not apply to any breach of this Agreement.

6.    **Integration.**  This Agreement supersedes any and all prior agreements and understandings between Plaintiff and Defendants. No cancellation, modification, amendment, deletion, addition, or other changes to this Agreement or any provision or right provided herein shall be effective for any purpose unless specifically set forth in a subsequent written agreement signed by both Parties.

7.    **Divisibility.**  In the event that any portion of this Agreement is declared or determined by any court of competent jurisdiction to be invalid or illegal, the validity of the remaining parts, terms, and provisions shall not be affected and shall continue to bind the Parties.

8.    **Choice of Law.**  This Agreement shall be construed in accordance with the laws of the State of Florida.

9.      **Acknowledgment.**  Each of the Parties acknowledge that it has read the terms of this Agreement and have had the opportunity to discuss the Agreement with legal counsel.  The Parties further acknowledge that each is executing this Agreement voluntarily and freely for the purposes intended.  Because all Parties were represented by legal counsel in the preparation and submission of this Agreement, the Parties agree that this Agreement shall be construed as if jointly prepared so that any uncertainty or ambiguity shall not be interpreted against any Party or in favor of another.

_6/23/10 11_____    _____
DATE                    Michael Davis

_7-12-11_____    _____
DATE                    CABLENET SERVICES UNLIMITED, INC. and
                        CABLENET SERVICES UNLIMITED (FLORIDA),
                        LLC

           By:    John Pergolini, President

## SETTLEMENT AGREEMENT AND RELEASE

THIS SETTLEMENT AGREEMENT ("Agreement") is entered into as of the __31st__ day of __May__, 2011, by and between Angel Feliz ("Plaintiff"), and Cablenet Services Unlimited, Inc., and Cablenet Services Unlimited (Florida), LLC (collectively, "Defendants") (Plaintiff and Defendants, collectively, the "Parties").

## BACKGROUND

**WHEREAS,** this Agreement is intended by the Parties to be a full and final resolution, compromise, and settlement of any and all legal and equitable issues, disputes, actions or causes of action, between them arising directly or indirectly from the matter set forth in *Bachman v. Cablenet Services Unlimited, Inc., et al.*, No. 2:10-cv-67-FtM-36 DNF, pending in the U.S. District Court for the Middle District of Florida, Ft. Meyers Division (the "Litigation"); and

**WHEREAS,** it is the mutual desire of the Parties to fully and finally resolve any and all disputes between them with regard to the Litigation.

**NOW, THEREFORE,** in consideration of the above-stated premises, the mutual covenants and promises contained herein, and other valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the Parties agree as follows:

1.  **Dismissal of the Litigation.**  The Parties agree and stipulate that the Litigation shall be dismissed with prejudice as the terms of this Agreement fully and completely resolves all matters between them, including those alleged in the Litigation.

2.  **Payment.**  For and in consideration of the promises made by Plaintiff in this Agreement, Defendants agree to pay to Plaintiff the total consideration of Five Hundred Nineteen Dollars and Eighty-Four Cents ($519.84), less withholdings and deductions (the "Payment").  The Payment shall be tendered within fourteen (14) business days from the date of a Court Order dismissing the Litigation with prejudice and shall be made in the form of a regular payroll check made payable to Plaintiff and delivered to Plaintiff's Counsel, Bill Berke, Esq., Berke & Lubell, P.A., 1003 Del Prado Blvd., Suite 300, Cape Coral, FL 33990.  Once the Payment has been made, Defendants shall have no responsibility for, nor shall they be liable to any person regarding the Payments.  The Parties acknowledge that Defendants are under no duty or obligation to make the Payment and do so solely as consideration for Plaintiff's agreements and promises as set forth in this Agreement.

3.  **No Admission of Wrongdoing.**  The Parties agree and acknowledge that this Agreement is the compromise of a disputed claim and does not constitute an admission by either Party of any violation of any federal, state, or local law, or any violation of any Party's rights or of any duty owed by one Party to the other.  The Parties agree that Plaintiff would not be entitled to the Payments but for this Agreement and the promises contained herein.  The Parties further do not admit or acknowledge any liability, nor do they admit or acknowledge any condition of law or fact, or the truthfulness of any claim or factual allegation made in connection with the subject matter of the Litigation and the claims made therein.

4.    **Non-Disparagement.**  Subject to Plaintiff's obligation to provide truthful and accurate information in legal proceedings, Plaintiff agrees not to make any disparaging remarks, whether written, verbal, or electronic, about Defendants or any of its directors, officers, or employees, or otherwise take any action that reasonably could be anticipated to cause damage to the reputation, goodwill, or business of Defendants or any of the Releasees, as defined herein, whether Plaintiff believes such remarks to be true or whether they are, in fact, true.  Further, Plaintiff agrees not to reference Defendants (directly or indirectly) in any chat room, blog, social-networking site, or website posting, regardless of whether such reference could be considered to be disparaging.  Defendants agree to not make disparaging remarks, whether written, verbal, or electronic, about Plaintiff.

5.    **Mutual Release.**  Subject to the terms of this Agreement, and in consideration of the Payments and mutual promises set forth herein and other valuable consideration, the Parties, on behalf of themselves, their successors, executors, administrators, parents, subsidiaries, affiliates, shareholders, officers, directors, agents, attorneys, assigns, heirs, and representatives, hereby fully RELEASE and FOREVER DISCHARGE each other, their heirs, agents, attorneys, administrators, employees, parents, subsidiaries, affiliated, directors, shareholders, officers, executors, assigns, successors, and/or representatives from any and all rights, remedies, claims, actions, promises, causes of action, suits, attorney's fees, and/or demands, of any kind or description, accrued or contingent, liquidated or un-liquidated, known or unknown, foreseen or unforeseen, in law or in equity, which the Parties have or may have for or on behalf of itself or for its successors, executors, administrators, subsidiaries, parents, shareholders, directors, officers, agents, attorneys, employees, assigns, heirs and representatives against the other Parties, their administrators, agents, employees, attorneys, officers, directors, shareholders, affiliates, subsidiaries, assigns, successors and/or representatives (collectively, "Releasees"), arising out of, relating to, connected with, and/or reflected in the Litigation, and/or the claims asserted in the Litigation and/or any conduct or events arising or relating directly or indirectly from or to the same (collectively, the "Released Subject Matter"), from the beginning of time until the date of this Agreement, or which any of the Parties may now or hereafter have against the Released Parties (including the related persons and entities set forth above), or any of them, by reason of any matter, act, omission, cause, or event, whichever has occurred or which has been done, relating to, arising under, connected with, or reflected in the Released Subject Matter, up to the date of this Agreement; provided, however, this release shall not apply to any breach of this Agreement.

6.    **Integration.**  This Agreement supersedes any and all prior agreements and understandings between Plaintiff and Defendants. No cancellation, modification, amendment, deletion, addition, or other changes to this Agreement or any provision or right provided herein shall be effective for any purpose unless specifically set forth in a subsequent written agreement signed by both Parties.

7.    **Divisibility.**  In the event that any portion of this Agreement is declared or determined by any court of competent jurisdiction to be invalid or illegal, the validity of the remaining parts, terms, and provisions shall not be affected and shall continue to bind the Parties.

8.    **Choice of Law.**  This Agreement shall be construed in accordance with the laws of the State of Florida.

9.      **Acknowledgment.**  Each of the Parties acknowledge that it has read the terms of this Agreement and have had the opportunity to discuss the Agreement with legal counsel. The Parties further acknowledge that each is executing this Agreement voluntarily and freely for the purposes intended. Because all Parties were represented by legal counsel in the preparation and submission of this Agreement, the Parties agree that this Agreement shall be construed as if jointly prepared so that any uncertainty or ambiguity shall not be interpreted against any Party or in favor of another.

5/31/11
DATE                    Angel Feliz

7-12-11
DATE                    CABLENET SERVICES UNLIMITED, INC. and
                        CABLENET SERVICES UNLIMITED (FLORIDA),
                        LLC

            By:     John Pergolini, President

## SETTLEMENT AGREEMENT AND RELEASE

THIS SETTLEMENT AGREEMENT ("Agreement") is entered into as of the ___20th___ day of ___May___, 2011, by and between Douglas Hardesty ("Plaintiff"), and Cablenet Services Unlimited, Inc., and Cablenet Services Unlimited (Florida), LLC (collectively, "Defendants") (Plaintiff and Defendants, collectively, the "Parties").

## BACKGROUND

**WHEREAS,** this Agreement is intended by the Parties to be a full and final resolution, compromise, and settlement of any and all legal and equitable issues, disputes, actions or causes of action, between them arising directly or indirectly from the matter set forth in *Bachman v. Cablenet Services Unlimited, Inc., et al.*, No. 2:10-cv-67-FtM-36 DNF, pending in the U.S. District Court for the Middle District of Florida, Ft. Meyers Division (the "Litigation"); and

**WHEREAS,** it is the mutual desire of the Parties to fully and finally resolve any and all disputes between them with regard to the Litigation.

**NOW, THEREFORE,** in consideration of the above-stated premises, the mutual covenants and promises contained herein, and other valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the Parties agree as follows:

1. **Dismissal of the Litigation.** The Parties agree and stipulate that the Litigation shall be dismissed with prejudice as the terms of this Agreement fully and completely resolves all matters between them, including those alleged in the Litigation.

2. **Payment.** For and in consideration of the promises made by Plaintiff in this Agreement, Defendants agree to pay to Plaintiff the total consideration of Five Thousand Dollars and Zero Cents ($5,000.00), less withholdings and deductions (the "Payment"). The Payment shall be tendered within fourteen (14) business days from the date of a Court Order dismissing the Litigation with prejudice and shall be made in the form of a regular payroll check made payable to Plaintiff and delivered to Plaintiff's Counsel, Bill Berke, Esq., Berke & Lubell, P.A., 1003 Del Prado Blvd., Suite 300, Cape Coral, FL 33990. Once the Payment has been made, Defendants shall have no responsibility for, nor shall they be liable to any person regarding the Payments. The Parties acknowledge that Defendants are under no duty or obligation to make the Payment and do so solely as consideration for Plaintiff's agreements and promises as set forth in this Agreement.

3. **No Admission of Wrongdoing.** The Parties agree and acknowledge that this Agreement is the compromise of a disputed claim and does not constitute an admission by either Party of any violation of any federal, state, or local law, or any violation of any Party's rights or of any duty owed by one Party to the other. The Parties agree that Plaintiff would not be entitled to the Payments but for this Agreement and the promises contained herein. The Parties further do not admit or acknowledge any liability, nor do they admit or acknowledge any condition of law or fact, or the truthfulness of any claim or factual allegation made in connection with the subject matter of the Litigation and the claims made therein.

4.     **Non-Disparagement.**  Subject to Plaintiff's obligation to provide truthful and accurate information in legal proceedings, Plaintiff agrees not to make any disparaging remarks, whether written, verbal, or electronic, about Defendants or any of its directors, officers, or employees, or otherwise take any action that reasonably could be anticipated to cause damage to the reputation, goodwill, or business of Defendants or any of the Releasees, as defined herein, whether Plaintiff believes such remarks to be true or whether they are, in fact, true.  Further, Plaintiff agrees not to reference Defendants (directly or indirectly) in any chat room, blog, social-networking site, or website posting, regardless of whether such reference could be considered to be disparaging.  Defendants agree to not make disparaging remarks, whether written, verbal, or electronic, about Plaintiff.

5.     **Mutual Release.**  Subject to the terms of this Agreement, and in consideration of the Payments and mutual promises set forth herein and other valuable consideration, the Parties, on behalf of themselves, their successors, executors, administrators, parents, subsidiaries, affiliates, shareholders, officers, directors, agents, attorneys, assigns, heirs, and representatives, hereby fully RELEASE and FOREVER DISCHARGE each other, their heirs, agents, attorneys, administrators, employees, parents, subsidiaries, affiliated, directors, shareholders, officers, executors, assigns, successors, and/or representatives from any and all rights, remedies, claims, actions, promises, causes of action, suits, attorney's fees, and/or demands, of any kind or description, accrued or contingent, liquidated or un-liquidated, known or unknown, foreseen or unforeseen, in law or in equity, which the Parties have or may have for or on behalf of itself or for its successors, executors, administrators, subsidiaries, parents, shareholders, directors, officers, agents, attorneys, employees, assigns, heirs and representatives against the other Parties, their administrators, agents, employees, attorneys, officers, directors, shareholders, affiliates, subsidiaries, assigns, successors and/or representatives (collectively, "Releasees"), arising out of, relating to, connected with, and/or reflected in the Litigation, and/or the claims asserted in the Litigation and/or any conduct or events arising or relating directly or indirectly from or to the same (collectively, the "Released Subject Matter"), from the beginning of time until the date of this Agreement, or which any of the Parties may now or hereafter have against the Released Parties (including the related persons and entities set forth above), or any of them, by reason of any matter, act, omission, cause, or event, whichever has occurred or which has been done, relating to, arising under, connected with, or reflected in the Released Subject Matter, up to the date of this Agreement; provided, however, this release shall not apply to any breach of this Agreement.

6.     **Integration.**  This Agreement supersedes any and all prior agreements and understandings between Plaintiff and Defendants. No cancellation, modification, amendment, deletion, addition, or other changes to this Agreement or any provision or right provided herein shall be effective for any purpose unless specifically set forth in a subsequent written agreement signed by both Parties.

7.     **Divisibility.**  In the event that any portion of this Agreement is declared or determined by any court of competent jurisdiction to be invalid or illegal, the validity of the remaining parts, terms, and provisions shall not be affected and shall continue to bind the Parties.

8.     **Choice of Law.**  This Agreement shall be construed in accordance with the laws of the State of Florida.

9.  **Acknowledgment.**  Each of the Parties acknowledge that it has read the terms of this Agreement and have had the opportunity to discuss the Agreement with legal counsel.  The Parties further acknowledge that each is executing this Agreement voluntarily and freely for the purposes intended.  Because all Parties were represented by legal counsel in the preparation and submission of this Agreement, the Parties agree that this Agreement shall be construed as if jointly prepared so that any uncertainty or ambiguity shall not be interpreted against any Party or in favor of another.

5/20/2011
DATE

Douglas Hardesty

7-12-11
DATE

CABLENET SERVICES UNLIMITED, INC. and
CABLENET SERVICES UNLIMITED (FLORIDA),
LLC

By:      John Pergolini, President

## SETTLEMENT AGREEMENT AND RELEASE

THIS SETTLEMENT AGREEMENT ("Agreement") is entered into as of the ___20___ day of ___May___, 2011, by and between Stephen Shea ("Plaintiff"), and Cablenet Services Unlimited, Inc., and Cablenet Services Unlimited (Florida), LLC (collectively, "Defendants") (Plaintiff and Defendants, collectively, the "Parties").

## BACKGROUND

**WHEREAS,** this Agreement is intended by the Parties to be a full and final resolution, compromise, and settlement of any and all legal and equitable issues, disputes, actions or causes of action, between them arising directly or indirectly from the matter set forth in *Bachman v. Cablenet Services Unlimited, Inc., et al.*, No. 2:10-cv-67-FtM-36 DNF, pending in the U.S. District Court for the Middle District of Florida, Ft. Meyers Division (the "Litigation"); and

**WHEREAS,** it is the mutual desire of the Parties to fully and finally resolve any and all disputes between them with regard to the Litigation.

**NOW, THEREFORE,** in consideration of the above-stated premises, the mutual covenants and promises contained herein, and other valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the Parties agree as follows:

1.    **Dismissal of the Litigation.** The Parties agree and stipulate that the Litigation shall be dismissed with prejudice as the terms of this Agreement fully and completely resolves all matters between them, including those alleged in the Litigation.

2.    **Payment.** For and in consideration of the promises made by Plaintiff in this Agreement, Defendants agree to pay to Plaintiff the total consideration of Eight Hundred Fifty Dollars and Zero Cents ($850.00), less withholdings and deductions (the "Payment"). The Payment shall be tendered within fourteen (14) business days from the date of a Court Order dismissing the Litigation with prejudice and shall be made in the form of a regular payroll check made payable to Plaintiff and delivered to Plaintiff's Counsel, Bill Berke, Esq., Berke & Lubell, P.A., 1003 Del Prado Blvd., Suite 300, Cape Coral, FL 33990. Once the Payment has been made, Defendants shall have no responsibility for, nor shall they be liable to any person regarding the Payments. The Parties acknowledge that Defendants are under no duty or obligation to make the Payment and do so solely as consideration for Plaintiff's agreements and promises as set forth in this Agreement.

3.    **No Admission of Wrongdoing.** The Parties agree and acknowledge that this Agreement is the compromise of a disputed claim and does not constitute an admission by either Party of any violation of any federal, state, or local law, or any violation of any Party's rights or of any duty owed by one Party to the other. The Parties agree that Plaintiff would not be entitled to the Payments but for this Agreement and the promises contained herein. The Parties further do not admit or acknowledge any liability, nor do they admit or acknowledge any condition of law or fact, or the truthfulness of any claim or factual allegation made in connection with the subject matter of the Litigation and the claims made therein.

4.    **Non-Disparagement.**  Subject to Plaintiff's obligation to provide truthful and accurate information in legal proceedings, Plaintiff agrees not to make any disparaging remarks, whether written, verbal, or electronic, about Defendants or any of its directors, officers, or employees, or otherwise take any action that reasonably could be anticipated to cause damage to the reputation, goodwill, or business of Defendants or any of the Releasees, as defined herein, whether Plaintiff believes such remarks to be true or whether they are, in fact, true.  Further, Plaintiff agrees not to reference Defendants (directly or indirectly) in any chat room, blog, social-networking site, or website posting, regardless of whether such reference could be considered to be disparaging.  Defendants agree to not make disparaging remarks, whether written, verbal, or electronic, about Plaintiff.

5.    **Mutual Release.**  Subject to the terms of this Agreement, and in consideration of the Payments and mutual promises set forth herein and other valuable consideration, the Parties, on behalf of themselves, their successors, executors, administrators, parents, subsidiaries, affiliates, shareholders, officers, directors, agents, attorneys, assigns, heirs, and representatives, hereby fully RELEASE and FOREVER DISCHARGE each other, their heirs, agents, attorneys, administrators, employees, parents, subsidiaries, affiliated, directors, shareholders, officers, executors, assigns, successors, and/or representatives from any and all rights, remedies, claims, actions, promises, causes of action, suits, attorney's fees, and/or demands, of any kind or description, accrued or contingent, liquidated or un-liquidated, known or unknown, foreseen or unforeseen, in law or in equity, which the Parties have or may have for or on behalf of itself or for its successors, executors, administrators, subsidiaries, parents, shareholders, directors, officers, agents, attorneys, employees, assigns, heirs and representatives against the other Parties, their administrators, agents, employees, attorneys, officers, directors, shareholders, affiliates, subsidiaries, assigns, successors and/or representatives (collectively, "Releasees"), arising out of, relating to, connected with, and/or reflected in the Litigation, and/or the claims asserted in the Litigation and/or any conduct or events arising or relating directly or indirectly from or to the same (collectively, the "Released Subject Matter"), from the beginning of time until the date of this Agreement, or which any of the Parties may now or hereafter have against the Released Parties (including the related persons and entities set forth above), or any of them, by reason of any matter, act, omission, cause, or event, whichever has occurred or which has been done, relating to, arising under, connected with, or reflected in the Released Subject Matter, up to the date of this Agreement; provided, however, this release shall not apply to any breach of this Agreement.

6.    **Integration.**  This Agreement supersedes any and all prior agreements and understandings between Plaintiff and Defendants. No cancellation, modification, amendment, deletion, addition, or other changes to this Agreement or any provision or right provided herein shall be effective for any purpose unless specifically set forth in a subsequent written agreement signed by both Parties.

7.    **Divisibility.**  In the event that any portion of this Agreement is declared or determined by any court of competent jurisdiction to be invalid or illegal, the validity of the remaining parts, terms, and provisions shall not be affected and shall continue to bind the Parties.

8.    **Choice of Law.**  This Agreement shall be construed in accordance with the laws of the State of Florida.

9.    **Acknowledgment.**  Each of the Parties acknowledge that it has read the terms of this Agreement and have had the opportunity to discuss the Agreement with legal counsel.  The Parties further acknowledge that each is executing this Agreement voluntarily and freely for the purposes intended.  Because all Parties were represented by legal counsel in the preparation and submission of this Agreement, the Parties agree that this Agreement shall be construed as if jointly prepared so that any uncertainty or ambiguity shall not be interpreted against any Party or in favor of another.

5-20-11
DATE                      Stephen Shea

7-12-11
DATE                      CABLENET SERVICES UNLIMITED, INC. and
                          CABLENET SERVICES UNLIMITED (FLORIDA),
                          LLC

              By:         John Pergolini, President

# SETTLEMENT AGREEMENT AND RELEASE

THIS SETTLEMENT AGREEMENT ("Agreement") is entered into as of the ___20___ day of ___May___, 2011, by and between Gustavo Sanchez ("Plaintiff"), and Cablenet Services Unlimited, Inc., and Cablenet Services Unlimited (Florida), LLC (collectively, "Defendants") (Plaintiff and Defendants, collectively, the "Parties").

## BACKGROUND

**WHEREAS,** this Agreement is intended by the Parties to be a full and final resolution, compromise, and settlement of any and all legal and equitable issues, disputes, actions or causes of action, between them arising directly or indirectly from the matter set forth in *Bachman v. Cablenet Services Unlimited, Inc., et al.*, No. 2:10-cv-67-FtM-36 DNF, pending in the U.S. District Court for the Middle District of Florida, Ft. Meyers Division (the "Litigation"); and

**WHEREAS,** it is the mutual desire of the Parties to fully and finally resolve any and all disputes between them with regard to the Litigation.

**NOW, THEREFORE,** in consideration of the above-stated premises, the mutual covenants and promises contained herein, and other valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the Parties agree as follows:

1.   **Dismissal of the Litigation.** The Parties agree and stipulate that the Litigation shall be dismissed with prejudice as the terms of this Agreement fully and completely resolves all matters between them, including those alleged in the Litigation.

2.   **Payment.** For and in consideration of the promises made by Plaintiff in this Agreement, Defendants agree to pay to Plaintiff the total consideration of Eight Hundred Dollars and Zero Cents ($800.00), less withholdings and deductions (the "Payment"). The Payment shall be tendered within fourteen (14) business days from the date of a Court Order dismissing the Litigation with prejudice and shall be made in the form of a regular payroll check made payable to Plaintiff and delivered to Plaintiff's Counsel, Bill Berke, Esq., Berke & Lubell, P.A., 1003 Del Prado Blvd., Suite 300, Cape Coral, FL 33990. Once the Payment has been made, Defendants shall have no responsibility for, nor shall they be liable to any person regarding the Payments. The Parties acknowledge that Defendants are under no duty or obligation to make the Payment and do so solely as consideration for Plaintiff's agreements and promises as set forth in this Agreement.

3.   **No Admission of Wrongdoing.** The Parties agree and acknowledge that this Agreement is the compromise of a disputed claim and does not constitute an admission by either Party of any violation of any federal, state, or local law, or any violation of any Party's rights or of any duty owed by one Party to the other. The Parties agree that Plaintiff would not be entitled to the Payments but for this Agreement and the promises contained herein. The Parties further do not admit or acknowledge any liability, nor do they admit or acknowledge any condition of law or fact, or the truthfulness of any claim or factual allegation made in connection with the subject matter of the Litigation and the claims made therein.

4.     **Non-Disparagement.**  Subject to Plaintiff's obligation to provide truthful and accurate information in legal proceedings, Plaintiff agrees not to make any disparaging remarks, whether written, verbal, or electronic, about Defendants or any of its directors, officers, or employees, or otherwise take any action that reasonably could be anticipated to cause damage to the reputation, goodwill, or business of Defendants or any of the Releasees, as defined herein, whether Plaintiff believes such remarks to be true or whether they are, in fact, true.  Further, Plaintiff agrees not to reference Defendants (directly or indirectly) in any chat room, blog, social-networking site, or website posting, regardless of whether such reference could be considered to be disparaging.  Defendants agree to not make disparaging remarks, whether written, verbal, or electronic, about Plaintiff.

5.     **Mutual Release.**  Subject to the terms of this Agreement, and in consideration of the Payments and mutual promises set forth herein and other valuable consideration, the Parties, on behalf of themselves, their successors, executors, administrators, parents, subsidiaries, affiliates, shareholders, officers, directors, agents, attorneys, assigns, heirs, and representatives, hereby fully RELEASE and FOREVER DISCHARGE each other, their heirs, agents, attorneys, administrators, employees, parents, subsidiaries, affiliated, directors, shareholders, officers, executors, assigns, successors, and/or representatives from any and all rights, remedies, claims, actions, promises, causes of action, suits, attorney's fees, and/or demands, of any kind or description, accrued or contingent, liquidated or un-liquidated, known or unknown, foreseen or unforeseen, in law or in equity, which the Parties have or may have for or on behalf of itself or for its successors, executors, administrators, subsidiaries, parents, shareholders, directors, officers, agents, attorneys, employees, assigns, heirs and representatives against the other Parties, their administrators, agents, employees, attorneys, officers, directors, shareholders, affiliates, subsidiaries, assigns, successors and/or representatives (collectively, "Releasees"), arising out of, relating to, connected with, and/or reflected in the Litigation, and/or the claims asserted in the Litigation and/or any conduct or events arising or relating directly or indirectly from or to the same (collectively, the "Released Subject Matter"), from the beginning of time until the date of this Agreement, or which any of the Parties may now or hereafter have against the Released Parties (including the related persons and entities set forth above), or any of them, by reason of any matter, act, omission, cause, or event, whichever has occurred or which has been done, relating to, arising under, connected with, or reflected in the Released Subject Matter, up to the date of this Agreement; provided, however, this release shall not apply to any breach of this Agreement.

6.     **Integration.**  This Agreement supersedes any and all prior agreements and understandings between Plaintiff and Defendants. No cancellation, modification, amendment, deletion, addition, or other changes to this Agreement or any provision or right provided herein shall be effective for any purpose unless specifically set forth in a subsequent written agreement signed by both Parties.

7.     **Divisibility.**  In the event that any portion of this Agreement is declared or determined by any court of competent jurisdiction to be invalid or illegal, the validity of the remaining parts, terms, and provisions shall not be affected and shall continue to bind the Parties.

8.     **Choice of Law.**  This Agreement shall be construed in accordance with the laws of the State of Florida.

9.    **Acknowledgment.**  Each of the Parties acknowledge that it has read the terms of this Agreement and have had the opportunity to discuss the Agreement with legal counsel.  The Parties further acknowledge that each is executing this Agreement voluntarily and freely for the purposes intended.  Because all Parties were represented by legal counsel in the preparation and submission of this Agreement, the Parties agree that this Agreement shall be construed as if jointly prepared so that any uncertainty or ambiguity shall not be interpreted against any Party or in favor of another.

5/20/2011
DATE                    Gustavo Sanchez

2-12-11
DATE                    CABLENET SERVICES UNLIMITED, INC. and
                        CABLENET SERVICES UNLIMITED (FLORIDA),
                        LLC
            By:         John Pergolini, President