**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

BRETT BACHMAN, MICHAEL DAVIS,
ANGEL FELIZ, DOUGLAS HARDESTY,
FRANK HARTLEB, STEPHEN SHEA,
GUSTAVO SANCHEZ, GABRIEL
ARCHILA, JESUS CALDERONE,
ALFREDO MARRANZINI, SYLVIO
MAURIZ, KELVIN BETANCES-
RODRIGUEZ, JOSHUA BROTHEIM,
MATTHEW DEVERTEUIL, ANALQUI
FRANCO, NICOLAS MARTE, VICTOR
MARTINEZ, CHRISTOPHER MESHELL,
JEFF PLEVIN, ERWIN ROJAS, CESAR
ROMERO, DAYLIN ULLOA, WILLIAM
WEISSINGER Individually, and on behalf
of all Others Similarly Situated,

      Plaintiffs,

v.                      CASE NO. 2:10-CV-67-FtM-36DNF

CABLENET SERVICES UNLIMITED,
INC., A Delaware Corporation, CABLENET
SERVICES UNLIMITED (FLORIDA)
LLC, a Foreign Limited Liability Company,

      Defendants.
_____/

**ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on August 29, 2011 (Dkt. 246), recommending that the Court grant the Second Joint Motion to Approve Settlement Agreement and Dismiss With Prejudice (Dkt. 245). No party filed an objection to the Report and Recommendation, and the time to do so has now expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. Of the twenty-three (23) remaining plaintiffs,[1] one was paid the entire amount that he requested and an additional amount for another claim that was dismissed; thirteen (13) accepted offers of judgment based on a formula that the parties agreed upon, which included liquidated damages; three accepted offers of judgment that did not contain an award of liquidated damages because their claims were less likely to succeed on the merits; and seven settled their cases pursuant to settlement agreements. The parties agreed upon attorneys' fees separately and without regard to the amount paid to each plaintiff. *See Bonetti v. Embarq Management Co.*, 715 F. Supp. 2d 1222, 1228 (M.D. Fla. 2009). Based on this information, the Court finds that the settlement of this action is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *Lynn's Food Store, Inc. v. U.S.*, 679 F.2d 1350, 1355 (11th Cir. 1982); 29 U.S.C. § 216.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 246) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

---

[1] This case was filed on behalf of thirty-one (31) former cable technicians employed by Defendants. Eight (8) of the plaintiffs were dismissed for their failure to prosecute or lack of standing. *See* Dkt. 155 (dismissing Wayne Kelly and Reyes Rojas for their failure to prosecute), Dkt. 215 (dismissing Steven Betts, Maxwell Barthelmess, John Cope and Kenneth Harbin for their lack of standing), Dkt. 239 (dismissing Danny Rivera and Dario Nunez for their failure to prosecute).

2)     The Second Joint Motion to Approve Settlement Agreement and Dismiss With Prejudice (Dkt. 245) is **GRANTED**.

3)     As the Offers of Judgment tendered by Defendants pursuant to Fed. R. Civ. P. 68 (Dkts. 146-49, 152, 153, 160, 161, 163, 164, 166, 167, 169, 170, 172, 173, 245, Exs. 1-16) were accepted by Plaintiffs, the claims of Plaintiffs Gabriel Archila, Kelvin Betances-Rodriguez, Joshua Brotheim, Jesus Calderone, Matthew Deverteuil, Analqui Franco, Alfredo Marranzini, Nicolas Marte, Victor Martinez, Sylvio Mauriz, Christopher Meshell, Jeff Plevin, Erwin Rojas, Cesar Romero, Daylin Ulloa, and William Weissinger are **DISMISSED with prejudice**.

4)     The Settlement Agreements of Plaintiffs Brett Bachman, Michael Davis, Angel Feliz, Douglas Hardesty, Frank Hartleb, Stephen Shea, and Gustavo Sanchez (Dkt. 245, Ex. 17) are **APPROVED**. Plaintiffs' claims are **DISMISSED with prejudice**.

5)     The Clerk is directed to terminate all pending motions, enter judgments accordingly and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on September 13, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD